FESTUS OKWUDILI OHAN
Name
1280 E. 17TH AVENUE, #121
ANCHORAGE, AK 99501
Mailing address
(360) 390-8921
Telephone

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FESTUS OKWUDILI OHAN,
(Full name of plaintiff in this action)
Plaintiff,

vs. (1) AMERICAN MEDICAL ASSOCIATION
(2) NATIONAL BOARD OF MEDICAL EXAMINERS
(3) FEDERATION OF STATES MEDICAL BOARD (FSMB)
(4) AMERICAN HOSPITAL ASSOCIATION,
(5) ASSOCIATION OF AMERICAN MEDICAL COLLEGES,
(Full names of ALL defendant(s) in this action. Do NOT use et al.)

Defendant(s).

Case No. _____
(To be supplied by the Court)

PRO SE COMPLAINT

for/under GROSS VIOLATION OF MY RIGHTS AND "TAKE TAKEN OF PROPERTIES" +
(Type of complaint) "ACT OF GOD".

A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:
(1) I AM IN ALASKA FOR SAFETY CONCERN AND BEING MEDICALLY TREATED.
(2) WRIT OF JURISDICTION AND ARBITRATION CLAUSE. DEFENDANTS HAVE ACTIVITIES IN ALASKA (3) ALASKA IS A STATE IN THE UNITED STATES OF AMERICA AND IT IS MY STATE OF RESIDENCE. (4) DIVERSITY JURISDICTION EXIST. (5) 28 U.S.C 1331 JURISDICTION ARISE UNDER THE CONSTITUTION OF THE UNITED STATES AND AMENDMENTS TO THE CONSTITUTION PLUS ACT OF CONGRESS + TREATIES OF USA

PS22

**B. Parties**

1. The Plaintiff is ~~American Medical Association~~ FESTUS O. OHAN, who presently resides at ~~AMA PLAZA, 330 N. WABASH ~~AVENUE~~, STE 39300, CHICAGO, IL 60611~~ 1280 E. 17th AVENUE, UNIT 121, ANCHORAGE, AK 99501, US (Address)

2. **Defendants:**

Defendant No. 1, AMERICAN MEDICAL ASSOCIATION (Name), is a citizen of ~~AMA PLAZA, 330 N. WABASH AVE, STE 39300~~ CHICAGO, ILLINOIS, US (City/State), who works as a A MEDICAL BOARD (Job Title, if applicable) for U.S.A. (Employer/agency, if applicable).

Defendant No. 2, NATIONAL BOARD OF MEDICAL EXAMINERS (Name), is a citizen of WASHINGTON D.C. AND PENSYLVANIA, US (City/State), who works as a MEDICAL/SURGICAL BOARD (Job Title, if applicable) for THE U.S.A. (Employer/agency, if applicable).

Defendant No. 3, FEDERATION OF STATE MEDICAL BOARD (FSMB) (Name), is a citizen of WASHINGTON D.C. + TEXAS, USA (City/State), who works as a A MEDICAL BOARD (Job Title, if applicable) for U.S.A. (Employer/agency, if applicable).

Defendant No. 4, AMERICAN HOSPITAL ASSOCIATION (Name), is a citizen of ILLINOIS + WASHINGTON D.C., USA (City/State), who works as a REGULATES HOSPITALS ETC (Job Title, if applicable) for U.S.A. (Employer/agency, if applicable).

Defendant No. 5, ASSOCIATION OF AMERICAN MEDICAL COLLEGES (Name), is a citizen of WASHINGTON D.C., U.S.A. (City/State), who works as a Human Creations, Health and Regulations (Job Title, if applicable) for U.S.A. (Employer/agency, if applicable).

REM: (+) OFFSHORE

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim. State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to support each claim for relief.)

2    COMPLAINT

Claim 1: On or about 1966 to 2013, THEY OFFSET(TED) MY ALL 56 MAJOR ZONES/GLOBAL MEDICAL DOCTORS CERTIFICATION NUMBER MDCNR/56,322/66 Aged 1966 FOR MEDICINE AND SURGERY. I WORKED AND THEY AS ALWAYS, THEY CASHED ALL MY FINANCIAL INSTRUMENTS IN MEDICINE AND SURGERY. IN 1979, THEY OFFSET(TED) MY FULL LICENSURE IN FAMILY MEDICINE FOR MEDICINE AND SURGERY IN CALIFORNIA CASHING ALL FUNDS TO ME EVEN FROM CRENSHAW-BALDWIN HILLS MEDICAL CENTER IN CALIFORNIA. IN 1981, THE COMMONWEALTH OF CALIFORNIA ISSUED ME A FULL, PERMANENT AND UNRESTRICTED LICENSURE IN ALL SPECIALTIES AND SUBSPECIALTIES OF MEDICINE AND SURGERY AND THEY OFFSET(TED) IT. FROM 1976 TO 1999 JUNE 1999, I APPROXIMATED SUTURES AND COMPLETED THE SUPERVISION OF OVER 500 DIFFERENT DEEP SURGERIES THAT CAME TO ME PLUS MICROSURGERIES ASIDE FROM DEVELOPING TECHNIQUES AND INSTRUMENTS FOR MICROSURGERIES, DEAFS, DUMBS, OPHTHALMIC, TRANSPLANTS, TRANSPHENOIDAL APPARATUS FOR BRAIN SURGERIES, OVERHAULING MEDICAMENTS/DRUGS AND VACCINES; YET NOT A CENT TO ME. FROM 1981 TO 1996, I WAS EARNING AT LEAST ONE MILLION DOLLARS PER MINUTE PLUS FUTURE AND FUTURISTIC WHEN I WORK AS AN EXAMINER UNDER EXAMINATION SCHEDULES, YET I NEVER RECEIVED A CENT. THEY FAILED TO GIVE ME DUPLICATES OF CREDENTIALS AND LICENSURES THAT THEY OFFSET(TED) EVEN AFTER I WAS PUBLISHED IN MEDICAL JOURNALS.

THE USED THEIR CREATED ELEMENTS TO OFFSET MY MAILS, BURGLARIZE MY HOMES AND NEGOTIATE BUSINESSES ON MY BEHALF BY IMPERSONATING. A CASE IN POINT IS A SO CALLED Dr. CHRISTOPHER CHIMEZIE ACHIKAM DURU (HESIE) WHO OFFSET(TED) MY LICENSURE INCLUDING FROM CALIFORNIA MEDICAL BOARD. THE MEDICAL BOARDS HAD THE HEADS OF THEIR AGENCIES MEET WITH ME ON THE LAST FLOOR OF A LIBRARY BUILDING OPPOSITE EXAMINATION TESTING SERVICES (ETS) IN PRINCETON, NEW JERSEY ON THE FIRST SATURDAY OF DECEMBER 1981. THEY TOLD ME TO CONTINUE WORKING AND EVELO DEVELOPING INSTRUMENTS FOR MONEY CAN NEVER BE A PROBLEM. AND NOT JUST THAT, I WAS MADE TO HEAR A JUDICIAL RULLING UPON MY RETURN — ON THE RADIO SAYING THAT I WAS AT LEAST 3 TIMES A DOCTOR AND AN INSTITUTION AND THAT ETC AND THAT WAS THE REASON THAT I WAS EARNING SO MUCH. AT THE END WAS A 5 MINUTE MOMENT OF SILENCE THAT ETC EVERYONE STOPPED TO OBEY EVEN ON THE HIGHWAYS AND FREEWAYS. AT THIS TIME, I WAS ON 91 FWY AND STOPPED LIKE EVERYONE ELSE ON FREEWAY. CHIMEZIE CHRISTOPHER DURUHESIE'S PHONE NUMBER IS (323) 535-1064 or C/O HIS WIFE HELEN (310) 704-2647. HIS LAST KNOWN ADDRESS IS: 1208 E. DENWALL DRIVE, CARSON, CA 90746. HIS IN LAW THAT WORKS WITH HIM IS A Dr. HILARY AGIM IHEANACHU (310) 800-0262 AND (424) 205-2438.

1996 TO 1999, I DID VACCINES AMONG OTHERS. VATREX HELPED ME TO COMPLETE ADIMMUNE (IMMUNE BOOSTERS) AND 2012/2013, I UPDATED MOST DRUGS USED IN MEDICINE AND SURGERY, COMPLETED VACCINE FOR HPV AND ENTEROVIRUS AND THE GSK WAS 3 HELPFUL AND COMPLAINT MOTOROLA HELPED ME WITH ARTIFICIAL LIMBS THAT INCLUDE THE POPULAR "BLADE RUNNER". I COMPLETED WORK ON HEARING APPARATUS IN 1979 AND 1981 SIMULTANEOUSLY. AND AS ALWAYS, I HAVE NEVER RECEIVED A CENT. I AM MD0022 FILE #3 OF PRESIDENTIAL ARCHIVE #3736, JUDICIAL EXAMINER'S #M09-504586 DOJ #56460 FOR ALL 56 GLOBAL ZONES (LEGAL BOWA), LEGAL EXAMINERS #5554121490 (LEGAL NH), CITIZEN #822 045 ETC.

**Claim 2**: On or about _FROM THE ORIGIN OF HUMANS TO PRESENT._ , _ALTHOUGH MOST HUMAN_
(Date or Period of Time)                                              (Supporting facts)

CREATIONS WERE SPONSORED BY POLITICIANS, THESE BOARDS ESPECIALLY ASSOCIATION OF AMERICAN MEDICAL COLLEGES WERE CREATING INLAND AND OFFSHORE THAT INCLUDE FOREIGN COUNTRY GROUPS. THE PRIMARY REASON FOR ~~HUMAN~~ CREATIONS OF HUMANS IS TO TAKE PROPERTIES AND OWNING THEM FOREVER AT ALL COSTS. THIS INCLUDES MASSACRING POSSESSORS AND DEPRIVING OWNERS OF THEIR PROPERTIES FOREVER. THEY USE HUMANS TO SECURE THEIR WHIMS AND CAPRICES AND TO SIT ON THOSE PROPERTIES SHIELDING THEM. YOU HAVE 64 GENETIC CODES IN HUMAN CREATIONS AND 3 ARE NONSENSE CODONS. AUG CODES FOR METHIONINE WHICH IS "A STOP AND GO" COMPOUND WITH SULFUR. AUG INCLUDES AMERICAN UNIVERSITY GAMBIA WHOSE SCIENCE AND MEDICAL DEPARTMENTS LIKE THE SAID BOARDS, WAS IMPLICATED IN HUMAN CREATIONS.

WITHOUT BEING OBSERVED. AS I WAS MONITORING MY FAMILY PROPERTIES, I WITNESSED THEM CREATING "BLACKMAN" IN AN ISLAND IN THE MEDITERANIAN SEA AND "YELLOWMAN" IN THE PACIFIC OCEAN AS A LITTLE CHILD OF 5 THAT TOOK FAMILY LAGOS BOATS FOR 'A' RIDE. AMONG OTHER THINGS, I COULD NAVIGATE AT THAT AGE. THEY CREATE DIFFERENT AGE GROUPS AND GIVE THEM IDENTIFICATIONS BEFORE REDISTRIBUTING THEM.

IN 1961, IN WEST AFRICAN PORT OF LAGOS, I WAS ABDUCTED AGAIN UNDER ANESTHESIA SOAKED IN CLOTHE AND OVER MY NOSE. THEY DRAINED MY LYMPHATIC VESSELS AND IN PART MY BLOOD VESSELS AND INJECTED FLUIDS CONTAINING THEIR COMPOUNDS THAT COULD INCLUDE URACIL AND USED THE DRAINAGE FOR THEMSELVES. GABRIEL DURUAGWUSI AKA OHANU AND A RAFAEL AGONSI COULD HAVE BEEN RECIPIENTS SINCE THEY DEVELOPED ~~ROT~~ THEN RECENT MARKS IN THE SIDE OF THEIR NECKS. I WAS THEN DAMAGED, INJURED AND DENATURED THE FIRST TIME. USA WAS THERE AND OPERATING ~~FROMAINLY FROM~~ LIBERIA AND SIERA LEONE. ~~AFTE~~ IMMEDIATELY AFTER THAT, NIGERIA DECLARED INDEPENDENT AND OTHER GROUP FOLLOWED. THE MASSES ARRIVED IN AFRICA FROM APRIL OF 1961 AND STILL ARRIVING. NEW ARRIVALS ARE DISTRIBUTED BY MILITARY CAMPS CALLED MILITARY REDISTRIBUTION UNITS. IN NIGERIA, YOU HAVE ON ALONG CHARITY HOSPITAL BUS STOP IN OSHUDI, LAGOS STATE. ~~LAGOS~~ PORT OF LAGOS BECAME KNOWN AS APAPA WHARF. APAPA MEANING SCARS SCARS WHICH WAS WHAT I HAD FROM BACTEREMIA FOLLOWING THE ABDUCTION AND SUBSEQUENT RELEASE. AT THIS TIME I LIVE ALONE AND DRIVEN OUT EACH TIME I REESTABLISH. THE SAME THING CONTINUED IN THE USA MEANING THE SAME GROUP AND ~~SAME~~ THEIR SAME OWNERS. OFFSHORE ISLANDS WITH MEDICAL COLLEGES ACCREDITED BY USA SHOWED EVIDENCE OF HUMAN CREATIONS DURING MY INITIAL VISITS ~~TOOLS OLD~~ AND ROTTEN TOOLS/EQUIPMENTS. POLICE AND TEACHERS ASSOCIATIONS UNIONS INVESTING THEIR RETIREMENT CONTRIBUTIONS IN HUMAN COMPLAINT CREATIONS. THIS WAS GROSSLY NOTICED DURING THE PERIOD OF THOMAS JEFFERSON AND CONTINUED. REPORTS WERE MADE BUT INSTEAD GOT WORSE.

**Claim 3:** On or about _FROM DECADES AGO TO PRESENT TIME._ , NATIONAL BOARD OF MEDICAL (NBME)
(Date or Period of Time)                                    (Supporting facts)

EXAMINERS, ALONG WITH THE EXAMINATION COUNCIL/COMMISSION FOR FOREIGN GRADUATES (ECFMG) DO HAVE OVER 200 LICENSURE/CREDENTIALS OF MINE SINCE 1981 AND FAILED TO GIVE ME DUPLICATES DESPITE ALL PLEADINGS. THE NBME EXAMINER DO HAVE WHAT THEY CALLED A "SALESFORCE" ACCOUNT FOR ME BUT REFUSED TO RELEASE CONTENT INFORMATION TO ME. I PASSED ALL MY PATHWAYS TO PRACTICE MEDICINE AND SURGERY IN THE UNITED STATES OF AMERICA TO EARN A LIVING AND I WAS LICENSED AS THE TOPMOST PHYSICIAN/SURGEON IN THE USA YET TO KNOW AVAIL INSTEAD THEY OFFSET(TED) ALL AND EXAMINATION RESULTS THAT GOT TO ME WERE OFFSET AND TAKEN FROM ME BY THROUGH "HOME INVASION BURGLARIES". THEY TOOK CERTIFICATIONS THAT GOT TO ME AND SEND WERE SENDING ME FAILURE RESULTS AS I WORKED FOR THE SAID $1,000,000+ (FUTURE) FUTURISTIC EXAMINATION SCHEDULE. THIS WENT ON FOR THE 14 YEARS THAT I PROMISED THE HEADS OF EXAMINERS TO COMPLETE AFTER THEY BEGGED ME DURING MEETING MENTIONED IN "CLAIM 1" THAT WAS HELD IN PRINCETON, NEW JERSEY IN DECEMBER OF 1981. I DO NOT HAVE ANY KIND OF REASON TO THINK THAT THERE WERE POSITIVE REASON TO DO WHAT THEY DID FOR MANY DECADES HAS GONE AND I AM NOW 67 AND THEY NEVER LOOKED BACK BUT RATHER CHALLENGING ME ON WHAT I CAN DO ABOUT THEIR CRIMES. THEY CLAIMED TO BE UNTOUCHABLE REGARDLESS OF CRIMES THEY COMMIT. PLEASE SEE ATTACHED ON "SALESFORCE ACCOUNT".

THEY DRILL AND MINE PROPERTIES HATRED. THEY WANT TO MAKE VERY SURE THAT NOTHING IS LEFT WHEN THEY ARE GONE AND AWAY FROM THE WORLD. MEDICAL DOCTORS WORK WITH THOSE IN OTHER AREAS OF HEALTH TO CREATE HUMANS — EXAMPLE THOSE IN DENTAL AND VETENARY MEDICINE. VETENARY IN THAT ANIMALS CAN BE MADE TO DELIVER HUMANS. SOME CAME FROM PONDS OF SO CALLED "NUTRIENT AGAR" THAT CAN BE HUMAN WASTE.

MY NATION BOARD OF MEDICAL EXAMINERS NUMBER IS 353365 WITH A DPO#1981-0-353-365 AND MY ECFMG NUMBER PERSONALLY ASSIGNED BY THE ECFMG COUNCIL IS 338338, THEN THE ECFMG COMMISSION DECEMBER 1981 338338-17 MEANING THAT I PASSED ALL MY PATHWAYS TO PRACTICE MEDICINE AND SURGERY AND SCORED HIGH. I HAD ALREADY PASSED THE USMLE IN 1979 IN WESTWOOD, CALIFORNIA INCLUDING ORAL AND PRACTICAL EXAMS AND WAS PUBLISHED IN MID SEPTEMBER, 1979. ALL GROUPS COMBINE TO GIVE ME #0338338? IN 1982 AND I CONTINUED MY WORK IN HEALTH AT EXAMINATION SCHEDULE TO 1995. ECFMG AND FLEX WERE OUT OF SCHEDULE IN JULY AND DECEMBER, 1993 RESPECTIVELY. IN CANADA I AM MD00006 WITH MANY PATENT NUMBERS AND FEDERAL IDENTIFICATION NUMBERS. I WAS NEVER INVOLVED IN MANLIKE CREATIONS NOR IN PREGNANT CUBS. I NEED TO CHELATE INJECTED COMPOUNDS LIKE URACIL AND SOMATOSTATIC OUT OF MY SYSTEM.

COMPLAINT

### D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ IN QUADRILLIONS

2. Punitive damages in the amount of $ IN QUADRILLIONS

3. An order requiring defendant(s) to (1) IMMEDIATLY TO ALLOW ME ACCESS TO AT LEAST $200 MILLIONS AND DUPLICATE OF MY RECORDS/CREDENTIALS. (2) ANTIDOTE TO WHAT THEY INJECTED IN ME AT CHILDHOOD (3) VANQUISH AND LEAVING ABSOLUTELY NO DANGERS BEHIND (3) ALONG WITH THEIR OWNERS/FAMILY PAY FOR ALL DAMAGES, DEBTS, PUNITIVES ETC (4) THEY CAME IN EMPTY HANDED AND TO LEAVE EMPTY HANDED. (4) EXTINCT THEIR BEHAVIOR. (5) FIX MY BODY FROM DISTANCE

4. A declaration that (1) THEY STOP COOKING DATES AND HISTORY (2) SURRENDER ALL THAT THE HAVE TAKEN WITH ABSOLUTELY NO INTENTIONS TO REOFFEND FOREVER MORE. (2) ALL PROPERTIES ARE TO BE RELEASED WITH NO ATTACHMENTS NOR REPOSSESSION. (3) THE COURT ALLOW EXTRACTION OF THE TRUTH FROM THEIR BRAIN ON CRITICAL ISSUES — THE TECHNOLOGY IS THEIR AND FROM ABOVE THE EAR SIDE OF THE BRAIN + SODIUM AMYTATE.

5. Other: (1) QUI TAM (2) ANYTHING ELSE THAT THE COURT MAY FIND OR IMPOSE (3) CLOSE SUPERVISION WITH SEPARATION OF THEM IS NECESSARY FOREVERMORE. (4) THEY GOT WORSE FROM FALL 1981 AND VERY AGGRESSIVELY SO TODAY. (5) EXECUTE ALL PRIOR JUDGEMENTS/ADJUDGED.

Plaintiff demands a trial by _____ Jury ____(Court.)__ (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

**Plaintiff's Original Signature**

FESTUS OKWUDILI OHAN
(Plaintiff's Full Name)

Executed at ANCHORAGE, ALASKA, US on FEBRUARY 27th, 2023
(Location) (Date)