Fwd: Festus Ohan letter

To: The Printer

ANCHORAGE AK 99501

---------- Forwarded message ---------
From: **festus ohan**
Date: Thu, Jun 16, 2022, 11:36 AM
Subject: Re: Festus Ohan letter

"THE SMOKING GUN"

On Wed, Jun 15, 2022, 4:07 AM scores@nbme.org <scores@nbme.org> wrote:

HI Suzanne,

He's back!!! I am sharing this letter, same story as before, because it was addressed to legal team. We continue to log anything he sends against his salesforce account . We do not reply.

Cease and desist from blocking my mail. You do not want to the consequence!

Frank

They are offsetting my mails and mails to their Legal Team!!!! Director Frank Corbi is in charge!! He has been avoiding me all along and told me not to communicate w/ NBME!! They offset my mails, this on to their legal Team!! I cannot loose a cent. I own future & futuristics to my Patents & Copyright.

ref:_00D46pfBg._5004w2GWD4G:ref

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.

I work alone as always! Perpetrators have never worked, they are not working and they will never work for me! All my ... I worked for at least 14 years and their activities are criminal ... never received a cent eventhough I owned all Patents and Copyrights of my work! Kindly interrogate!! ECFMG ... [illegible]

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

November 1, 2018

RE: USMLE 03383387

Dear Mr. Ohan,

Thank you for contacting the National Board of Medical Examiners.

We received your request to provide your Medical Sciences Knowledge Profile (MSKP) scores taken in 1980. This was a program of the Association of American Medical Colleges (AAMC) for its member schools. The NBME developed the examination for the AAMC.

Please be advised that you need to contact the AAMC in order to get an MSKP transcript. Contact information for the AAMC can be found on their website, www.aamc.org.

Therefore, I am returning your original request including the money order.

Sincerely,

Frank Corbi, MBA
Director of Customer Operations Management



National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

February 13, 2019

RE: USMLE 03383387

Dear Mr. Ohan,

I received your correspondence dated February 4, 2019 requesting transcripts of NBME Parts administrations. There is no record of NBME Parts examinations for you as I referenced in my previous email response to you dated January 22, 2019.

In the documentation you provided, you included your complete transcripts as reported. We have provided all documentation that is available, and no further responses regarding this matter will be furnished.

He is avoiding me just like his counterpart – William Kelley of the ECFMG and Deborah Cusson of Federation of States Medical Board (FSMB) + Kendarius of AAMC! Investigate them!! They will and must testify since summ 19.

Sincerely,

Frank Corbi, MBA
Director of Customer Operations Management

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0001417 Office AU #    11-24 1210(8)

# CASHIER'S CHECK

0141714085

Operator I.D.: k043121

February 25, 2023

PAY TO THE ORDER OF ***US DISTRICT COURT OF ALASKA***

**Four Hundred Two and 00/100 -US Dollars **

**$402.00**

Payee Address:
Memo:

VOID IF OVER US $ 402.00

WELLS FARGO BANK, N.A.
301 W NORTHERN LIGHTS BLVD
ANCHORAGE, AK 99503
FOR INQUIRIES CALL (480) 394-3122

[signature]
CONTROLLER

Security Features Included. Details on Back.

⑈0141714085⑈ ⑆121000248⑆4861 511327⑈

FESTUS OKWUDILI OHAN
Name
1280 E. 17th AVE, UNIT 121,
Mailing Address. Zip
ANCHORAGE, ALASKA 99501, US
(360)390-8921, (907)310-1866
Telephone

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA** "THE FINAL FRONTIER".

FESTUS OKWUDILI OHAN,
Plaintiff,

vs.

AMERICAN MEDICAL ASSOCIATION ET AL
~~NORTH ATLANTIC TREATY ORGANIZATION~~ ET AL
Defendant(s).

**APPLICATION TO WAIVE THE FILING FEE (Non-Prisoner)**

CASE NO. ______________ (To be supplied by the Court)

I, FESTUS OKWUDILI OHAN, state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the $402.00 filing fee for this proceeding or give security because of my poverty. PAID The type of case I am filing is PRE PLANNED CLAIM/ACQUISITIONS OF PROPERTIES AND KILLINGS OF OWNERS and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this application to waive the filing fee in this case, a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☒ No **(If "Yes" USE PRISONER FORM)**

2. Marital status: ☒ Single ☐ Married ☐ Divorced ☐ Separated

   a. If separated or divorced, do you ☐ **pay** child support or alimony, or ☐ **receive** any child support, alimony or other form of maintenance? If not, check: ☐ No

      If yes to either question, state monthly amount paid:__________ **OR** state monthly amount received:__________

   b. Dependants: ☐ Spouse ☐ Children #______ ☐ Others #______

   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their **monthly** support (and **for minor children, use initials only**).

   Name: N/A
   Age:
   Name: N/A

Age:________ N/A

Name:______________________________________________

Age:________ N/A

Name:______________________________________________

Age:________

3. Are you presently employed? ☐ Yes ☒ No

a. **If the answer is "Yes,"** provide the following information:

Gross: $__________ Net: $__________ salary/wages per ☐ month ☐ week (chose one)

Employer's name, address & telephone: __________

Nature of employment: __________

How long employed by present employer: __________

b. **If you are not presently employed,** provide the following information:

Date of last employment: 03 / 05 / 2019 (month/day/year)

Former employer's name, address & telephone: ANCHORAGE SCHOOL DISTRICT 5530 E. NORTHERN LIGHTS BLVD, ANCH, AK 99504 (907) 742-4116

Gross: $150/DAY Net: $115/DAY salary/wages per ☐ month ☐ week (chose one)

Nature of employment: (CLASSIFIED) SUBSTITUTE TEACHER

4. N/A Is your spouse employed? ☐ Yes ☐ No

**If the answer is "Yes,"** provide the following information:

Gross: $__________ Net: $__________ salary/wages per ☐ month ☐ week (chose one)

Employer's name, address & telephone: __________

Nature of employment: __________

How long employed by present employer: __________

ONLY SENIOR BENEFITS OF $250/MONTH

5. Are you receiving public assistance or unemployment benefits? ☐ Yes ☐ No

a. I have been on ☐ public assistance and/or have received ☐ unemployment benefits

since: 03 / [illegible] / 20[illegible] (month day year)

b. I am receiving $ 670 ☒ monthly / ☐ weekly for myself and my household FROM RETIREMENT (LACERA)

of 1 (number).

6. In the past twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends (not PFD) | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments — RETIREMENT (LACERA) | ☒ Yes | ☐ No |
| d. | Disability or worker's compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe each source and state the amount and when received, **and** what you expect you will continue to receive.
ALREADY STATED ON 5b, I AM RECEIVING ABOUT $8670 PER MONTH FROM THE LOS ANGELES COUNTY EMPLOYEE RETIREMENT ASSOCIATION — LACERA
ENCLOSED $402

7. List all members of your household, including yourself, who received the Alaska Permanent Fund Dividend within the last twelve months, and the amount(s):
ONLY SELF — NOT YET PAID, THE IRS FOR THE LAST 2 YEARS WERE GARNISHING EVERYTHING FOR PENALTIES. I WAS TOLD TO EXPECT ~$3280 IN ~ 3 WEEKS BUT THAT TOO CAN BE GARNISHED BY THE IRS FOR FAILING TO APPEAL A DECISION THAT WAS BASED ON IL INFORMED — ON TIME.

8. Do you have **any** cash? ☒ Yes ☐ No

State the total amount ~$300 and location(s): $200 savings and $100 checking

9. Do you have any checking account(s)? ☐ Yes ☐ No

a. Name(s) and address(es) of bank(s):
WELLS FARGO BANK
100 W. BENSON BLVD, ANCHORAGE, AK 99503

b. Present balance(s) in account(s):
$100.00

10. Do you have any savings/IRA/money market/CDs separate from checking accounts?
☒ Yes ☐ No

a. Name(s) and address(es) of bank(s):
Wells Fargo Bank Same

b. Present balance(s) in account(s): $200.00

11. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No

a. Make: CHRYSLER Year: 2001 Model: PT CRUISER

b. What is its current value? $ 300.00

c. Is it financed? ☐ Yes ☒ No

d. If so, what is the amount owed? $ 0

12. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property? ☐ Yes ☒ No

If "Yes," describe the property and state its value:

13. Do you have any other assets or personal property other than clothing? ☒ Yes ☐ No

If "Yes," list the asset(s) and state the value of each asset listed:

U.S. MINTED COINS $300.00 — YOU MAY TAKE PLUS UNUSED NEW HP LAPTOP AT $560.00 AT VERY GOOD BARGAIN — YOU MAY TAKE — UNUSED! UNUSED SATELITE + TV BOXES — YOU MAY TAKE!

14. Have you placed any property, assets or money in the name or custody of anyone else in the last two years? ☐ Yes ☒ No

If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item, and the reason for the transfer:

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Executed on

DATE 09/28/2022

SIGNATURE OF APPLICANT THIS BEHAVIOR WILL AND MUST EXTINCT!

NOW THEY HAVE ALREADY ALTERED HISTORY AND CONCLUSIVELY CLAIMING VICTORY.
AS NOW SEEN, I WAS SET TO BE INTERNATIONAL BUSINESS MACHINE (IBM), TO REMAIN ABJECTIVELY POOR (EVENTHOUGH I WORK ROUND THE CLOCK FROM CHILHOOD) AND BADLY MUTILATED WHILE THE MASSIVELY REPRODUCE AND PROCREATE THEMSELVES FOR INHERITANCE AND FINALLY KILL ME AFTER EXTINKING MY FAMILY AND CLAIM EVERLASTING VICTORY AS HEAVEN! 09/28/2022

THE GOAL IS UNIVERSAL AND THE TARGET "UNIVERSAL CONQUEST"! IT WAS ALL PRESET, PREARRANGED, PREEMBLE, PREEMBLEMED, PREPLANNED, POSSIBLE MISSION THAT RAN MOUTH TO MOUTH ORAL TRADITIONAL LEGENDARY OVER GENERATIONS, AND TO THEM "THE FINAL OPTION"!! THEY FINALIZE AND SURE OF VICTIMS DEATH AFTER THEY HAVE HAD CORE VICTIMS FOR MEAL POST MUTILATIONS! I KNOW AND HAVE SEEN AND DEEP IN THE OPEN FIELD SINCE EARLY CHILDHOOD. SO, I KNOW! FOR MY SAFETY, AS A CHILD I MONITORED THERE AFTER MIDNIGHT MEETINGS, I HIDE IN DARKNESS AND MEMORIZED THEIR AGGREED MOVES INCLUDENG OF THOSE PRICKED TO BE ASSASSINATED UNIVERSALLY. THIS BEHAVIOR MUST CONCLUSIVELY EXTINCT REMNISCENT OF ALL POSSIBILITIES! I HAVE SAVED THE UNIVERSE. IT IS NOW LEFT IN THE HANDS OF JUSTICES TO EXTINCT THE BEHAVIOR UNIVERSALLY FOR TRUE JUSTICE. CORE PSYCHIATRY IS CORRECTABLE AND EXERCISE. ABSOLUTELY NO "JURY" STUFF ONLY JUDGES! FOR IT IS TOO LATE!! COUNSELING

THE WORLD ++ ARE IN MY NAME AND I AM FAULTLESS! FOR NO APPARENT REASON, BRITISH AS ALWAYS QUEEN ELIZABETH II TOLD A CROWD IN FORMER NIGERIA, WEST AFRICA THAT SHE WILL MAKE ME AN OBJECT OF CARICATURE. AND I WAS ONLY 5 YEAR OLD AND NIGERIA DECLARED THEMSELVES INDEPENDENT — OCTOBER 1st 1961. OTHER GROUPS FOLLOWED AROUND THE WORLD. INDEPENDENT TO LEAD THEMSELVES BACK TO THEIR ORIGIN/HOME (RETURN THEMSELVES) — FOR IT IS CHEAPER FOR THEIR FAMILIES/OWNERS. "FREEDOM AND LIBERTY" TO RETURN THEMSELVES ONLY! FOR THEIR COMPLAINTS AND REASONS TO INVADE AND ACQUIRE THE WORLD PLUS HUTTING ME AND MY FAMILY, "IF IT DOESN'T FIT, YOU MUST AQUIT."! THEY WERE COOKING STORIES AND EVIDENCE (FALSIFICATIONS). MATERIAL WORLD NOT OF MANKING NOR EXCHANGING WITH MANKIND.

# Office DEPOT OfficeMax®

## complimentary fax cover sheet

number of pages including cover sheet: ____

attention to: THE CLERK OF COURT

date: 02/27/2023

company: UNITED STATES DISTRICT COURT

from: DR. FESTUS O. OHAN

phone #: (907)451-5791

company: CONSULTANT CONSORTIUM CORPORATION

fax #: ____

sender's phone #: (360)390-8921

sender's email: FESTUSOKWUDILIOHAN@GMAIL.COM

comments: PLEASE KINDLY HELP ME FILE THESE 2 CASES IN COURT. THANKS! [signature]

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

self service domestic per page



$1.55 2065527

full service domestic per page



$1.89 833071

full service international per page



$4.99 833191

self service international per page



$3.99 2064240

depot|max store ####
1234 print lane
angel grove, ca 12345
p: 123.456.7890 f: 123.456.7890
ods####cpc@officedepot.com

Office DEPOT OfficeMax®



Rev 05/22