# Office DEPOT OfficeMax
## complimentary fax cover sheet

**ADDENDUM: HIGH POWERED STATEMENTS.**

MAR 14 2023
Clerk, U.S. District Court
Fairbanks, AK

number of pages including cover sheet: 6

attention to: CLERK OF COURT
date: MARCH 8TH, 2023
company: U.S. DISTRICT COURT OF ALASKA
from: FESTUS O. OHAN MD, ESQ, ETC
phone #: (907) 451-5791
company: CONSULTANT CONSORTIUM CORPORATION
PLEASE KINDLY SEND TO:
~~fax #~~
sender's phone #: (360) 390-8921
sender's email: FESTUSOKWUDILIOHAN@GMAIL.COM

comments:
(1) 3:23-CV-00046-SLG
(2) 3:23-CV-00047-SLG
(3) 3:22-CV-00226-SLG RRB  (4) 3:22-CV-00212-RRR
(5) 3:22-CV-00207-RRB  (6) 3:22-CV-00221-RRB
(7) 3:22-CV-00182-JMK  (8) 3:22-CV-00011-SLG
(9) 3:22-CV-00266-JMK

**JUDGES ARE TO KINDLY SEE THEIR JUDGEMENTS SATISFIED SOONEST. IE ALL JUDGED, ADJUDGED AND BEING JUDGEN/ADJUDICATED!**

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like. AS A 5 YEAR OLD CHILD THAT WAS BROUGHT TO WEST AFRICA WITHOUT HIS PARENTS, "QUEEN ELIZABETH II" Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax. TOLD HER AUDIENCE IN VICTORIA ISLAND THAT SHE WILL MAKE

self service domestic per page ✓ A CROWD 1961
full service domestic per page
full service international per page

$1.55  2065527
$1.89  833071
$4.99  833191

self service international per page  ME AN OBJECT OF CARICATURE!! AND SHE ACTUALLY DID TO TIME OF HER DEATH. AND THAT IS DESPITE ALL COMMUNICATIONS BEFORE HER DEATH. HER AND "QUEEN BIATRIZ" NOW
$3.99  2064240  HAVE KINGS REPLACING THEM - AN ABOMINATION! I TOLD "QUEEN BIATRIZ" AND SHE WITHDREW FROM IT AND LATER CHANGED HER MIND AFTER THEY COLLABORATED!! THEIR ROYAL PHYSICIANS AND SURGEONS ARE "GODS OF CREATION FOR MANKINDS"!!! ESPECIALLY AFTER THE
depot|max store ####  MIGRATION(S) OF SONS AND DAUGHTERS OF ISREAL. BRITAIN NOW
1234 print lane  LIKE THE U.S., NOW SELLS LAND/ AND NO LONGER LEASE HOLD "METHOD: PHYSICIANS AND SURGEONS SURROUNDING "REAL PROPERTIES" "QUEEN VICTORIAS"
angel grove, ca 12345  5 DAUGHTERS MARRIED TO EUROPEAN ROYAL FAMILIES
p: 123.456.7890 f: 123.456.7890  ARE CREATIVE GODS OF MANKINDS/HUMANS
ods####cpc@officedepot.com  THEY ALL HAVE THEIR LINES. RE: ADAM AND EVE.

## Office DEPOT OfficeMax

Rev 05/22

# CREATION OF MANLIKES EXAMPLE: HUMANS.

* Everyone in the world was an expertriate that stays no more than one day to one year at a time. So it was b/4 "the takings".
* In ponds of wastes that include human waste, human zygots like aquatic organisms, protrude fimbres from the umblicus to feed from it. With this a geriatric can be created under 6 months. They heat ponds up and control temperatures. Upon harvest they use compounds like aspirin, steroids and Endometacine reverse blood flow. Thus, reverse aquatic life. Steroids are used for delays to allow maturity. Both Hepatic vessels and Foramen oval are managed with such drugs.
* Pinguins (a bird), whales and dolphins (fishes) and pytons (snake) are all mammalian like in reproduction and are used for human creations.

USA et al brainwashes, cooks date and history, wheels and deals. Aside from >>> Procreations, humans are still being created in isolated locations. Pop=186 billions.

* Some males can ejaculate up to 6 million sperms at once and eggs can be plugged from females. When an ovary is removed it can be opened and squized just like the testes for gametocytes. They are then mixed and shakened for multiple fertilizations. They can be cultured in a petri dish of an agar to grow. Some are then used to fertilize animals and others into a pond for mass creation of humans.
* At harvest, they get trained as mass and used for very bad purposes. Pepetrators take this as a very top secret and has now gone for some decades. They will swam and bombard group of families or nations with their createes to take properties. This is mostly from 1958 for they cooked dates and history and still cooking.
* With antirejection drugs, you can add organs of other animals or a part of an organ during cell stages and migration of somites at cell divisions. Microscopes and microapparatus are available for all kinds of manipulations and creation of lines. Each group know their work and can allow their createes to procreate with createes of others for varities of offsprings.

Feb 27, 23

World Population after humans were created were 3 billions in 1970. They are still using those figures today despite >>> 9 billions in

Gods use createds to mass into a country. Then declare independence and do "Government of the People, by the people" stuff and create equality and "equitable distribution of Natural resources". Then, kill off all oppositions especially Naturals. They create alliance with the U.S.A. and allies and when in trouble with the law, claim that God that created the Universe gave them the land. The Holy Bible tells how their God created the Earth in 6 days and rested on the 7th day (Genesis). They drill and mine the land secretely at first and after declaring independence, they massively abuse the land and environment around it saying that they have masses/populace to feed and shelter. They kept on stealing and enrich themselves. Read Owens on "Animal Farm".

Over decades, offenders did everything possible to have me speak but I stood like a rock firmly entrenched in water even after they used my technology to insert an electronic electrode for "thought broadcasting" right above my left ear in August of 1983 in Pomona, California as I snap in an afternoon right before American Board of Family Physicians scheduled exam. I simply promised myself not to think towards that direction. They used a long term electronic electrode instead of my suggested 64 day half-life Tecnisium Potassium Chlorate.

In the Holy Bible, a Lord God armed and pumped multitudes of his createds into a country and told them to kill everyone leaving only 5 years or younger girls for their wives. Such behavior must extinct for the God-Lord used their properties to enrich himself.

In continuation of my typed 20 page report on the "Nigeria-Biafra War" in 1978, I have unfolded "the way and manner in which it is done". My home was burglarized by the "Nigerian mafia" several times and in 1981, the took the report among other things. A Helen Duruhesie was one of them and she has a copy of my report and was using it for academic credits. Her phone number is (310)704-2647 and her address is: 1208 E. Denwall Drive, Carson, CA 90746, USA. Her daughter's phone #: (310)597-6106. Her brother Hilary Agim Ihenacho's phone # (310) 800-0262+(424) 205-2438 and her husband Chimezie Christopher Achikam Duruhesie phone number is (323) 525-1064. Among other things, he stole most of my licenses including my restricted Licensure in Medicine and Surgery for all specialties and subspecialties. No duplicates given by Boards

*NOTE: A lot happened in the 60's. They aimed at extincting Naturals and among other techniques, "CIVIL WARS". A case in point is the "Nigerian–Biafra War" also known as the "Nigerian Civil War" that was designed to smoke out and destroy all Naturals. They cut down all trees and destroyed the Rainy Forest and Equatorial Forests in Africa saying that they were hidding there and on top of trees. The Nigerian–Biafra War went from May 30th, 1967 when a so called Children of Isreal – "The Igbos" declared independence from Nigeria after their civil crises in 1965 and coups and counter coups plus coup deter. By January 12th, 1970, they claimed to have killed all Naturals globally and that the Earth now belongs to them. They had used Explosives like dynamites, TNT and other means to completely alter the Earth. They spread ground Igneous rocks and petrol in forests and set fire to them creating deserts and arid regions. With massive drilling and minning, they have splitted the Earth's crust creating Earthquakes, Volcanos, Sunamis, Turnados etc and Oceans + Seas are now hard waters. As always, they cook dates and history. Most of the damages on Earth that you see today were from 1960 and most occured from 1961 to January 1970. There were no actual wars but to extinct Naturals and take over all possessions including the Earth. Please see my writings on Geography with the University of London and Oxford University 1970 to 1975. Complete name used was as given by Judges without John – Festus Okwudili Ohanu. Reports were made at Examination Schedule and including city and states, Bishop Shannahans College and WAEC/WASC, 9–18 subject areas per scheduled examination.

*California was mine(d) and drilled 100 million barrels per day. Thus, it's earthquakes etc. Mauna Loa and Mauna Kee in Hawaii Volcanoes, Chimorazo, Cotopazi and Vesuvious in Italy resulted from minning and drilling.

*The World was only used for tourism. I witnessed the Prickings and plot at meetings after midnight in isolated places and secured places/locations and I was the first arrival in all the continents. All so called first arrivals saw me and they took my personals that I showed them from distance and left them behind. Singer/actress Cher in New York was one of the first arrivals to America. They flew in on hot air baloon and she has my neckless. They were all camerared. Ladies on hot air baloon were first in America – California

Case 3:23-cv-00047-SLG   Document 3   Filed 03/14/23   Page 4 of 7

Just the the Gods, those Naturals were in for a piece of the stolen pie. What my family left to last for hundred of million years to come are gone in only few decades. All are nothing but >>>> destructive termites. Queen Shiba said that nothing good comes out of Isreal when she heard about Solomon. Nothing good comes out of "Multiple reproductive fuckings and massive human creations and procreations"! According to these statisticians (1) Zhang-asian-support@statista.com (2) Zuyanzhang-asia.support@statistita.com (3) Postalexperience@maritzcx.com (4) Dearmona@fiveThirtyeight.com, as at now, the Earth has approximately 117 Billion deaths and approx. 117 Billions alive and they are saying that a lot of those said to be death in isolated islands live, undergrounds and under seas. And that Earth population approach 234 Billions. Materials published in 1970 stated that world population was at least 9 billions and they are still using the same figures now despite baby boomings all along plus fresh creations. Whats wrong with these Gods and Lords and what is their Almighty God doing about the complete evil? A God-Lord told his group worshipers to go into a country after he had armed them to kill everyone except for 5 years or less girls and take them for their wives. The God-Lord took their possessions after they were massacred (Holy Bible). God told them to increase and multiply. Offenders emulate everyone of good.

I automated everything. My GDP is over 20 trillion dollars per year and goes through my internet bank. Among many other findings, under 7 minutes, I diagnosed the first groups of HIV patients in February 1981 (cases from U.S., East Africa and South Pacific that related to monkeys) and completed multiple Endocrine Neoplasms, That was in La Romana D.R. I covered medicine and surgery laboratorily in 12 hours and no more than 7 minutes per disease cathegory. Cases went through NBME (4 hours) and USMLE in March '81 — 8 hrs.

Including the daughters of Queen Victoria, the sons of Isreal like the Jews and Igbos migrate outside their Country. They will poison their host population and when they became very sick the host sell their possessions to them for antidotes. They now have money to migrate their families and by so doing, they take over the land. Queen Victoria had 5 daughters that she married to European Royal families and did exactly that. Her daughters are humans and do carry Classical Hemophilia which they passed on to the European Royal families. They also have Wilson's Disease that they suffered. They then kill off others—here Naturals.

* In the USA, books written in Real Estate stated that lands were in the hands of Federal Government (50%), States Govts (28%), Local Governments (approximately 15%) and Private (approximately 8%). The U.S. Government withdrew all those books and gave all parties ownership of lands late 1981. Now, they all claim ownerships and so were are other properties — a behavior that must extinct. They are now minning and drilling in the open. From holdings, they claimed ownership of lands and other real properties saying "Give us liberty or give us death". They were saying that to their owners. "You stole properties from those that do not own nor created you." They used my technology on "electronic electrode for thought broadcasting and extraction/recording" on me and others to monitor thoughts and transactions. They secretely did the Kennedys aswell — saying that they were protecting them from assassinations. But instead of using Technisium Potassium Chlorate with a half-life of 64 days, they are using a lot cheaper compounds and allowing them to stay forever. Senator Edward Kennedy and his family friend and Schoolmate, Dr. Bethune Johnson — Head Geography & Natural Science and Mathematics, CSUDH died of brain cancer along with others that they installed the electronic electrode and kept sleepless with extracting equipments. John F. Kennedy Jr. just like his eldest uncle in the U.S. military died of plane crash. U.S. is the New World, the New World Era and The New World Order. Along with others, they took ALL Properties (from) THE WORLD that do not belong to their owners. Kindly vanquish, within 6 months leaving absolutely no dangers behind.

* The U.S. made away with Duffy, Lewis, Kidd etc usage for genetics that tell which animal or combination of animals are used in creating an individual. They now claim evolution and owners of real properties. On your deals — criminal contracts are void at face value(s). You came in empty handed and you must leave/vanquish empty handed. Judged and adjudged, Judges are to take over from here. Again, dates and history that they use are well cooked.

* ISREAL ET AL MASSIVELY REPRODUCED AND THOUGHT EXCESS HOW TO CREATE MANKIND(S) THEN HELPED TO SPREAD AROUND THE WORLD TO DO THE SAME AND CLAIM PROPERTIES EVERY WAY THEY COULD; EVEN KILLING EVERYONE IN THE UNIVERSE FOR SAME PREPLANNED PURPOSE. THEY KEYED IN ON HEALTH AND RELATED PROFESSIONS EVEN JEWELRIES FOR TOOLS LIKE GOOD MICROSCOPES (EG IN GERMANY DURING HITLER — 60S). THE SO CALLED INDEPENDENCE OF NATIONAL GROUPS WERE FROM 1961. ALL GROUP COOKED HISTORY AND DATES. READERS ARE BEING "BRAIN WASHED". NIGERIA WAS WAS ONE OF THE FIRST MIGRANTS TO DECLARE INDEPENDENCE AND THAT WAS ON OCTOBER 1ST 1960 BEFORE THEY STARTED USING THE NEW DATING SYSTEM. YOU CAN CREATE A GERIATRIC HUMANS IN LABS. OKWUCHI ESBE AKA —DELIVERED) OHANU WAS PREGNANT LESS THAN 2 YEARS AFTER BEING CREATED (1965). (IMPREGNATED). THEY LABLED HER DATE OF BIRTH 1945.

Case 3:23-cv-00047-SLG   Document 3   Filed 03/14/23   Page 6 of 7

Festus Ohan ~~~~~~~
1280 E. 17th Avenue
Unit 121
Anchorage, AK 99501, US

RECEIVED
MAR 14 2023
Clerk, U.S. District Court
Fairbanks, AK

TO: Clerk of Court
United States District Court
District Court of Alaska
Federal Bldg, U.S. Court H~~
101 12th Avenue, Room ~
Fairbanks
Alaska 99701