

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 24, 2023

Clerk of the Court
U.S. District Court for the District of Alaska
222 W. 7th Avenue, Room 229
Box/Suite #4
Anchorage, AK 99513

RECEIVED
JUN 2 0 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

RE: Notice of Appeal
Case No: 3:2023-cv-00047-SLG

Dear Clerk,

I am transmitting to your court correspondence received by the U.S. Court of Appeals for the Federal Circuit. We received the document on 6/1/2023.

Respectfully,

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

Enclosures: Original documents

Copy (w/o encl):

Festus O. Ohan
1280 E. 17th Avenue
Unit 121
Anchorage, AK 99501

U.S. APPEALS FOR FEDERAL CIRCUIT

## Form 1A

### Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the
District of ALASKA
Docket Number CASE NO. 3:23-CV-00047-SLG

> A.B., Plaintiff
> FESTUS O. OHAN
> J.
> AMERICAN MEDICAL ASSOCIATION ET AL
> C.D., Defendant

Notice of Appeal

FESTUS O. OHAN (name all parties taking the appeal)* appeal to the United States Court of Appeals for the ALASKA D.C. Circuit from the final judgment entered on 5/18/23 (state the date the judgment was entered).

(s) FESTUS O. OHAN PRO SE
Attorney for PRO SE
Address: 1280 E. 17th AVENUE, UNIT 121
ANCHORAGE, AK 99501

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.]

---

* See Rule 3(c) for permissible ways of identifying appellants.

United States District Court for the
District of ALASKA

In re
_____,
Debtor

FESTUS O. OHAN
Plaintiff
v.
AMERICAN MEDICAL ASSOCIATION ET AL
_____,
Defendant

File No. 3:22-CV-00047-SLG

Notice of Appeal to United States Court of Appeals for the
DC Circuit

FESTUS O. OHAN, the plaintiff [or defendant or other party] appeals to the United States Court of Appeals for the DC Circuit from the final judgment [or order or decree] of the district court for the district of ALASKA [or bankruptcy appellate panel of the _____ circuit], entered in this case on 3/14/2023 [here describe the judgment, order, or decree] DISMISSAL WITH PREJUDICE

The parties to the judgment [or order or decree] appealed from and the names and addresses of their respective attorneys are as follows:

Dated MAY 23, 2023
Signed _____ PRO SE
Attorney for Appellant
Address: 1280 E. 17th AVENUE, UNIT 121,
ANCHORAGE, ALASKA 99501.

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]