JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

FESTUS U. OHAN

**(b)** County of Residence of First Listed Plaintiff ANCHORAGE, AK
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* (360) 390-8921
1280 E. 17TH AVENUE, #121, ANCHORAGE
AK 99501, U.S. DOJ#56460, NBME#353305
BAR#14445, Judicial# MO9-GU4586 FOIA, DIPO#1981-0-363-365, Legal E#55542190-00

## DEFENDANTS

(1) AMERICAN MEDICAL ASSOCIA
(2) NATIONAL BOARD OF MEDICAL EXAMINERS
(3) FEDERATION OF STATE MEDICAL BOARD
(4) AMERICAN HOSPITAL ASSOCIATION
(5) ASSOCIATION OF AMERICAN MEDICAL COLLEGE

County of Residence of First Listed Defendant CHICAGO, IL
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [X] 422 Appeal 28 USC 158 | [X] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | | | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)* 375
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* 950 STATE STATUTE IN
440 OTHER CIVIL RIGHTS AND NON HUMAN—UNCREATED QUESTION, OTHER

Brief description of cause: CEASED MY CREDENTIAL, CREATED HUMANS THAT ARE
OCCUPYING STOLEN LAND FORTHEM, MASSACRES, TOOK INJURIES ON ME.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* FILED 1979, 1981 HEARING BROADCASTED ON RADIO IN 1981 FALL
DECISIONS WERE MADE BUT MY COPIES WERE OFFSET IN MAIL
JUDGE A GROUP OF JUDGES '81 DOCKET NUMBER

DATE 02/27/2023

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

*FESTUS OKWUDILI OHAN*
Name
*1280 E. 17TH AVE, UNIT 121,*
Mailing Address, Zip
*ANCHORAGE, ALASKA 99501, US*
*(360)390-8921, (907)310-1866*
Telephone

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA *— "THE FINAL FRONTIER".*

*FESTUS OKWUDILI OHAN ,*
Plaintiff,

vs.

*AMERICAN MEDICAL ASSOCIATION ET AL*
*NORTH ATLANTIC TREATY ORGANIZATION ET AL*
Defendant(s).

**APPLICATION TO WAIVE
THE FILING FEE**
**(Non-Prisoner)**

CASE NO. _____
(To

be supplied by the Court)

*PAID*

I, *FESTUS OKWUDILI OHAN* _____ , state under penalty of
perjury that I am the plaintiff in this case. I am unable to pay the $402.00 filing fee for this
proceeding or give security because of my poverty. The type of case I am filing is
*PRE PLANNED CLAIM/ACQUISITIONS OF PROPERTIES AND KILLINGS OF OWNERS*
and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this
application to waive the filing fee in this case, a portion of any recovery, as directed by the
Court, will be paid to the Clerk of Court for reimbursement of all fees and costs incurred by me
in the case. In support of this application, I answer the following questions under penalty of
perjury:

1.  Are you currently incarcerated? ☐ Yes ☒ No **(If "Yes" USE PRISONER
    FORM)**

2.  Marital status: ☒ Single ☐ Married ☐ Divorced ☐ Separated

    a.  If separated or divorced, do you ☐ **pay** child support or alimony, or ☐ **receive**
        any child support, alimony or other form of maintenance? If not, check: ☐ No

        If yes to either question, state monthly amount paid:_____ **OR** state
        monthly amount received:_____

    b.  Dependants: ☐ Spouse ☐ Children #_____ ☐ Others #_____

    List the persons who are dependent on you for support, state your relationship to each
    person and indicate how much you contribute to their **monthly** support (and **for minor
    children, use initials only**).

    Name:___*N/A*_____
    Age:_____/
    Name:___*N/A*_____

IFP Fee Waiver

Age:_____  *N/A*

Name:_____
Age:_____  *N/A*

Name:_____
Age:_____

3. Are you presently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," provide the following information:

   Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

   Employer's name, address & telephone:

   _____

   _____

   Nature of employment:

   How long employed by present employer:

   b. **If you are not presently employed,** provide the following information:

   Date of last employment: _03_/_05_/_2019_(month/day/year)

   Former employer's name, address & telephone: (907) 742-4416

   *ANCHORAGE SCHOOL DISTRICT*

   *5530 E. NORTHERN LIGHTS BLVD, ANCH, AK 99504*

   Gross: $ *150/DAY* Net: $ *115/DAY* salary/wages per ☐ month ☐ week (chose one)

   Nature of employment:

   *(CLASSIFIED) SUBSTITUTE TEACHER*

4. Is your spouse employed? ☐ Yes ☐ No

   **If the answer is "Yes,"** provide the following information:

   Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

   Employer's name, address & telephone:

   _____

   _____

   Nature of employment:

   How long employed by present employer: _____

   *CURR SSA OR BENEFITS OF $253 MONTH*

5. Are you receiving public assistance or unemployment benefits? ☐ Yes ☐ No

   a. I have been on ☐ public assistance and/or have received ☐ unemployment benefits

   since _12_ - _- _2019_ month, day, year

b.   I am receiving $ _6̶9̶0̶_ ☒ monthly / ☐ weekly for myself and my
     household    *FROM RETIREMENT/ALASKA*

     of ___/___ (number).

6. In the past twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends (not PFD) | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments *—RETIREMENT (LACERA)* | ☒ Yes | ☐ No |
| d. | Disability or worker's compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is 'Yes,' describe each source and state the amount and when received, **and** what you expect you will continue to receive.

ALREADY STATED IN 5b, I AM RECEIVING ABOUT $670⁰⁰ PER MONTH FROM THE LOS ANGELES COUNTY EMPLOYEE RETIREMENT ASSOCIATION —LACERA.

FN(LOD)... $40)

7. List all members of your household, including yourself, who received the Alaska Permanent Fund Dividend within the last twelve months, and the amount(s):
ONLY SELF — NOT YET PAID, THE IRS FOR THE LAST 2 YEARS WERE GARNISHING EVERYTHING FOR PENALTIES. I WAS TOLD TO EXPECT ~$3280 IN ~3 WEEKS BUT THAT TOO CAN BE GARNISHED BY THE IRS FOR FAILING TO APPEAL A DECISION THAT WAS BASED ON IL INFORMED —ON TIME.

8. Do you have **any** cash? ☒ Yes ☐ No

State the total amount $300 and location(s): $200 Savings and $100 checking's

9. Do you have any checking account(s)? ☐ Yes ☐ No

a. Name(s) and address(es) of bank(s):
WELLS FARGO BANK
100 N BENSON BLVD, ANCHORAGE, AK 99503

b. Present balance(s) in account(s):
$100⁰⁰

10 Do you have any savings/IRA/money market/CDs separate from checking accounts?
☒ Yes ☐ No

a. Name(s) and address(es) of bank(s):
WELLS FARGO BANK                Same

11. Do you own an automobile or other motor vehicle?  ☒ Yes  ☐ No

   a. Make: _CHRYSLER_   Year: _2001_   Model: _PTCruiser_

   b. What is its current value?  $ _300.00_

   c. Is it financed?  ☐ Yes  ☒ No

   d. If so, what is the amount owed?  $ _0_

12. Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value:

   _____

   _____

   _____

13. Do you have any other assets or personal property other than clothing?  ☒ Yes  ☐ No

   If "Yes," list the asset(s) and state the value of each asset listed:

   _U.S. MINTED COINS $300.00 — YOU MAY TAKE_
   _PLUS UNUSED NEW HP LAPTOP AT $560.00_
   _AT VERY GOOD BARGAIN — YOU MAY TAKE — UNUSED!_
   _UNUSED SATELITE + TV BOXES — YOU MAY TAKE!_

   _____

14. Have you placed any property, assets or money in the name or custody of anyone else in the last two years?  ☐ Yes  ☒ No

   If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item, and the reason for the transfer:

   _____

   _____

   _____

   _____

   _____

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.

Executed                                                              on

SIGNATURE OF APPLICANT THIS BEHAVIOR WILL AND MUST EXTINCT!
NOW THEY HAVE ALREADY ALTERED HISTORY AND CONCLUSIVELY CLAIMING VICTORY.
AS NOW SEEN, I WAS SET TO BE INTERNATIONAL
BUSINESS MACHINE (IBM), TO REMAIN ABJECTIVELY POOR (EVEN THOUGH I WORK ROUND THE CLOCK FROM CHILHD.)
AND BADLY MUTILATED WHILE THE MASSIVELY REPRODUCE AND
PROCREATE THEMSELVES FOR INHERITANCE AND FINALLY
KILL ME AFTER EXTINKING MY FAMILY AND CLAIM
EVERLASTING VICTORY AS HEAVEN! 09/28/2022

THE GOAL IS UNIVERSAL AND THE TARGET "UNIVERSAL CONQUEST"! IT WAS
ALL PRESET, PREARRANGED, PREEMBLE, PREEMBLEMED, PREPLANNED,
POSSIBLE MISSION THAT RAN OVER MOUTH TO MOUTH OVER GENERATIONS (ORAL TRADITION/LEGENDARY) AND
TO THEM, THE "FINAL OPTION"! THEY FINALIZE AND SURE OF VICTIMS DEATH
AFTER THEY HAVE HAD CORE VICTIMS FOR MEAL POST MUTILATIONS! I KNOW
AND HAVE SEEN AND DEEP IN THE OPEN FIELD SINCE EARLY CHILDHOOD. SO, I KNOW!
FOR MY SAFETY, AS A CHILD I MONITORED THERE AFTER MIDNIGHT MEETINGS, I HIDE
IN DARKNESS AND MEMORIZED THEIR AGGREED MOVES INCLUDING OF
THOSE PRICKED TO BE ASSASSINATED UNIVERSALLY. THIS BEHAVIOR MUST
CONCLUSIVELY EXTINCT REMNISCENT OF ALL POSSIBILITIES! I HAVE SAVED
THE UNIVERSE. IT IS NOW LEFT IN THE HANDS OF JUSTICES TO EXTINCT THESE
BEHAVIOR UNIVERSALLY FOR TRUE JUSTICE. CORE PSYCHIATRY IS CORRECTIBLE COUNSELING
AND EXERCISE. ABSOLUTELY NO "JURY" STUFF ONLY JUDGES! FOR IT'S TOO LATE!
THE WORLD ++ ARE IN MY NAME AND I AM FAULTLESS! FOR AS ALWAYS,
NO APPARENT REASON, BRITISH QUEEN ELIZABETH II
TOLD A CROWD IN FORMER NIGERIA, WEST AFRICA
THAT SHE WILL MAKE ME AN OBJECT OF CARICATURE.
AND I WAS ONLY 5 YEAR OLD AND NIGERIA DECLARED
THEMSELVES INDEPENDENT — OGTOBER 1st 1961. OTHER
GROUPS FOLLOWED AROUND THE WORLD. IN DEPENDENT TO
LEAD THEMSELVES BACK TO THEIR ORIGIN/HOME (RETURN
THEMSELVES) — FOR IT IS CHEAPER FOR THEIR FAMILIES
OWNERS. "FREEDOM AND LIBERTY" TO RETURN THEMSELVES ONLY
FOR THEIR COMPLAINTS AND REASONS TO INVADE AND ACQUIRE
THE WORLD PLUS HURTING ME AND MY FAMILY, "IF IT
DOESN'T FIT, YOU MUST ADJUIT." THEY WERE COOKING
STORIES AND EVIDENCE (FALSIFICATIONS). MATERIAL
WORLD NOT OF MANKIND NOR EXCHANGING WITH MANKIND

FESTUS OKWUDILI OHAN
Name
1280 E. 17TH AVENUE, #121

ANCHORAGE, AK 99501
Mailing address

(360) 390-8921
Telephone

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FESTUS OKWUDILI OHAN,
(Full name of plaintiff in this action)
Plaintiff,

vs. (1) AMERICAN MEDICAL ASSOCIATION

(2) NATIONAL BOARD OF MEDICAL EXAMINERS

(3) FEDERATION OF STATES MEDICAL BOARD (FSMB)

(4) AMERICAN HOSPITAL ASSOCIATION

(5) ASSOCIATION OF AMERICAN MEDICAL COLLEGES
(Full names of ALL defendant(s) in this action.
Do NOT use et al.)

Defendant(s).

Case No. _____
(To be supplied by the Court)

PRO SE COMPLAINT

for/under

GROSS VIOLATION OF MY RIGHTS
AND "TAKE TAKEN OF PROPERTIES"
(Type of complaint) "ACT OF GOD".

A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

(1) I AM IN ALASKA FOR SAFETY CONCERN AND BEING MEDICALLY TREATED. (2) WRIT OF JURISDICTION AND ARBITRATION CLAUSE. DEFENDANTS HAVE ACTIVITIES IN ALASKA (3) ALASKA IS A STATE IN THE UNITED STATES OF AMERICA AND IT IS MY STATE OF RESIDENCE. (4) DIVERSITY JURISDICTION EXIST. (5) 28 U.S.C. 1831 JURISDICTION ARISE UNDER THE CONSTITUTION OF THE UNITED STATES AND AMENDMENTS TO THE CONSTITUTION PLUS ACT OF CONGRESS + TREATIES OF USA

PS22

**B. Parties**

1. The Plaintiff is ~~AMERICAN MEDICAL ASSOCIATION~~ *FESTUS O. OHAN*, who presently
(Print Name)

resides at ~~AMA PLAZA, 330 N. WABASH AVENUE, STE 39300, CHICAGO~~ ~~IL 60611~~
1280 E. 17TH AVENUE (Address) UNIT 121, ANCHORAGE,
AK 99501, US

2. Defendants:

Defendant No. 1. AMERICAN MEDICAL ASSOCIATION, is a
(Name)

citizen of ~~AMA PLAZA, 330 N. WABASH AVE, STE 39300~~ CHICAGO, ILLINOIS, US, who works as a
(City/State)

A MEDICAL BOARD for U.S.A.
(Job Title, if applicable)        (Employer/agency, if applicable)

Defendant No. 2. NATIONAL BOARD OF MEDICAL EXAMINERS, is a
(Name)

citizen of WASHINGTON D.C. AND PENSYLVANIA, US, who works as a
(City/State)

MEDICAL/SURGICAL BOARD for THE U.S.A.
(Job Title, if applicable)        (Employer/agency, if applicable)

Defendant No. 3. FEDERATION OF STATE MEDICAL BOARD (FSMB), is a
(Name)

citizen of WASHINGTON D.C. + TEXAS, USA, who works as a
(City/State)

A MEDICAL BOARD for U.S.A.
(Job Title, if applicable)        (Employer/agency, if applicable)

Defendant No. 4. AMERICAN HOSPITAL ASSOCIATION, is a
(City and State) (Name)

citizen of ILLINOIS + WASHINGTON DC, USA, who works as a
(City/State)

REGULATES HOSPITALS ETC for U.S.A.
(Job Title, if applicable)        (Employer/agency, if applicable)

Defendant No. 5. ASSOCIATION OF AMERICAN MEDICAL COLLEGES, is a
(Name)

citizen of WASHINGTON D.C., U.S.A., who works as a
(City/State)

HUMAN CREATIONS, HEALTH AND REGULATIONS
REM:(+) OFFSHORE (Job Title, if applicable) for U.S.A.
                          (Employer/agency, if applicable)

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim.
State what happened **clearly** and **brief**ly, in your **own words**. DO NOT cite legal authority
or argument. Be certain to describe exactly what each defendant, **by name**, did to support
each claim for relief.)

<u>Claim 1</u>: On or about ⟨1966 to 2013⟩ , THEY OFFSET(TED) MY ALL 56

(Date or Period of Time) (Supporting facts) 1966 MAJOR

MEDICAL DOCTORS CERTIFICATION NUMBER MDCNR 56,322/66 AS ZONES/

FOR MEDICINE AND SURGERY. I WORKED AND THEY AS ALWAYS, THEY CASHED ALL GLOBAL

MY FINANCIAL INSTRUMENTS IN MEDICINE AND SURGERY. IN 1979, THEY OFFSET(TED)

MY FULL LICENSURE IN FAMILY MEDICINE FOR MEDICINE AND SURGERY IN

CALIFORNIA CASHING ALL FUNDS TO ME EVEN FROM CRENSHAW—BALDWIN

HILLS MEDICAL CENTER IN CALIFORNIA. IN 1981, THE COMMONWEALTH OF

CALIFORNIA ISSUED ME A FULL, PERMANENT AND UNRESTRICTED LICENSURE

IN ALL SPECIALTIES AND SUBSPECIALTIES OF MEDICINE AND SURGERY AND

THEY OFFSET(TED) IT. FROM 1976 TO 1999 JUNE 1999, I APPROXIMATED

SUTURES AND COMPLETED THE SUPERVISION OF OVER 500 DIFFERENT DEEP

SURGERIES THAT CAME TO ME PLUS MICROSURGERIES ASIDE FROM DEVELOPING

TECHNIQUES AND INSTRUMENTS FOR MICROSURGERIES, DEAFS, DUMBS, OPHTHALMIC

TRANSPLANTS, TRANSPHENOIDAL APPARATUS FOR BRAIN SURGERIES,

OVERHAULING MEDICAMENTS/DRUGS AND VACCINES; YET I NEVER A CENT TO ME.

FROM 1981 to 1996, I WAS EARNING AT LEAST ONE MILLION DOLLARS

PER MINUTE PLUS FUTURE AND FUTURISTIC WHEN I WORK AS AN EXAMINER

UNDER EXAMINATION SCHEDULES, YET I NEVER RECEIVED A CENT. THEY

FAILED TO GIVE ME DUPLICATES OF CREDENTIALS AND LICENSURES THAT THEY

OFFSET(TED) EVEN AFTER I WAS PUBLISHED IN MEDICAL JOURNALS.

    THE USED THEIR CREATED ELEMENTS TO OFFSET MY MAILS, BURGLARIZE

MY HOMES AND NEGOTIATE BUSSINESSES ON MY BEHALF BY IMPERSONA-

TING. A CASE IN POINT IS A So CALLED Dr. CHRISTOPHER CHIMEZIE

ACHIKAM DURU (HESIE) WHO OFFSET(TED) MY LICENSURE INCLUDING

FROM CALIFORNIA MEDICAL BOARD. THE MEDICAL BOARDS HAD THE

HEADS OF THEIR AGENCIES MEET WITH ME ON THE LAST FLOOR OF

A LIBRARY BUILDING OPPOSITE EXAMINATION TESTING SERVICES (ETS)

IN PRINSTON, NEW JERSEY ON THE FIRST SATURDAY OF DECEMBER

1981. THEY TOLD ME TO CONTINUE WORKING AND EVEN DEVELOPING

INSTRUMENTS FOR MONEY CAN NEVER BE A PROBLEM. AND NOT JUST

THAT, I WAS MADE TO HEAR A JUDICIAL RULLING UPON MY RETURN

— ON THE RADIO SAYING THAT I WAS AT LEAST 3 TIMES A DOCTOR AND

AN INSTITUTION AND THOSE ETC AND THAT WAS THE REASON THAT I

WAS EARNING SO MUCH. AT THE END WAS A 5 MUNITE MOMENT OF

SILENCE THAT EEC EVERYONE STOPPED TO OBEY EVEN ON THE HIGHWAYS

AND FREEWAYS. AT THIS TIME, I WAS ON 91 FWY AND STOPPED LIKE

EVERYONE ELSE ON FREEWAY. CHIMEZIE CHRISTOPHER DURU HESIE'S PHONE

NUMBER IS (323) 535-1064 OR ℅ HIS WIFE HELEN (310) 704-2647. HIS

LAST KNOWN ADDRESS IS: 1208 E. DENWALL DRIVE, CARSON, CA 90746. HIS

IN LAW THAT WORKS WITH HIM IS A Dr. HILARY AGIM IHEANACHU (310) 800-0262

AND (424) 205-2438.

    1996 TO 1999, I DID VACCINES AMONG OTHERS. VATREX HELPED ME TO

COMPLETE AD IMMUNE (IMMUNE BOOSTERS) AND 2012/2013, I UPDATED MOST

DRUGS USED IN MEDICINE AND SURGERY, COMPLETED VACCINE FOR HPV AND

ENTERO VIRUS AND THE GSK WAS 3 HELPFUL AND COMPLAINT

MOTUROLA HELPED ME WITH ARTIFICIAL LIMBS THAT INCLUDE THE POPULA

~BLADE R HEARING IN 1979 AND 1981

SIMULTANEOUSLY. AND AS ALWAYS, I HAVE NEVER RECEIVED... I Am Mann...

**Claim 2:** On or about FROM THE ORIGIN OF HUMANS TO PRESENT.

_(Date or Period of Time)_          _(Supporting facts)_

ALTHOUGH MOST HUMAN CREATIONS WERE SPONSORED BY POLITICIANS, THESE BOARDS ESPECIALLY ASSOCIATION OF AMERICAN MEDICAL COLLEGES WERE CREATING INLAND AND OFFSHORE THAT INCLUDE FOREIGN COUNTRY GROUPS. THE PRIMARY REASON FOR ~~HUMAN~~ CREATIONS OF HUMANS IS TO TAKE PROPERTIES AND OWNING THEM FOREVER AT ALL COSTS. THIS INCLUDES MASSACRING POSSESSORS AND DEPRIVING OWNERS OF THEIR PROPERTIES FOREVER. THEY USE HUMANS TO SECURE THEIR WHIMS AND CAPRICES AND TO SIT ON THOSE PROPERTIES ~~SHEELDING~~ SHIELDING THEM. YOU HAVE 64 GENETIC CODES IN HUMAN CREATIONS AND 3 ARE NONSENCE CODONS. AUG CODES FOR METHIONINE WHICH IS "A STOP AND GO" COMPOUND WITH SULFUR. AUG INCLUDES AMERICAN UNIVERSITY GAMBIA WHOSE SCIENCE AND MEDICAL DEPARTMENTS LIKE THE SAID BOARDS, WAS IMPLICATED IN HUMAN CREATIONS.

WITHOUT BEING OBSERVED, AS I WAS MONITORING MY FAMILY PROPERTIES, I WITNESSED THEM CREATING "BLACKMAN" IN AN ISLAND IN THE MEDITERANIAN SEA AND "YELLOWMAN" IN THE PACIFIC OCEAN AS A LITTLE CHILD OF 5 THAT TOOK FAMILY LARGE BOATS FOR 'A' RIDE. AMONG OTHER THINGS, I COULD NAVIGATE AT THAT AGE. THEY CREATE DIFFERENT AGE GROUPS AND GIVE THEM IDENTIFICATIONS BEFORE REDISTRIBUTING THEM.

IN 1961, IN WEST AFRICAN PORT OF LAGOS, I WAS ABDUCTED AGAIN UNDER ANESTHESIA SOAKED IN CLOTHE AND OVER MY NOSE. THEY DRAINED MY LYMPHATIC ~~VESSELS~~ VESSELS AND IN PART MY BLOOD VESSELS AND INJECTED FLUIDS CONTAINING THEIR COMPOUNDS THAT COULD INCLUDE URACIL AND USED THE DRAINAGE FOR THEMSELVES. GABRIEL DURUAGWUSI AKA OHANU AND A RAFAEL AGONSI COULD HAVE BEEN RECEIPIENTS SINCE THEY DEVELOPED ~~ROOT~~ THEN RECENT MARKS IN THE SIDE OF THEIR NECKS. I WAS THEN DAMAGED, INJURED AND DENATURED THE FIRST TIME. USA WAS THERE AND OPERATING ~~FROM~~ MAINLY FROM LIBERIA AND SIERA LEONE. ~~AFTE~~ IMMEDIATELY AFTER THAT, NIGERIA DECLARED INDEPENDENT AND OTHER GROUP ~~FOLLOWED~~. THE MASSER ARRIVED IN AFRICA FROM APRIL OF 1961 AND STILL ARRIVING. NEW ARRIVALS ARE DISTRIBUTED BY MILITARY CAMPS CALLED MILITARY REDISTRIBUTION UNITS. IN NIGERIA, YOU HAVE ON ALONG CHARITY HOSPITAL BUS STOP IN OSHUDI, LAGOS STATE. ~~LAGOS~~ PORT OF LAGOS BECAME KNOWN AS APAPA WHALF. APAPA MEANING SCARS SCARS WHICH WAS WHAT I HAD FROM BACTEREMIA FOLLOWING THE ABDUCTION AND SUBSEQUENT RELEASE. AT THIS TIME I LIVE ALONE AND DRIVEN OUT EACH TIME I REESTABLISH. THE SAME THING CONTINUED IN THE USA MEANING THE SAME GROUP AND ~~SAME~~ THEIR SAME OWNERS. OFFSHORE ISLANDS WITH MEDICAL COLLEGES ACCREDITED BY USA STILL EVIDENCE OF HUMAN CREATIONS DURING MY INITIAL VISITS —FEELS OLD AND ROTTEN TOOLS/EQUIPMENTS. POLICE AND TEACHERS ASSOCIATIONS INVERSE INVESTING THEIR RETIREMENT CONTRIBUTIONS IN HUMANS CREATIONS. THIS WAS GROSSLY NOTICED DURING THE PERIOD OF THOMAS JEFFERSON AND ONWARDS.                              WORSE.

FROM DECADES AGO TO

<u>Claim 3:</u> On or about _PRESENT TIME._ , NATIONAL BOARD OF MEDICAL
(NBME)          (Date or Period of Time)          (Supporting facts)
EXAMINERS, ALONG WITH THE EXAMINATION COUNCIL/COMMISSION FOR
FOREIGN GRADUATES (ECFMG) DO HAVE OVER 200 LICENSURE/CREDENTIALS
OF MINE SINCE 1981 AND FAILED TO GIVE ME DUPLICATES DESPITE ALL
PLEADINGS. THE NBME EXAMINER DO HAVE WHAT THEY CALLED A
"SALESFORCE" ACCOUNT FOR ME BUT REFUSED TO RELEASE CONTENT
INFORMATION TO ME. I PASSED ALL MY PATHWAYS TO PRACTICE MEDICINE
AND SURGERY IN THE UNITED STATES OF AMERICA TO EARN A LIVING
AND I WAS LICENSED AS THE TOPMOST PHYSICIAN/SURGEON IN THE USA
YET TO KNOW AVAIL INSTEAD THEY OFFSET (TED) ALL AND EXAMINATION
RESULTS THAT GOT TO ME WERE OFFSET AND TAKEN FROM ME BY
THROUGH "HOME INVATION BURGLARIES". THEY TOOK CERTIFICATIONS
THAT GOT TO ME AND SEND WERE SENDING ME FAILURE RESULTS AS
I WORKED FOR THE SAID $1,000,000+ (FUTURE/FUTURISTIC EXAMINATION
SCHEDULE. THIS WENT ON FOR THE 14 YEARS THAT I PROMISED THE
HEADS OF EXAMINERS TO COMPLETE AFTER THEY BEGGED ME DURING
MEETING MENTIONED IN "CLAIM 1" THAT WAS HELD IN PRINCETON, NEW
JERSEY IN DECEMBER OF 1981. I DO NOT HAVE ANY KIND OF REASON
TO THINK THAT THERE WERE POSITIVE REASON TO DO WHAT THEY DID FOR MANY
DECADES HAS GONE AND I AM NOW 67 AND THEY NEVER LOOKED BACK
BUT RATHER CHALLENGING ME ON WHAT I CAN DO ABOUT THEIR CRIMES.
THEY CLAIMED TO BE UNTOUCHABLE REGARDLESS OF CRIMES THEY
COMMIT. PLEASE SEE ATTACHED ON "SALESFORCE ACCOUNT".
    THEY DRILL AND MINE PROPERTIES HATERED, THEY WANT TO MAKE
VERY SURE THAT NOTHING IS LEFT WHEN THEY ARE GONE AND AWAY FROM
THE WORLD. MEDICAL DOCTORS WORK WITH THOSE IN OTHER AREAS
OF HEALTH TO CREATE HUMANS — EXAMPLE THOSE IN DENTAL AND
VETENARY MEDICINE. VETENARY IN THAT ANIMALS CAN BE
MADE DO DELIVER HUMANS. SOME CAME FROM PONDS OF SO
CALLED "NUTRIENT AGAR" THAT CAN BE HUMAN WASTE.
    MY NATION BOARD OF MEDICAL EXAMINERS NUMBER
IS 853365 WITH A DPO #1981-0-353-365 AND MY ECFM
NUMBER PERSONALLY ASSIGNED BY THE ECFMG COUNCIL IS
338338, THEN THE ECFMG COMMISSION DECEMBER 1981
338338-7 (MEANING THAT I PASSED ALL MY PATHWAYS
TO PRACTICE MEDICINE AND SURGERY AND SCORED HIGH. I
HAD ALREADY PASSED THE USMLE IN 1979 IN WESTWOOD,
CALIFORNIA INCLUDING ORAL AND PRACTICAL EXAMS AND
WAS PUBLISHED IN MID SEPTEMBER 1979. ALL GROUPS
COMBINE TO GIVE ME #03383387 IN 1982 AND I CONTI-
NUED MY WORK IN HEALTH AT EXAMINATION SCHEDULE
TO 1995. ECFMG AND FLEX WERE OUT OF SCHEDULE
IN JULY AND DECEMBER, 1993 RESPECTIVELY. IN CANADA
I AM MD00006 WITH MANY PATENT NUMBERS AND FEDERAL IDENTI-
FICATION NUMBERS. I WAS NEVER INVOLVED IN MANLIKE CREATIONS NOR
IN PRESENCES. I NEED TO CHELATE INFECTED LIKE URACIL AND
SOMATOSTATIC OUT OF MY SYSTEM.

## D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ _IN QUADRILLIONS_

2. Punitive damages in the amount of $ _iN QUADRILLIONS_

3. An order requiring defendant(s) to _LEAST $200 MILLIONS AND DUPLICATE OR MY_ (1) IMMEDIATLY TO ALLOW ME ACCESS TO AT
RECORDS/CREDENTIALS. (2) ANTIDOTE TO WHAT THEY INJECTED IN ME AT
CHILDHOOD (3) VANQUISH AND LEAVING ABSOLUTELY NO DANGERS BEHIND (3) ALONG
WITH THEIR OWNERS/FAMILY PAY FOR ALL DAMAGES, DEBTS, PUNITIVES ETC (4) THEY
CAME IN EMPTY HANDED AND TO LEAVE EMPTY HANDED. EXTING THEIR BEHAVIOR (4)
(5) FIX MY BODY FROM DISTANCE

4. A declaration that (1) THEY STOP COOKING DATES AND HISTORY (2) SURRENDER
ALL THAT THE HAVE TAKEN WITH ABSOLUTELY NO INTENTIONS TO REOFFEND FOREVER
MORE. (2) ALL PROPERTIES ARE TO BE RELEASED WITH NO ATTACHMENTS NOR REPOSSESSION
(3) THE COURT ALLOW EXTRACTION OF THE TRUTH FROM THEIR BRAIN ON CRITICAL ISSUES—
THE TECHNOLOGY IS THEIR AND FROM ABOVE THE EAR SIDE OF THE BRAIN + SODIUM AMYTATE.

5. Other: (1) QUI TAM (2) ANYTHING ELSE THAT THE COURT MAY FIND OR
IMPOSE (3) CLOSE SUPERVISION WITH SEPARATION OF THEM IS NECESSARY FOREVERMORE.
(4) THEY GOT WORSE FROM FALL 1981 AND VERY AGGRESSIVELY SO TODAY. (5) EXECUTE
ALL PRIOR JUDGEMENTS/ADJUDGED.

Plaintiff demands a trial by _____ Jury _____ (Court.) (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_[signature]_

**Plaintiff's Original Signature**

_FESTUS OKWUDILI OHAN_
(Plaintiff's Full Name)

Executed at _ANCHORAGE, ALASKA_ US on _FEBRUARY 27th, 2023_
(Location)                               (Date)

From: [illegible]
[illegible]
To: [illegible]
[illegible]

--- Forwarded message ---
From: festus ohan <[illegible]>
Sent: Thu Jun 16, 2022, 11:33 AM
Subject: Re: Festus Ohan Home
To: [illegible]

"THE SMOKING
GUN"

On Wed, Jun 15, 2022, 4:07 AM stores@nbmail.org <stores@nbmail.org> wrote:

Hi Suzanne,

He's back!!! I am sharing this letter, same story as before, because it was addressed to legal team. We continue to log anything he sends against his salesforce account . We do not reply.

**Frank** — cease and desist from blocking my mail. You do not want to the consequence!

They are offseting my mails and mails to their Legal Team !!!!! Director Frank Corbi is in charge !! He has been avoiding me all along and told me not to communicate w/ NBME !!

ref: _00D46pfpg._5004x2GWD4G:ref — They offset my [illegible] on to their [illegible] copyright.

I cannot loose a cent. I own future & future shit to my [illegible] [illegible]

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.

I work alone as always! Perpetrators have never worked, they are not working and they will never work for me! All [illegible]

I Worked for at least 14 years and never receive a cent even though I [illegible]

[remainder of page illegible handwriting]

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215 590-9500 phone
nbme.org

November 1, 2018

RE: USMLE 03383387

Dear Mr. Ohan,

Thank you for contacting the National Board of Medical Examiners.

We received your request to provide your Medical Sciences Knowledge Profile (MSKP) scores taken in 1980. This was a program of the Association of American Medical Colleges (AAMC) for its member schools. The NBME developed the examination for the AAMC.

Please be advised that you need to contact the AAMC in order to get an MSKP transcript. Contact information for the AAMC can be found on their website, www.aamc.org.

Therefore, I am returning your original request including the money order.

Sincerely,

Frank Corbi, MBA
Director of Customer Operations Management



National Board of Medical Examiners
3750 Market Street
Philadelphia PA 19104-3190

215 590 9500 phone
AMA form entry

February 13 2019

RE: USMLE 03383387

Dear Mr. Ohan,

I received your correspondence dated February 4, 2019 requesting transcripts of NBME Parts administrations. There is no record of NBME Parts examinations for you as I referenced in my previous email response to you dated January 22, 2019.

In the documentation you provided, you included your complete transcripts as reported. We have provided all documentation that is available, and no further responses regarding this matter will be furnished.

*He is avoiding me just like since summ 19. his counter part — William Kelley of the ECFMG and Deborah Cusson of Federation of States Medical Board (FSMB)* A KEndarus of AAMC! Investigate them!! They will and must testify*

Sincerely,

Frank Corbi, MBA
Director of Customer Operations Management

PRINTED ON LINEMARK PAPER · HOLD TO LIGHT TO VIEW · FOR ADDITIONAL SECURITY FEATURES SEE BACK

**CASHIER'S CHECK**

| 0001417 | 11-24 |
|---------|-------|
| Office AU # | 1210(8) |

Operator I.D :   k043121

**0141714085**

PAY TO THE ORDER OF   ***US DISTRICT COURT OF ALASKA***

February 25, 2023

**\*\*Four Hundred Two and 00/100 -US Dollars \*\***

**\*\*$402.00\*\***

Payee Address:
Memo

VOID IF OVER US $  402.00

WELLS FARGO BANK, N.A.
301 W NORTHERN LIGHTS BLVD
ANCHORAGE, AK 99503
FOR INQUIRIES CALL (480) 394-3122

CONTROLLER

⑆0141714085⑆ ⑆121000248⑆4861 511327⑈

# FW: RE: Medical Licensure

From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Sent: Mon, Aug 17, 2020 at 8:03 pm
To: theprinter@theprinter.org, help@theabfm.org

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 8/4/20 9:09 PM (GMT-09:00)
To: "Deborah Cusson (FSMB)" <dcusson@fsmb.org>, info@ecfmg.org, webmail@nbme.org, webmaster@aamc.org
Subject: RE: Medical Licensure

FSMB and NBME'S have caused me some irreversible damages. And so is the USA government especially the department of treasury. I never knew that it would be this long. For I have not seen my family in 60 years. I was abducted at the age of 4 and taken to West Africa. I came close to locating my family in 2010 and had everything taken from me and got locked up in psychiatric hospital for 7 months in Nigeria. I happened to own the Nigerian Federal Neuropsychiatric hospitals and was the one that redecorated them in 1981. I never received a cent from the hospitals. Without a cent paid to me, I managed some clinics and reformatory reasonably before my 10th birthday. Because of what I went through, I do not remember my name at birth for I was abducted that young....when I was 3 or 4 years old and threaten with death if I do otherwise. It was a former mayor of Lagos Nigeria that handed me over to the Ohanu family in 1961 and took all that I had. This got to stop for I am not growing younger.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: "Deborah Cusson (FSMB)" <dcusson@fsmb.org>
Date: 8/4/20 5:39 AM (GMT-09:00)
To: festusokwudiliohan <festusokwudiliohan@gmail.com>
Subject: RE: Medical Licensure

August 4, 2020

Dear Dr. Ohan:

Information on specialty boards must be obtained from those boards accordingly. You can find a list of specialty boards at this website - https://www.abms.org/. The FSMB does not provide verification of specialty exams.

Sincerely,

**Deborah Cusson**
Manager, Assessment Services

**Federation of State Medical Boards**
400 Fuller Wiser Road | Euless, TX 76039
817-868-4025 direct | 817-868-4098 fax
dcusson@fsmb.org | www.fsmb.org | www.usmle.org

Rec'd

Follow USMLE on social media!

**From:** USMLE Inbox <usmleinbox@fsmb.org>
**Sent:** Monday, July 27, 2020 12:02 PM
**To:** Deborah Cusson (FSMB) <dcusson@fsmb.org>
**Subject:** FW: Medical Licensure

Debbie,
Please see below: Festus Okwudili Ohan , 201051901

I did not respond to his email.

Andrea

**From:** Festusokwudiliohan@gmail.com <Festusokwudiliohan@gmail.com>
**Sent:** Saturday, July 25, 2020 4:46 PM
**To:** USMLE Inbox <usmleinbox@fsmb.org>
**Subject:** Medical Licensure

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
A message regarding **Medical Licensure** has been sent from the USMLE website:

| | |
|---|---|
| **Name:** | Festus Ohan |
| **E-mail:** | Festusokwudiliohan@gmail.com |
| **USMLE ID:** | 0-338-338-7 |
| **Exam:** | Step 3 |
| **Reason for Contact:** | Medical Licensure |
| **Description:** | I was 3 times a Doctor for I passed all pathways to practicing medicine and surgery by summer 1981. Your computers are showing that I had the best scores for USMLE 1990 to 1995. Please go through the computer graphics. I was the chief facilitator for Arkventures medical review programs and have best results on internal exams. Those that I thought medicine passed. I passed USMLE step 3 in June 1981. All my records were stolen and you side tracked me off your records. I am turning 65 this September and you have not retracted. Please send me copies of your computer Software print out the same one you give when you send results. I have ordered and paid for transcripts but they did not include computer graphics. NBME'S sent me a |

mail of 200 pages that didn't reach me in 1982 or late 1981. The one for FSMB were through the state of California but never received as well. I want all monies due to me paid soonest. If you deposited them with a bank, please give bank account information. Thanks. Festus Ohan.

**This email sent from the USMLE.org Contact Page**

*This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.*

B5C

## FW: RE: Medical Licensure

**From:**  festusokwudiliohan <festusokwudiliohan@gmail.com>
**Sent:**   Mon, Aug 17, 2020 at 8:02 pm
**To:**     theprinter@theprinter.org, help@theabfm.org

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 8/4/20 3:32 PM (GMT-09:00)
To: "Deborah Cusson (FSMB)" <dcusson@fsmb.org>, webmail@nbme.org, webmaster@aamc.org,
webmaster@mbc.ca.gov, info@ecfmg.org
Subject: RE: Medical Licensure

The medical and surgical specialties and subspecialties do not have scores or examines records of me because it's all
work. Through examiner's work, 25%of my papers were for future testing and 75% were active problems in
healthcare. The $1000 or so that I pay for FLEX were used to get problems ready and printed by your printer using
your cover page. You see, you can only report 3 instead of 26 to 28 times that I sat with your examines in FLEX. Both
Federal and Federation FLEX. I got to know where they were depositing the money. The 200 pages sent to me through
NBME'S where never received. I was working as a contractor for Federal protective services....GSA then. They the
documents to them to give them to me but they never did. The location was 11000 Wilshire boulevard in
Los Angeles, California.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: "Deborah Cusson (FSMB)" <dcusson@fsmb.org>
Date: 8/4/20 5:41 AM (GMT-09:00)
To: festusokwudiliohan <festusokwudiliohan@gmail.com>
Subject: RE: Medical Licensure

August 4, 2020

Dear Dr. Ohan:

I am not able to provide information on ECFMG and purchases that you may have or may have
not made through that organization. You can contact the ECFMG at www.ecfmg.org,
info@ecfmg.org, or 215-386-5900 to get that type of information.

Sincerely,

**Deborah Cusson**
Manager, Assessment Services

**Federation of State Medical Boards**
400 Fuller Wiser Road  |  Euless, TX 76039
817-868-4025 direct  |  817-868-4098 fax
dcusson@fsmb.org  |  www.fsmb.org | www.usmle.org

12ʹ

Follow USMLE on social media!

**From:** festusokwudiliohan <festusokwudiliohan@gmail.com>
**Sent:** Monday, August 3, 2020 11:51 PM
**To:** festusokwudiliohan <festusokwudiliohan@gmail.com>; info@ecfmg.org; Jstein@elpspda.org; webmail@nbme.org; webmaster@aamc.org; Deborah Cusson (FSMB) <dcusson@fsmb.org>
**Subject:** RE: Medical Licensure

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

I passed surgery and it's subspecialties, internal medicine and subspecialties,  and family medicine and subspecialties in  1981.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 8/3/20 7:34 PM (GMT-09:00)
To: festusokwudiliohan <festusokwudiliohan@gmail.com>, "Deborah Cusson (FSMB)" <dcusson@fsmb.org>, info@ecfmg.org, info@elpspda.com, webmail@nbme.org, webmaster@aamc.org
Subject: RE: Medical Licensure

Present my case to your medical Board.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 8/3/20 7:02 PM (GMT-09:00)
To: "Deborah Cusson (FSMB)" <dcusson@fsmb.org>, info@ecfmg.org, webmail@nbme.org, webmaster@aamc.org
Subject: RE: Medical Licensure

I took the FLEX exams 2 times per year from 1981 to December 1993 and several occasions for Federal FLEX. You only had me 3 times in your transcripts. FSMB must come to reality and provide all exams taken. If you can not provide pre 1988, you must provide at least from 1988. I have paid for the transcripts and I want them provided. I will and must keep on writing FSMB until the mess is cleared. O want all information provided. I met with the Presidents of all parties providing the exams on the first Saturday of December 1981 in Princeton. They offered me a job

that had never been paid. I passed all pathways to practicing medicine and surgery by end of summer 1981. They gave me a DPO# 1981-0-353-365-001 and a DOJ number. There were 7 pathways.....National Boards, National Boards of Medical examiners, USMLE, ECFMG, MSKP, Federal FLEX, Federation FLEX. I cleared all 7 the first time I sat for them. You are to investigate and provide me with the information. I have not been paid and must be paid. They put you there to mess with me since 2002. You must forward my request up in your ladder.....FSMB. You would have been communicated by an investigator by now but for the Corona virus pandemic. In 2016, the transcripts sent to me by both the ECFMG and USMLE stated that I was in your database and have never been disciplined. I lost the copy as a homeless before I was deleted from all data base. That must be cleared. Please give the case to someone higher than you. They are using you to block me while they are busy deleting my profile. I will not rest until I find justice. They are only buying time. I have many patentables that they are enjoying. I told you my examination centers and they had you ignoring me. My ECFMG and USMLE number 0-338-338-7 denoted 7, that I passed all 7 pathways to practicing medicine and surgery in the USA and Canada. You either going to work with me or forward my case up the ladder making sure that your briefing is unbiased. I have waisted precious time with you and time is not on my side. I have known you since 2002 and you have done nothing but waste my precious time. Festus Okwudili Ohan aka Ohanu.


Sent from my Samsung Galaxy smartphone.


-------- Original message --------
From: "Deborah Cusson (FSMB)" <dcusson@fsmb.org>
Date: 8/3/20 10:46 AM (GMT-09:00)
To: Festusokwudiliohan@gmail.com
Subject: RE: Medical Licensure

August 3, 2020

Dear Dr. Ohan:

We have communicated on many, many occasions and each time we have provided that there is nothing further that we can provide to you regarding your examination history with our offices.

Again, there is nothing else that we can provide to you.

Most sincerely,

**Deborah Cusson**
Manager, Assessment Services

**Federation of State Medical Boards**
400 Fuller Wiser Road | Euless, TX 76039
817-868-4025 direct | 817-868-4098 fax
dcusson@fsmb.org | www.fsmb.org | www.usmle.org

*(handwritten annotations, top left)*

(1) I TURNED DOWN THE NOBLE/NOBEL PRICES AT LEAST 3 TIMES BY AGE 6
2) My MEDICAL DOCTOR CERTIFICATION
) NUMBER IS MDCN R56,322/66 1966 at
I AM LISTED IN CALL age 10
IBME, FSMB etc 56
DATABASE AND NEVER (UNIVERSAL ZONE)
BEEN QUESTIONED NOR DISCIPLINED.

## ATTENTION: LEGAL DEPARTMENT

Again, I passed the following USMLE – August 1980 Step 1 (Dominican Republic), March 1981 STEP 2, (Dominican Republic) June 1981 STEP 3(San Diego, California). Passed ECFMG January 1981 (Dominican Republic), and National Medical Boards Part I and II as administered by the ECFMG in February, 1981(Dominican Republic). I sat and passed FLEX in June 1981(Los Angeles, California). Passed the unrestricted licensure exam administered by the ECFMG in July 1981(Los Angeles, California). My raw score for the latter was 58%.

I had 3 board interviews for licensure. The first one was local at Fullerton (California), the Trans Union BLDG. the second one was telephonic from Sacramento, both were summer 1981 and December 1981 I had the last Board Interview in New Jersey, Princeton University Library BLDG opposite Examination Testing Services (ETS). I did very well that they offered me a job. I did not turn them down, I said it depends on what I had to do. They found a way to force me into the process and of taking exams for 14 years to assure medical quality. But meanwhile I must use my own funds made of odd minimum wage jobs and use it to pay them for 14 years. Fall 1981 to fall 1995.

They changed FSMB and ECFMG addresses and the 'C' in ECFMG changed from Council to Commission about January 1982. I was not allowed to practice neither medicine nor surgery, but must live off and do minimum wage jobs. I was told that now I must pass the ECFMG exam but with 'C' as commission not council, I noticed. They used %raw scores for scaled scores without adjustments and when over 75% raw score, they do something-else. Please locate and post these results to me ohanfestus@yahoo.com.

Where are my earnings? My 1st major was electronic engineering where I discovered cell phone, internal combustion jet engines, colored television, etc by 1981. This was to mention but few discoveries. I had no money to develop them, so you do the developments and keep the yields. Interesting, very interesting. Please forward a copy of this note to your legal department. Thanks! Festus Okwudili Ohan SS 555412190, DOB September 20,1955. Dated April 2, 2011.

# Office DEPOT **OfficeMax**

## complimentary fax cover sheet

DOJ#569460 *opl*
DPO# 1981 -0-353-365-001    BAR#114445 Local CA #LAB114445
Judicial # M09-G0458-001 Iowa    NBME#353-365, Council#338-338

number of pages including cover sheet: /

attention to: _CLERICAL_                    date: _JUNE 29, 2022_

                                            FESTUS D. OHAN >>> PXMD, MBA,
company: _____                  from: _MPA, MPH ETC as Receipts to Patent_
                                            (CONSULTANT CONSORTIUM CORPORATION

phone #: _____                  company: _____
                                            (360) 390-8921/(907) 310-1866
fax #: _____                     sender's phone #: _____
                                            FESTUSOKWUDILIDHAN@Gmail.com
                                            sender's email: _____

comments: _PLEASE KINDLY FORWARD TO RESPECTIVE AUTHORITIES_
_AND OK FOR YOU – NO SECRET&CONTENTS! THANKING YOU_
_IN ADVANCE! PLEASE KINDLY REPORT YOUR OBSERVED_
_DRILLING AND MINNING TO AUTHORITIES EVEN WHEN CONTRACTORS_
_ARE SECURED BY MILITARY UNITS!!! AND REPORT THEM WHEN_
_THEY EXHIBIT —— "MULTIPLE REPRODUCTIVE FUCKINGS"WHETHER_
_ASSUMED LEGAL OR NOT!!_

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

self service
domestic per page



$1.50   2065527

full service
domestic per page



$1.79   833071

full service
international per page



$4.99   833191

self service
international per page



$3.99   2064240

Office Depot 646
201 E. Tudor Rd.
Anchorage, AK 99503
p: 907.562.3993 f: 907.562.2668
ods00646cpc@officedepot.com

# Office DEPOT **OfficeMax**

Rev 10/20

## Fwd: Festus Ohan letter

From: festus ohan <festusokwudiliohan@gmail.com>
Sent: Mon, Jun 27, 2022 at 12:04 pm
To: The Printer

FESTUS O. OHAN MD, JDetc
1280 E. 17th AVENUE,
UNIT 121
ANCHORAGE, AK 99501, US
EMAIL: FESTUSOKWUDILIOHAN @
GMAIL. Com

---

---------- Forwarded message ----------
From: **festus ohan** <festusokwudiliohan@gmail.com>
Date: Thu, Jun 16, 2022, 11:36 AM
Subject: Re: Festus Ohan letter
To: <scores@nbme.org>
Cc: <swilliams@nbme.org>, The Printer <theprinter@theprinter.org>, <officedepot@printme.com>

On Wed, Jun 15, 2022, 4:07 AM scores@nbme.org <scores@nbme.org> wrote:

HI Suzanne,

He's back!!! I am sharing this letter, same story as before, because it was addressed to legal team. We continue to log anything he sends against his salesforce account. We do not reply.

*You do not want to the consequence!*

*Frank* *cease and desist from blocking my mail.*

*They are offseting my mails and mails to their Legal Team++++! Director Frank Corbi is incharge!! He has been avoiding me all along and told me not to communicate w/ NBME!!!*
*AS Always*

ref:_00D46pfBg._5004w2GWD4G:ref *They offset my mails, this on to their legal Team!*
This email message and any attachments may contain privileged or confidential business information and are for *I cannot loose a Cent. I own future & futuristics to my Patents & Copyrights!*
the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments. *I work alone as always! Perpetrators*

*have never worked, they are not working and they will never work for me! All not*
*I worked for at least 14 years and their activities are criminal never received*
*a cent eventhough I owned all Patents and Copyrights*
*of my work! Kindly interrogate (1) ECFMG*
*file manager William Kelley (2) National Board of*
*Medical Examiners Director Frank Corbi MBA. (3) AAMC*
*ie Association of American Medical Colleges*
*staff Kondarus (4) Federation of States Medical*
*Board Manager Deborah Cusson. All stolen*
*will and must be squized out of them and*
*the FBI Profiled Nigerian government mafia et alat*
*>>>100% and appropriate penalties towards death*
*for they have killed me over 1,000 times and inherited*
*me alive! I have absolutely no families and friends*
*in this World !!*

*(June 29th, 2022)*

Re: Please kindly cancel the silence and tell me what happened.

From: festus ohan <festusokwudiliohan@gmail.com>

Sent: Fri, Jun 24, 2022 at 9:47 am

To: scores@nbme.org, swilliams@nbme.org, info@veb.ru, ir@veb.ru, Info, info@elpspda.com,
The Printer

On Fri, Jun 24, 2022, 9:46 AM festus ohan <festusokwudiliohan@gmail.com> wrote:
All that I can see are questions asked by the Board at the end of my last question papers at the end of problems issued to me on 3 occasions. First at Loma Linda University as a center  second in Redlands for veterans and third in La Romana of the Dominican 🇩🇴Republic. The questions were to answer whether carton containing booklets were opened at examinations or not. I simply responded to questions that were asked. At this time  I was rendered useless as always since my mails even to date are offset and perpetrators do home invasion burglaries on me wherever I live. They were cashing all my financial instruments at least since October 1st,1961 of the self acclaimed Nigerian Independent. They are profiled by the FBI as Nigerian Federal Government Mafia et al in mid 80s. I have been working in health since about April 1976 and yet to receive a cent. Many fields are like that. I was forced to train and pay foreign student tuition fees for me and their offspring-noids while they collected rentals and cashed my checks and do payroll crimes on me. I do not know what everyone wants except for the impossible, kindly enlighten me immediately. My MDCNRX56,322/66 includes all 56 zones and in 1966 at age 10 with 1961 ACT, NBME number 353365, ECFMG council number 338338, DPO number 1981-0-353-365-001, DOJ number 569460-001, Judicial M09-G04586-001 local Iowa, Legal is my social security number local New Hampshire and Bar Examiners number is 114445 local LAB114445 for California and much more. I never received my results but I have the numbers in memory for I do have the best photographic memory on the Globe ⚫. The following is addressed to NBME especially Frank Corbi and Susan Williams.....Salesforce account has been unknown to me. I want to know more about it. I met with managements of Medical Examiners Board on the first Saturday of December 1981 and aside from taking over, they told me that money can not be a problem but I have seen it as problems all along. I am still managing to stay alive and away from continuously being poisoned. So, kindly tell me what you think or have. I have absolutely no family members nor friends in this World and I have not heard from them since early childhood. Thanks and bye for now!

I MET WITH ALL THE HEADS OF ALL MEDICAL BOARDS ON THE FIRST SATURDAY OF DECEMBER 1981 ON THE LAST TOP FLOOR OF A SUPPOSED LIBRARY BUILDING (A BRICK BUILDING RIGHT OPPOSITE ETS. THIS MEETING TOOK PLACE ABOUT A MONTH AFTER I HAD COMPLETED 2 DIFFERENT FORMS FROM COUNCILS OF MEDICAL BOARDS. THERE PROBLEMS ARE/WERE VERY COMPLEX AND THE TOLD ME THAT I WAS/AM THE ONLY ONE THAT IS CAPABLE AND THAT 8 WILL NOT BE A PROBLEM OF HANDLING THE MEDICAL ETC SITUATIONS." 14 YEARS HAS COME AND GONE WITH HEALTH PROBLEMS SUPERBLY MANAGED BUT YET THE POPULACE DID EVERYTHING TO >> MUTINICALLY KILL ME AND CASHING OUT ALL MY FINANCIAL INSTRUMENT, DOING HOME INVASION BURGLARIES ON ME, OFFSET+ REDIRECT MY MAILS, IMPERSONATE ME, POISON ME WHA ANY CHANCE THEY FIND, PHYSICALLY MALHANDLE ME ESPECIALLY POLICE THAT ARE NEARING MY "ALL BLACK UNIFORMS". IN THE BEGINNING, THE WORLD WAS MADE FRESH. AS IT WAS THEN SO FOREVERMORE — BIBLICATED!

Handwritten annotations:

Las Americas MD00 CL
rule #3 of Presidential
Archive #3736
1966)
— all 56 zones
MCDCNR 56,322/66, Canada MD00006
MY NBME # is 353365
DPO # 1981-0-353-365-001
— Conference of Judicial
Examiners # M09-904586-001 IOWA
— Conference of Bar examiners #114445 California
as local with LAB114445, — DOJ #569460-001,
— Conference of Legal Examiners # 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-001
local NH
— ETC

⊕ NBME

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

November 1, 2018

RE: USMLE 03383387

Dear Mr. Ohan,

Thank you for contacting the National Board of Medical Examiners.

We received your request to provide your Medical Sciences Knowledge Profile (MSKP) scores taken in 1980. This was a program of the Association of American Medical Colleges (AAMC) for its member schools. The NBME developed the examination for the AAMC.

Please be advised that you need to contact the AAMC in order to get an MSKP transcript. Contact information for the AAMC can be found on their website, www.aamc.org.

Therefore, I am returning your original request including the money order.

Handwritten margin notes:
Contacted them on several occasions
yet to no avail I
Worked as an Examiner

Sincerely,

Frank Corbi, MBA
Director of Customer Operations Management



February 13, 2019


RE: USMLE 03383387


Dear Mr. Ohan,

I received your correspondence dated February 4, 2019 requesting transcripts of NBME Parts administrations. There is no record of NBME Parts examinations for you as I referenced in my previous email response to you dated January 22, 2019.

In the documentation you provided, you included your complete transcripts as reported. We have provided all documentation that is available, and no further responses regarding this matter will be furnished.

*He is avoiding me just like ~ Since summer 198? his counterpart— William Kelley of the ECFMG and Deborah Cusson of Federation of States medical Board (FSMB) & KBnderus of AAMC! Investigate them!! They will and must testify*

Sincerely,

Frank Corbi, MBA
Director of Customer Operations Management

*[handwritten:] I DID NOT FAIL: THESE ALL RAW SCORES NOT SCALED SCORES*

# EDUCATIONAL COMMISSION for FOREIGN MEDICAL GRADUATES

PHILADELPHIA OFFICE

3624 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19104-2685, U.S.A.
TELEPHONE: 215-386-5900 ● FAX: 215-386-5327 ● www.ecfmg.org

May 5, 2005

The President
Consultant Consortium
9135-A Reseda Blvd. Unit 148
Northridge, CA 91324

Dear Sir or Madam:

I am writing to you at the request of Dr. Festus O. Ohan, USMLE™/ECFMG
Identification Number: 0-338-338-7.

Below you will find a chart reflecting Dr. Ohan's attempts at the medical science
examinations administered by the Educational Commission for Foreign Medical
Graduates (ECFMG®), in addition to any attempts on the Clinical Skills Assessment
(CSA®), and the ECFMG English test.

*[handwritten:] LOTS OF ERRORS*

| EXAMINATION | DATE | SCORE |
|---|---|---|
| ECFMG | 07/22/1981 | 59/Fail |
| ECFMG English Test | 07/22/1981 | Fail |
| ECFMG | 01/20/1982 | 61/Fail |
| ECFMG English Test | 01/20/1982 | Fail |
| ECFMG | 07/21/1982 | 60/Fail |
| ECFMG English Test | 07/21/1982 | Pass |
| ECFMG | 01/26/1983 | 61/Fail |
| ECFMG English Test | 01/26/1983 | Fail |
| ECFMG | July/November 1983 | 64/Fail |
| ECFMG English Test | July/November 1983 | Pass |
| ECFMG | 02/29/1984 | 68/Fail |
| ECFMG English Test | 02/29/1984 | Pass |
| FMGEMS Day 1 Basic Science | 07/22/1986 | 58/Fail |
| FMGEMS Day 2 Clinical Science | 07/23/1986 | 71/Fail |
| ECFMG English Test | 07/23/1986 | Fail |
| FMGEMS Day 1 Basic Science | 01/24/1989 | 59/Fail |
| FMGEMS Day 2 Clinical Science | 01/25/1989 | 70/Fail |
| ECFMG English Test | 01/25/1989 | Fail |
| FMGEMS Day 1 Basic Science | 07/25/1989 | 64/Fail |
| FMGEMS Day 2 Clinical Science | 07/26/1989 | 69/Fail |
| ECFMG English Test | 07/26/1989 | Pass |
| FMGEMS Day 1 Basic Science | 01/23/1990 | 61/Fail |

*ECFMG® is an organization committed to promoting excellence in international medical education.*

THIS DOCUMENT INCLUDES MULTIPLE SECURITY FEATURES. SEE REVERSE SIDE FOR EXPLANATION.

*NOT FAIL · THESE ARE RAW SCORES NOT SCALED SCORES*

*% RAW Scores*   *All in 90's % Scale*

| | | |
|---|---|---|
| FMGEMS Day 2 Clinical Science | 01/24/1990 | 69/Fail |
| ECFMG English Test | 01/24/1990 | Pass |
| FMGEMS Day 2 Clinical Science | 07/18/1990 | 71/Fail |
| ECFMG English Test | 07/18/1990 | Pass |
| NBME Part I Basic Science | 06/12-13/1990 | 150/Fail |
| FMGEMS Day 2 Clinical Science | 01/23/1991 | 69/Fail |
| ECFMG English Test | 01/23/1991 | Pass |
| FMGEMS Day 1 Basic Science | 07/23/1991 | 66/Fail |
| FMGEMS Day 2 Clinical Science | 07/24/1991 | 73/Fail |
| ECFMG English Test | 07/24/1991 | Pass |
| FMGEMS Day 1 Basic Science | 01/21/1992 | 66/Fail |
| FMGEMS Day 2 Clinical Science | 01/22/1992 | 67/Fail |
| ECFMG English Test | 01/22/1992 | Pass |
| FMGEMS Day 1 Basic Science | 07/21/1992 | 66/Fail |
| FMGEMS Day 2 Clinical Science | 07/22/1992 | 68/Fail |
| ECFMG English Test | 07/22/1992 | Pass |
| FMGEMS Day 1 Basic Science | 01/19/1993 | 71/Fail |
| FMGEMS Day 2 Clinical Science | 01/20/1993 | 71/Fail |
| ECFMG English Test | 01/20/1993 | Pass |
| FMGEMS Day 1 Basic Science | 07/13/1993 | 72/Fail |
| FMGEMS Day 2 Clinical Science | 07/14/1993 | 72/Fail |
| ECFMG English Test | 07/14/1993 | Pass |

*98-99 percentile scaled*

*99 percentile scaled*

Please be advised that if Dr. Ohan took either the USMLE™ Step 1 and/or Step 2, he will need to contact the Federation of State Medical Boards (FSMB) in order for his USMLE scores to be issued to a State Board of Medical Examiners. The FSMB is the only authority that may issue an official USMLE transcript directly to a State Board of Medical Examiners.

*FSMB used a Deborah Chasson to avoid/block me/They ganged me for >41 years)*

I hope this information is of help to you.

Sincerely,

Registration & Credentials Services


US·MLE
United States
Medical
Licensing
Examination

# United States Medical Licensing Examination™ (USMLE®)
## Certified Transcript of Scores

This document was prepared by
Federation of State Medical Boards of the United States, Inc. (FSMB)
400 Fuller Wiser Road, Euless, TX 76039-3856 - Telephone (817) 868-4000

*[Handwritten: Lost Passed steps 1-3 by end of June 1981, Requesting for duplicate worked as an examiner]*

Recipient: CONSULTANT CONSORTIUM
FESTUS OKWUDILI OHAN
1471 W. 26TH AVE, #5
ANCHORAGE, AK 99503

*[Stamp: FESTUS O. OHAN MD, JDetc 1280 E. 17 AVENUE, UNIT 121 ANCHORAGE, AK 99502, US]*

Date: 11/07/2018

*[Handwritten: USMLE + FLEX + ECFMG synchronized patent & Copyrighted number]*

Examinee: Ohan, Festus Okwudili
Alt Name(s):

Examinee ID: 0-338-338-7
Date of Birth: 09/20/1955

Results for Steps taken by this examinee (and for which results have been reported to date) are shown below. For Steps that span more than one day, the test date reflects the day on which the examination began. Pass/fail outcomes are based upon the minimum passing level in place at the time of test administration and are not altered by subsequent revisions to the minimum passing level. Effective April 1, 2013, test results are reported on a three-digit scale only; two-digit scores reported for prior administrations will no longer be reported. Test results reported as passing represent an exam score of 75 or higher on a two-digit scoring scale.

*[Handwritten: Faked scores: All individuals that I thought passed]*

## USMLE STEP 1

| Test Date | Pass/Fail | Score | Minimum Pass | Comments |
|---|---|---|---|---|
| 09/22/1994 | Fail | 163 | (176) | |
| 06/08/1993 | Fail | 168 | (176) | |
| 09/22/1992 | Fail | 143 | (176) | |
| 06/09/1992 | Fail | 154 | (176) | |

*[Handwritten: I was the chief facilitator for the Anchorage Review program and did receive CME Credits that I send to Examine Boards]*

## USMLE STEP 2

### Clinical Knowledge (CK)

| Test Date | Pass/Fail | Score | Minimum Pass | Comments |
|---|---|---|---|---|
| 08/31/1994 | Fail | 146 | (167) | |
| 03/30/1993 | Fail | 139 | (167) | |
| 09/24/1992 | Fail | 117 | (167) | |

### End of Exam History

NOTE: A search of the Physician Data Center of the Federation of State Medical Boards (FSMB) reveals no reported information on this examinee.

NOTE: Prior National Board of Medical Examiners (NBME) examination history exists for this examinee as taken through the Educational Commission for Foreign Medical Graduates (ECFMG). This history must be obtained directly from ECFMG. Details cannot be released by the ECFMG without written authorization from the examinee.

NOTE: The Federation of State Medical Boards (FSMB) records include prior Federal Licensing Examination (FLEX) history for this examinee.

*[Handwritten notes at bottom of page, partially illegible]*

Case 3:23-cv-00047-SLG   Document 4-1   Filed 06/01/23   Page 34 of 154

SCORE REPORT

MARCH 27, 1993
EXAMINATION OF
JANUARY 19-20, 1993

APPLICANT NUMBER O-338-338-7

| BASIC SCIENCE | CLINICAL SCIENCE | ENGLISH TEST |
|---|---|---|
| 71 | 71 | PASSED |

DR FESTUS OKWUDILI OHAN
BOX 18234
LOS ANGELES, CA   90018
FESTUS O. OHAN MD, JDetc
1280 E. 17ᵗʰ AVENUE,
UNIT 121
ANCHORAGE, AK 99502, US

Current Address →

DEAR DOCTOR:

THE REPORT OF YOUR PERFORMANCE ON THE FOREIGN MEDICAL GRADUATE
EXAMINATION IN THE MEDICAL SCIENCES (FMGEMS) AND THE ECFMG
ENGLISH TEST IS SHOWN ABOVE.

YOU:    FAILED THE BASIC MEDICAL SCIENCE COMPONENT
        FAILED THE CLINICAL SCIENCE COMPONENT
        PASSED THE ECFMG ENGLISH TEST

ECFMG REQUESTS PROGRAM DIRECTORS TO VERIFY WITH ECFMG INFORMATION
CONTAINED ON SCORE REPORTS.

MARJORIE P. WILSON, M.D.
PRESIDENT

FORM 7

 **Note:** This site uses cookies as set out in our cookie policy. To change your preferences please go to our cookie policy. By continuing to use our site, you agree to our use of cookies.

# All results for Festusjohn Okwudili Ohan

Results 1–20 of 54

**RECORDS**  CATEGORIES

**California, Federal Naturalization Records, 1843-1999**
IMMIGRATION & TRAVEL

View Image

NAME: Festus Okwudili Ohan
BIRTH: 20 Sep 1955 - Niger

**U.S. Public Records Index, 1950-1993, Volume 2**
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: Festus O Ohan
BIRTH: 20 Sep 1955
RESIDENCE: Nirthridge, CA

**U.S. Public Records Index, 1950-1993, Volume 1**
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: Festus O Ohan
BIRTH: 20 Sep 1955
RESIDENCE: 1977 - Los Angeles, CA

**U.S. Public Records Index, 1950-1993, Volume 2**
SCHOOLS, DIRECTORIES & CHURCH STORIES

NAME: Festus O Ohan
RESIDENCE: San Bernardino, CA

**U.S. Public Records Index, 1950-1993, Volume 1**
SCHOOLS, DIRECTORIES & CHURCH STORIES

NAME: Festus O Ohan
RESIDENCE: 1992 Loma Linda, CA

**U.S. Public Records Index, 1950-1993, Volume 2**
SCHOOLS, DIRECTORIES & CHURCH STORIES

NAME: Festus Ohan
RESIDENCE: 1992 Compton, CA

**Missouri, Birth Registers, 1847-1910**
BIRTH, MARRIAGE & DEATH

View Image

NAME: Mary F Ohan

**U.S., Civil War Prisoner of War Records, 1861-1865**
MILITARY

View Image

NAME: J F Ohan

*[handwritten annotations:] "I shoot him KPA, KPA, KPA and you shoot" → All thieved aBissins and Fraudulent Destroy the in paying all Caught on Financial Insurance WESS.20 → FRAUD! NON EXISTENCE FRAUD / Maxim EXTINCTN AND MILKING/ DRILLING OUT ALL DEBTS ... AND SO ENDORSE FRAUD! ... FRAUDULENTLY COOKED RECORDS!*

U.S. Public Records Index, 1950-1993, Volume 1
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: Marjorie F Ohan
RESIDENCE: 1993 - Holbrook, MA

*FRAUD!*

U.S. Public Records Index, 1950-1993, Volume 1
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: Hanna F Ohan
RESIDENCE: 1993 - Los Angeles, CA

*FRAUD!*

U.S. Public Records Index, 1950-1993, Volume 1
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: F Ohan
RESIDENCE: 1992 - Walnut Creek, CA

*FRAUD!*

Canadian Phone and Address Directories, 1995-2002
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: F Ohan
RESIDENCE: 1997 1998 1999 - Toronto, Ontario

*FRAUD!*

U.S. Phone and Address Directories, 1993-2002
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: O Ohan
RESIDENCE: 1999 2000 2001 2002 - Madera, California, USA

*FRAUD!*

U.S. Phone and Address Directories, 1993-2002
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: O Ohan
RESIDENCE: 1998 - Madera, California, USA

*FRAUD!*

U.S. Phone and Address Directories, 1993-2002
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: O Ohan
RESIDENCE: 1998 - Madera, California, USA

*FRAUD!*

U.S. Phone and Address Directories, 1993-2002
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: O Ohan
RESIDENCE: 1996 1997 - Madera, California, USA

*FRAUD!*

U.S. Phone and Address Directories, 1993-2002
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: O Ohan
RESIDENCE: 1999 - Madera, California, USA

*FRAUD!*

Iowa, Marriage Records, 1880-1940
BIRTH, MARRIAGE & DEATH

View Image

NAME: Henry O Ohan

*FRAUD!*

U.S. Public Records Index, 1950-1993, Volume 2
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: Michael O Ohan
RESIDENCE: Holbrook, MA

*FRAUD!*

U.S. Public Records Index, 1950-1993, Volume 1
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: Remy O Ohan
RESIDENCE: 1993 - Compton, CA

*FRAUD!*

1-20 of 54

*DESTROY WITH>>MUTINY COLLECTING ALL DEBTS/SINS SCRUED/PAIN >>>+>>/ETC!*

Per page   20      1 · 2   >

*Passed Federal FLEX in May 1981*
*Passed Federation FLEX in June 1981*
*(Lost) Requesting for duplicate.*
*California and NY license lost by mail.*

Recipient:

CONSULTANT CONSORTIUM
FESTUS OKWUDILI OHAN
1471 W. 26TH AVE, #5
ANCHORAGE, AK 99503

| | |
|---|---|
| Examinee: | Ohan, Festus Okwudili |
| USMLE ID: | 03383387 |
| DOB: | 09/20/1955 |
| Alt Name(s): | |

It is certified that the above named physician took the Federation Licensing Examination on the date(s) entered below for the State Medical Licensing Board(s) listed and obtained the following scores:

*SAT*

*Practicum = 30%*
*Written = 70%*

Date of Certification: 11/7/2018

*POSSIBLE RAW %*

| Date of Exam | State Exam Taken For | | Comp 1 | Comp 2 | |
|---|---|---|---|---|---|
| 12/6/1988 | PENNSYLVANIA | | 67 | 66 | *Taken* |
| 12/3/1991 | PENNSYLVANIA | *68* | 66 | 66 | *~26-28* |
| 12/7/1993 | DC | *70* | _____68 | 67 | *times* |

*6/81 - 12/93*

COMPONENT 1 of FLEX is designed to evaluate measurable aspects of the knowledge and understanding of basic clinical sciences, with specific emphasis on principles and mechanisms underlying disease and modes of therapy.

COMPONENT 2 of FLEX is designed to assess the additional cognitive abilities required of physicians who will ultimately assume independent responsibilities for the general health care of patients.

Notes:

NOTE: Prior National Board of Medical Examiners (NBME) examination history exists for this examinee as taken through the Educational Commission for Foreign Medical Graduates (ECFMG). This history must be obtained directly from ECFMG. Details cannot be released by ECFMG without written authorization from the examinee.

NOTE: A search of the Physician Data Center of the Federation of State Medical Boards (FSMB) reveals no reported information on this examinee.

NOTE: Prior United States Medical Licensing Examination (USMLE) history exists for the examinee.

*Changed ans 26 7, Sat ~ 26 times — Calif n'a,*
*NY, Texas, Pennsylvania and Washington DC.*
*I noted as an examinee while examined*

" My numbers:

DOJ # 569460-001, (2) DPO# 1981-0-353-365-001
) BAR # LAB 114445-001 (4) ECFMG/USMLE
# 0-338-338-7 (5) Judicial: #M09-G04586-001 (Iowa)
) Examination Council for Foreign Medical Graduates, address
in New Jersey closed December 1981 for C for Commission.
+ 338-338, NBME/FSMB # 338-338 and # 353-365
7) Canada — MD 00006 with many patent numbers.
?) Dominican Republic # 8228-56 { Cedular and Dominican
                                  { medical association: # 8228
1) Nigeria: # MDCN R/56,322/66 { Nigerian Medical and Dental
                                { Association.
10) Most under my Social Security #: 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
) I passed American Board of Family Physicians exam
in 1979 and was published in September 1979 James Special
Edition of their Journal.

B) 1) Ask Mr. Christopher C. Duruhesie about the
Publications of me that I showed him in 1981. Ph #323)535-1064
address: 1208 E. Denwall Dr., Carson, CA 90746
(2) Kaplan educational program saw my result in 1981 and
Published me as F.O.O. on their reversed edition of their
Pamphlet or Brochure. Ph #(888) 325-5072. Email address:
Staff Contactus @ kaplan.com, Staff@schweser.com, Princeton,
                                                   New Jersey
C) (1) I met with the Heads of all major Examination Boards in
Health on the first Saturday of December 1981. Location was
the upper floor of a library building opposite ETS. They
offered me more jobs and I accepted but I never received the
money eventhough I was an examiner up to 1995. And for
the Dominican Republic at El Firme, Region Duarte from 1996-1999.
(2) I did work as an examiner during regular exams from
of California, New York, Texas, Pennsylvania and Washington D.C. Phil
AAMC and the ECFMG, FSMB, NBME
) They estimated that a problem thrown at me will cost
about One Million dollars and I

42,000, FLE

Festus O. Ohan V. U.S. Medical Boards et al

(1) American Board of Internal medicine
(November 1981, 1982, 1983 and 1993)
510 Walnut Street, #1700, Philadelphia
PA 19106 Ph#(215)446-3590. Ombudsman number:
* DPO #1981-0-353-365-001. Passed Novembe, 1981 Exam 2502445

2) American Board of Family Physicians (August
1979, 1981, 1982, 1983+). Passed August 1981 Exam and
1648 McGrathiona Parkway, #550, Lexington, Unpaid examiner 1979 Published
KY 40511. Ph#(859)269-5626

3) Pennsylvania State Board of mediane, P.O. Box
2649, Harrisburg, PA 17105-2649 or
One Penn Center, 2601 N. 3rd Street, Harrisburg,
PA 17110. Ph#(717)783-1400 fax (717)787-7769
Email: SFMEDICINE@PA.Gov + Local goverment Research
June and Dec 1985-1993. Unpaid examine

4) National Board of Medical Examiners (NBME)
3750 Market Street, Philadelphia, PA 19104-3202 (#353-365)
Email: webmail@nbme.org Ph#(215)590-9500
(1980, 1981, 1982+ in Mediane and Surgery. Attn: Frank
Passed 1980/81 Tests/Exams. Unpaid Examiner Corbi

5) Federation of State Medical Board (FSMB)
400 Fuller Wiser Road, Euless, TX 76039
Ph#(817)868-4150. Email: FCVS@fsmb.org
(June and December 1981 to 1993). Attn: Deborah Cusson
Passed in 1981. Unpaid examiner

6) Medical Board of California, 2005 Evergreen Street,
#1200, Sacramento, CA 95815-1831
Phone # 2115 (416)263-2382 (800)633-2322 unpaid examiner fax 916-263-2487
Email: Ca. gov. Passed June 1981 FLEX
written a tonal and

(7) Examination Council for Foreign Medical Graduate — January 1981 + July 1981 — New Jersey
Commission " " " — from 1982

— ECFMG, 3624 Market Street, Philadelphia, PA 19104. Phone#(215)386-5900 Attn: William Kelly January 1981 was held in La Romana, Dominican Republic. I passed and certificate was given and lost by California Medical Board. They administered unrestricted Licensure of NBME to me in July of 1981 — I passed — lost by California Medical Board as well. They made certified copies. #338-338 (C for Council), #338-338-7 (C for Commission) unpaid examiner.

-(8) USM United States Medical Licensing Examination (USMLE). 3750 Market Street, Philadelphia PA 19104-3102 Ph#(215)590-9700. Webmail@nbme.org USMLE@FSMb.org. 1992 to 1994 and Pre USMLE Exams Pass Yet to be paid examiner.

(9) Association of American Medical Colleges (AAMC) 655 K Street NW, #100, Washington D.C; 20001-2399 Ph#(202)828-0400. amcas@aamc.org, webmaster@aamc.org. They lost my MCAT ie —1979 Medical College Admission Test and MSKP ie Medical Science Knowledge Profile (1980 ? 1981). AMCAS case #01186317 Attn: Kendarus. Yet to be paid examiner

10) American Board of Surgery (Sept 1981, 1982, 1983 Passed on first attempt. As an examiner after 1981. 1617 John F. Kennedy Blvd, #860, Phil, PA 19103 Phone #(215)568-4000. Passed September, 1981 Exam. ban Yet to be paid examiner and Netspend, US bank & Greendot

1) BOFI Federal Bank, 4350 La Jolla Village Drive, #140, San Diego, CA 92122. I own the bank.
2) Federal Students Aid (Ombudsman # 2502445. P.O. Box 7655 London, KY 40742-7655 Phone #(844)500-7353

**Mail body: FW: Stolen, offset, burglarized etc. Of credentials and Licensures.**

---

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festus ohan <festusokwudiliohan@gmail.com>
Date: 3/19/21 2:55 PM (GMT-09:00)
To: Serena.Smith@osumc.edu
Subject: Stolen, offset, burglarized etc. Of credentials and Licensures.

Serena! My username is Festus Okwudili Ohan and the Nigerian Federal government mafias et al especially the so called Igbos did the aforementioned to me from 1961 after their so called independence on October 1st, 1961 did the aforementioned to myself and my family to date. I have passed all pathways to practicing medicine and surgery in all specialties plus Royals and allied health care and subspecialties at Federal levels and globally by 1981 and my DPO# is 1981-353-365-001, my ECFMG certification number as issued by the ECFMG council is 338-338, and my NBME'S number is 353-365, DOJ number is 569460-001, Judicial number M09-G04586-001, ECFMG/USMLE number is 0-338-338-7 but be careful with this number because it is only for debts collections since my financial instruments and checks were being offset and stolen and cashed by the aforementioned. My bar number is 114445 and LAB114445 as my local number. My MDCNRX56,322/66 since 1966, Canada MD00006 with many patent numbers. I have over 20,000 patents stolen by the aforementioned ++++. MD with permanent, full and unrestricted Licensure in medicine and surgery in all specialties and subspecialties at global level. MBA in Finance, MPA in health care management and MPH in health care promotion and education and maximally a global institution as of computers as programmed and sold.
My dob is September 20th, 1955. Social security number ends in 2190. My email address is festusokwudiliohan@gmail.com and my address is 1280 E. 17th Avenue, apt 121, Anchorage, Alaska 99501
I had passed all aspects of Federal FLEX, Federation FLEX, NBME'S, MSKP and of MSKP 1 and 2 and 3, all Boards by the end of 1981. I was earning at least one million dollars per minute during work at examinations schedule. I am not human and my name is not my name at birth because my body guards called me Master and I was only 4 when abducted in 1960 along Mediterranean sea side of Europe. Please, I need your help to locate credentials and Licensures plus financial instruments + checks cashed since 1960 by the aforementioned groups. Please kindly alert others on this group as well and helping me to collect my debts to present value. Thanks again, festus Ohan.

ceo@ceo.gov.hk, contactcbn@cbn.gov.ng, marketing@houseofsoud.com, shr_fdicnoreply@fdic.gov, crimestoppers@essexsheriff.com, crimestoper@essexsheriff.com, fo@supremecourt.uk, ysewuese@gmail.com, phishing@irs.gov
Subject: Xxxpainful Body parts for sales ---attempts to collect debt  full debt only.

Re: Christopher Chimezie Duru address 1208 E. Denwall drive Carson, CA 90746, phone number 3235351064, plus 3105976106 for daughter and of the same family business and Helen Duru hesie wife and childrenoids of the same family business 3107042647 and brother in law in the same business and all since October 1st, 1961. They have been offsetting my mails and of others since and cashing on family business checks for Nigerian Federal government mafias et al and have selfriched themselves since. Will and must be very seriously and painfully galvanized with iron pipes before humans parts are harvested for sales to ultimate buyers. All debts will and must be cleared and collected to present value plus deprivation etc. This is completely true reminiscent or regardless of numbers and location on earth. They will and must be dealt with and as biblically and of accumulated warrants etc. be handled. It is high time. Add a Remigius Onwuzurike Ohanu telephone number in Nigeria is 8033029323 whose familinoid and others have impersonated me and my family since 1961. They collected on my properties and cashed out on financial instruments since early 1961. They have killed and eaten anyone that stands on their way. Will and must be mutinically handled before cutting humans parts and draining bloodnoid for sails. This absolutely nothing than attempts to collect debts. Among  the so called West African invaders, the so called Igbos that killed and eat all the Natural Ibos that inhabited West Africa and other countries were always the worst offenders. They called themselves the children of Israel. Several attempts have been made to extinct this line of creation but to no avail. It is high time that they are very painfully harvested for they get worse daily and their children are worse as always. You will and must harvest these groups now while making funds readily available for my immediate usage. Those of your Nigerian Federal government mafias et al East Central state that is now called Imo state, Abia state, Eboni state, Enugu state and Anambra state and as always, the worst offenders and must be so handled. Harvest now. You can combine centrifugal and centripetal forces for very long term preservation of their body parts. Cadavers tend to be cheaper so try to harvest them raw. The said group have spread all over the world and must so be contained. Their makers should not be spared by any means. Please investigate owners of the telephone numbers that I provided and round up all involved and families plus groups for immediate mutinies and harvest. Thanks. Keep fit and remain blessed. You now have the green light. Vanquish and conclude them right now. For it is high time that you do so. Harvest immediately.


Sent from my Samsung Galaxy smartphone.

everything and made residential with only those they trust. This is only a brief of long story for I was under anesthesia that was added to mosquito fleet, they were injecting shit from public toilet after fermentation by maggots into my body and led to 4 surgeries. First 2 I did on my own and last 2 under general anesthesia because I reported them again. They said that they implanted bottle on ground waiting for it to grow and they tried their goat to a very strong tree.

The so called erroneous foreclosure of my home (18727 Malden street, Northridge, 91324) was well planned and executed. In the first place, the property was 10,000 sq ft and not 5,300. The guest house at back was inclusive and as advertized in LA Times as well as IRS coming after me for the rentage. National Mortgage Group also testified. And so were some of the neighbors. They extended escrow period to 60 days to gain control. At this time Nina Dhillion the real Estate Broker/ Agent with RE/MAX has started dating your USA President Bill Clinton and they were videoed and photographed together and he was at clinica San Miguel (San Fernando Valley). They had conspired, reproductive 'fuckings'. They had conspired, redlined etc, name it! I separated Tax from my mortgage and pay separately for property tax(I'm Royal and we owned the land----so, it is an 'abormination' to tax me and your IRS knows. They--ABNAMRO went on and financed property tax after 2 years and refused to cease and desist when warned and they foreclosed me for that. As always even if I have to pay property tax, it takes 5 years to foreclose on property tax and not 3 months! They kept on locking me up for psychiatry and in psychiatric ward which was planned in 1981 according to phone conversation Remigius O. Duru Ohanu was having in my home and in my bedroom. I had spent >$50,000 trying to regain the house to no avail. ABN AMRO et al are doing hide and seek games since February 2005 the house was foreclosed while I languish in Trenton Pyschiatric hospital in New Jersey. I am your topmost psychiatrist although County of Los Angeles was paying me at minimum wage and increasing with time. One of them called Vitus Duruojinnaka was caught cashing my cheque/ check and left scotch free after being reported. He was having something with a Mirna Ramos of Voluntary Plan Administrators(VPA) in Calabasas. They 've been cashing checks! They used Sheriff Baca who assumed position immediately after they killed county Sheriff Sherman. Yes, him, DPO Ortemberger (killed over Las Virgines, Calabasas land) and Chief Probation Officer Nidhoff . Watch out for UC Santa Barbara's Graduates. The University has diabolically, very cultish 'Sorites'. And graduated Melmet law firm that defaulted me, Benjamin Donel (Beverly Hill's) law firm --that stole $15,000 from me or else he cashes my check that they stole from mail etc.

[---001:003568:27727---]

He routed my business to himself and cashed the parents to dig and his IRC401 Event this for Oct 2004 NJ - Jan 2006 2005

Las Trinitas (NJ) and Worlds de Hosp. (1994) in London, UK + my o medical clinics con to psych Neuro psych Nigeria.

Rem: I completed a pathways to medic ad surgery and by 19 I was at least 3 time a doctor - Regent Coll. NY, University of San Dre and Texas via MSKP ECFMG — 5th path way NBME + PSMB Examina

Defaulted and foreclosed my home and claimed it was eroneous with paying me a cent nor replace my ho. They along with ABN AMRO had the law office of Duncan? Dunca do the mess

general.qualification@ocr.gov.uk, askcoposrc@usdoj.gov, TechnicalAssistance@usdoj.gov, [illegible]
IRPhelp@ftb.ca.gov, blueAlert@usdoj.gov, sfmedicine@PA.gov, info@unitremhos.edu.do,
contact@unitremhos.edu.do, theprinter@theprinter.org

------ Original message ------
From: festusokwudili0han <festusokwudili0han@gmail.com>
Date: 2/7/21 11:47 PM (GMT-09:00)
To: theprinter@theprinter.org
Subject: FW: Re: Ombudsman's number 2502445...my credentials.

------ Original message ------
From: festusokwudili0han <festusokwudili0han@gmail.com>
Date: 1/26/21 1:20 PM (GMT-09:00)
To: Kathy Ofray <kofray@essexbar.com>
Subject: Re: Ombudsman's number 2502445...my credentials.

It is alright. It was not a mistake. I wanted you to read and be very aware of the matter reported. Please, kindly go over the report. Thanks. Festus O Ohan. My case number is 2:09-cv-01977-FSH-ps. Festus Ohan vs. Essex county sheriff's office et al. The case was in arbitration when I ran out of money after I was paralyzed from waist down in the Dominican republic. The case is now updated. I lost my home worth 1.2 million dollars that was sold for 500,000 dollars to a Proviale property management company owned by the Default company called Melmet Default company. My family was fostered. I lost my custom made Mercedes 500/600 to a towing service company and lost my job with the Los Angeles county probation department. Please investigate and assign a staff to the case. The case was investigated by your Grand jury after your criminal police officers filed a lawsuit against me that I injured them. The police officers badly injured and assaulted me and told an ambulance attendant to kill me if he could. The ambulance attendant sucked my right eye with his strength on 3 occasions saying that I do not fuck with Newark police. The police officers that accompanied the ambulance fudged my medical report that he submitted to the Essex county jail/prison. In the jail/prison, the police officers through a black lady staff of the prison, ordered about 20 wards to kill me and they did inflicted damage on my lungs and internal organs living me half dead. Please, it has been over a decade and I am not yet settled. So, if possible, go over the case and make a serious offer. Presently, I have fairly recovered and your help will be greatly appreciated. You can find out more about me when you read the note above that I sent you. Thanking you in advance. My address is 1280 E. 17th Avenue, apt 121, Anchorage, Alaska 99501. And my email address is festusokwudili0han@gmail.com. I can also be texted at 3603908921. Thanks again. Festus Okwudili Ohan.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 3/6/21 1:13 AM (GMT-09:00)
To: Executive.Secretariat@gsa.gov, eo@ombudsman.europa.eu
Subject: 1978/1979 Contact money not received all along.

Dear GSA office and management, I am Festus Okwudili Ohan social security number 555412190 and my address is 1280 E. 17th Avenue, apt 121, Anchorage, Alaska 99501. Email address is festusokwudiliohan@gmail.com and ph one number for texting is 3603908921. My work location was 11,000 Wilshire boulevard in Los Angeles county, California, I owned my own security company and was the only employee. My work uniform was all black that is now the uniform of all Federal, State and local government agencies as peace officers. It is worned globally by many agencies that include the Interpol. I am not human. Although I owned my own company, I was receiving 7 dollars per hour from a security company called Intercom. I awaited for decades to receive my pay but to no avail. My company and Software were used globally all along and I awaited to no avail to receive my pay. I am not taxable and I will appreciate your immediate feedback. I am DPO# 1981-0-353-365-001, DOJ number 569460-001, Bar number 114445-001 with local LAB114445, Judicial number M09-G04586-001 and medical and surgical Boards of 338-338 and 353-365. I had permanent, full and unrestricted Licensure in medicine and surgery in all specialties and subspecialties plus Royals and allied health since 1981. I am an institution that is complete and did develop most of your software and engineering with both CPA and uniformed CPA at Federal levels and maximum in all fields including Real Estate with both minerals, oil and gas. I had great issues with the Nigerian Federal government mafias et al especially the Igbos. They offset my mails and burglarized my home since 1960 at age 4/5 and current. They cloud me up and act to others as my relatives. In East Africa, they were Kuru and Crueshevs in Europe that historically eat the brain raw when they kill their prey original inhabitants of Africa and Naturals and assume their belongings and land. I was abducted in the Mediterranean sea area after I had witnessed Gods in action creating humans in the Mediterranean sea islands. I was placed on a witness protection program and was first taken to Bethlehem then to West Africa and was told that I would be returned to my family after I had testified in court. Instead, they abandoned me there and I was only 4/5 years old. My assumed date of birth is September 20th,  1955. I do not remember my name at birth because my body guards called me Master and so were others. Festus Okwudili Ohan aka Ohanu was a name given to me during the said time. I came to the USA in February of 1976 although I visited the USA earlier when I traveled round the world before going to West Africa. Please investigate and assign staff to my case. I am still unmarried and have no children of my own yet. I have been trying to records at a time. Although I am the topmost on earth, they had me on complete abject poverty since my abduction as a and unable to locate my family all this while. All GSA facilities around the world use my patented uniforms and software child. They maximally damaged me and I may not have much to live. I had MD, MBA, MPA, MPH, CPA and uniformed plus my contacts especially for GSA surplus. Please check with your office of management and budget for they had my CPA at Federal levels, REB, and very well rounded in all fields of thought to maximum. Warrants and checks sent by you were cashed and nothing has reached me even as I write. I very much need your help and will be very glad to hear from you soonest.

Sent from my Samsung Galaxy smartphone.

exams. All were passed prior to September 1981. NBME'S parts 1 to 3 were passed in February and June, 1981. FederalFLEX was passed in May and Federation FLEX passed in June of 1981. I metwith the Presidents of all Boards on the first Saturday of December 1981where they grandfathered the past and gave me a job as a special examinerand t

From : festusokwudiliohan <festusokwudiliohan@gmail.com>
Sent: Fri, Jul 17, 2020 at 11:57 am
To: help@theabfm.org, theprinter.org, Jstein@elpspda.com

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festus ohan <festusokwudiliohan@gmail.com>
Date: 7/16/20 7:45 PM (GMT-09:00)
To: Webmail <webmail@nbme.org>, "Deborah Cusson (FSMB)" <dcusson@fsmb.org>, "Melanie O'Donnell (FSMB)" <MODonnell@fsmb.org>, festusokwudiliohan@hotmail.com, festusokwudiliohan@gmail.com
Subject: Share your opinion! I was taken off your database and records instead of being paid. I passed all pathways to practicing medicine and surgery first time I sat for the exams. All were passed prior to September 1981. NBME'S parts 1 to 3 were passed in February and June, 1981, Federal FLEX was passed in May and Federation FLEX passed in June of 1981. I met with the Presidents of all Boards on the first Saturday of December 1981 where they grandfathered the past and gave me a job as a special examiner and to help improve the authenticity of the medical profession and the integrity of the exams administered. I helped with the questions and as told, each question was valued at one million dollars. I worked for 15 years and was never allowed to practice medicine nor surgery. I was made to present work at examinations. Results were received but only raw scores as translated scores. That was to keep my work secret so that candidates would not know what I was doing. My ECFMG with C being Council, is 338-338. The other number is 353-365 and my DPO number is 1981-0-353-365-001. Other numbers are 338-338-7 and with the New USMLE it became 0-338-338-7 this became my ECFMG and USMLE numbers. My DOI number is 569460, BAR number is LAB 114445. Judicial number is M09-G04586-001. I am sick and not growing younger and time is of essence. Festus Okwudili Ohan aka Ohanu are not my name are birth for I was abducted by age 5, I am yet to rejoin my family. You have shamed me enough. Please pay me. I can bring a lawyer to work with you but, first I must be acknowledged. I helped medical and surgical Boards raise over 175,000 bullet proof questions. I sat for American Board of family medicine exams in August 1979, 1981, 1982 at least. American Board of Surgery and subspecialties September 1981, 1982 at least. Internal medicine and subspecialties Board in November 1981, and more. In 1983 and 1985, the ECFMG was taken 3 times because the exams were compromised. I was sitting for full ECFMG and FLEX until December 1993. I passed all pathways at first sittings. I received a passing score for the ECFMG in January of 1981 and February for NBME'S part 1, practicum and June 1981 for part 3 of NBME'S. Via a telephone conference call, I was called by medical Board of California around end of August, 1981 that I passed both written and oral FLEX and that both my Licensure for full FLEX and submitted documents will be mailed. They were never received and I went to them at least 2 times to no avail. They were only surprised that I never received them. Later, my home was burglarized 2 times and all copies and journals that published me were taken. And they made it difficult for me to receive copies of anything that they took. I did not have any alternatives than to retake the exams and as you know, once passed, the exams cannot be taken to improve scores. So, raw scores are reported as scaled scores with failures. Those came to be my newly assigned job. But, I paid without receiving a cent. Thanks again and hope that you pay me soonest.

Take my survey: https://www.surveymonkey.com/r/66NXYNJ

<customer.care@kaplan.com>, Klachtenmanagement@abnamro.com, ♥ From Sara ♥
<K6HBETSoQ@k6hbetsoq.n.ru>, Ask a Librarian <ask@ask.consortiumlibrary.org>, Jaclassic@latimes.com,
library@lgj-cij.ogr, Lutherc@pixvlaw.com, "ST, MEDICINE" <ra-medicine@pa.gov>, MCAT Resource Center
<mcat@aamc.org>, Pamela.mccauley@njecpo.org, "Account, Myalaska (DOA sponsored)" <myalaska@alaska.gov>,
News12support@news12.com, "new scotland, yard" <new.scotland.yard@met.police.uk>, Nobelforum@nobel.se,
Nobelforum@nobelprizemedicine.org, newscotland@metpolice.uk
Subject: Change of address plus the Nigerian Federal government mafias et al.

My name is festus Okwudili Ohan and my social security number ends in 2190. My address has changed to 1280 E.
17th Avenue, apt 121, Anchorage, Alaska 99501. I have filled for fiscal year 2019 and awaiting for my refund being
deposited into my account. I will be filing for 2020 fiscal year when I receive my w2 forms. The 2019 year was refiled
because you had issues with it. You garnished my money for 600 dollars for fiscal year 2019 and my 2018 permanent
fund dividend of Alaska for 1,604 dollars. The tax year was corrected and I must be refunded. So please refund those
amounts plus my ceased return for the year 2019 income tax return. For some reason especially the frivolous audit by
Michelle Johnson on it in fiscal year 2003/2004. You had garnished my earnings since then. Please at least now that it
has all cleared return all garnished money with a reasonable interest. Please do so soonest. Also and as I mentioned in
the past, I was being manhandled by the Nigerian Federal government mafias since 1961 prior to their so called
independence in October 1st of 1961. I am not human and the aforementioned people especially the Igbos killed off
Naturals that lived and inherited Africa and other regions. The mentioned group of createds pretended and claimed to
be relatives. And upon gaining some trust, massacred them and eat them for meals. They took the land that they were
managing and all their properties. They assisted the new USA Federal government mafias. I am not a
over 20,000 serious patients and was exempted from all taxes in 1976 upon arrival from West Africa. I do have
Americas. I happened to be severely victimized again as always by the Nigerian Federal government mafias. I am not a
human being and I am not taxable and was exempted from all taxes in 1976 upon arrival from West Africa. I do have
over 20,000 serious patients and have generated over 300 trillion dollars since my arrival to the USA. I am an MD with
permanent, full and unrestricted Licensure in medicine and surgery in all specialties and subspecialties plus Royals and
allied health care. Although, all were receipt for my parents, I did receipt an MBA in Finance, MPA in health care
management and MPH in health care promotion and education from separately accredited programs of universities in
the 80s. I am an Institution and was published as the best in Astrophysics in 1978. I have a CPA and uniformed CPA at
Federal levels. I have both law and Judicial numbers and had spent over 17 years in criminal justice system and court
system reporting. I have substitute teacher credentials for k to 12 in all subjects. My DOJ number is 569460-001, Bar
number at Federal levels is 114445 with LAB114445 as my local. The state of New Hampshire used my social security
number for law and so did many states and agencies. My DPO# is 1981-0-353-365-001 and for UK MDCN
Rx56,322/66. In Canada, I am MD00006 with many patent numbers while I am number 8228 with 8228/56 as my
citizenship number in the Dominican republic. My Judicial number M09-G04586-001 was first recorded by the state of
Iowa. I am now 65 years old and very sick and very seriously maltreated and damaged by createds especially the
Nigerian Federal government mafias and the Igbos that operate around me. In August of 1983, They implanted an
electronic device electrode into my Broka- Wanike-Kosakov area located on my left Temporo-Parietal lobes of my brain
and with an instrument can hear my thoughts, talk to me and keep me awake all day long. They have kept me awake
for over a decade now and have been doing so since that August of 1983. They offset my mails and always burglarized
my home. They have been very physical on me and have damaged me to an repairable level. I am unmarried and have
no children of my own. I was abducted in the Mediterranean sea islands in approximately 1960 and placed under the
witness protection program. They told me that they would return me to my family after I testified in court. That never
happened instead, they left in West Africa and dumped me there at the age of 5. As said, the very worst offenders are
the Igbos and you may talk to one of them called Christopher Chimezie Duru hiesie of 1208 E. Denwall drive, Carson,
CA 90746 with a telephone number 3235351064 and his brother in law called Hillary Iheanacho telephone number
310800262. Like others, this group with their other counterparts offset my mails and cash on financial instruments to
me. They have been doing so since 1960/1961 and I have suffered greatly. I had designed the said instrument for K9
dogs and possible use by deaf and dumb in 1977. Please pass out this information and handle offenders with great
mutiny. The group heat and in West Africa and around the world are very cannibalistic for they kept up with eating
humans after they completed eating the original inhabitants of Africa. Their generations are very bad and a lot worse.
This writing is for immediate press release and have them pay for all their crimes and debts. Thanking you in advance.
Festus O Ohan and not my name at birth. I do not remember my name at birth because my body guards called me
Master at age 5 before my abduction. I was first taken to Bethlehem then to West Africa. I was made to hide a piece of

To: "Questions, Licensing@MBC" <Licensing.Questions@mbc.ca.gov>
Subject: RE: FW: Please check my Licensure and feed me back.

Thanks! I was abducted from the Mediterranean sea area in about 1960 after I witnessed human creations in an island that I reported. I was then abducted into the witness protection program and told that I would be returned to my family after I had testified to the court. I was only 5 years old then. I was from a very well to do family and the only son of my parents. I did not remember my name at birth because my body guards called me Master. I was first taken to Bethlehem then to West Africa and was forgotten to care for myself at that age. I came to the USA in February 1976 and have long awaited to reunite with my family and now 65 years old., unmarried and have no children of my own and a lot not human. My social security number is 555412190 for that contained some of my records and credentials. My California driver's license number is N6539729, DO1 number is 569460-001, DPO# is 1981-0-353-365-001, Bar number is LAB114445 with local government number is LAB114445 and Judicial number as provided by the state of Iowa is M09-G04586-001. The Bar number for the State of New Hampshire and Federal was the same as my Social security number. My AAMC was probably made out of either my Social security number or California driver's license. NBME'S number was 353-365 and I do not remember my first USMLE number while although completely unnecessary, my ECFMG certification number is 338-338. The Nigerian Federal government mafias had followed me around since 1961 as my blood suckling very highly pathological parasites and were all around me all along even at the time that my permanent, full and unrestricted Licensure was mailed to me in 1981. They stole the information that I had been keeping secretly since 1961 that I extracted for usage in order to complete an application forms of the University of London in 1972 and ran and threatened to kill me if I had reacted and followed me to California in 1976. Therefore, it is very possible that with their Federal government, had you change the name Festus Okwudili Ohan that was on my initial Licensure to the name on the paper that they stole from me earlier. I did not look at the time was proper that was given to me and was told not to look at it until the time was proper
For I had the paper sewed into my underwear from 1961 to 1972 when they stole it and ran. I had worked extremely very hard all my life and was forced to surrender it all by hundreds of millions of createds of humans that were pumped into West Africa upon my arrival there. As always, I was made to work minimum wages to train human adults and their children and was pathologically made to continue with such upon arrival to the USA in February 1976. With their so called Nigerian Federal government et al, they implanted themselves very deeply in my home and cashed incoming checks, offset my mails and take my credentials and records. Now, I am made to have an electrode implanted directly into my Broka Kasokov-Wanike region of my brain for thought and speech extraction and they do listen. I had developed the technology along with the deaf and dumb communication telephone devices in about 1978
And had developed over 20,000 patents since 1961. The name of the Nigerian Federal government mafia et al that stole paper containing my name as given is a Victor Oranusi who I had helped to become a geriatric practitioner in Martin Luther King Jr. medical hospital in Los Angeles County, Los Angeles, California. My dear, it has always been an unbearable nightmare experience since 1961 at the age of 5 and unending. I was earning a minimum of 1 million dollars per minute on solving health problems at examinations schedule at least since 1981 and much more in physics, programming and inventions etc. My address is 1471 W. 26th Avenue, apt 5, Anchorage, Alaska 99503, USA and my email address is festusokwudiliohan@gmail.com. I was 3 times a full fledged doctor in at least 1981 and had passed all pathways to practicing medicine and surgery in all specialties and subspecialties in 1981 and exactly as reported on the National radio then. So please, for the sake of my unbearable life long sufferings and pain, please kindly replace and mail my very long awaited credentials and Licensures. And please pass the information and do handle very mutinically, Nigerian Federal government mafias that stand on your way for they are from my undieing experience since 1961, the worst imaginable ever existed in this universe. I had worked countless hours since age of 5 to survive and to excell and as always been very seriously maltreated and manhandled by these so called Nigerian Federal government mafias of very pungently shirt looking lines of thrashly created humanoids called West Africa Nigerians. I had traveled to both Sacramento and San Francisco on several occasions since 1981 to have my credentials and Licensures replaced but to no avail. There is absolutely no way to describe what I had gone through with this group of thrashly created humanoids since 1961. They have been impersonating me since 1961 and there so called offspring are coming far worse and absolutely nothing can be done about that. They are always pumping childrenoids in unimaginable numbers since 1961 and appears to be preparing for wars that I am not foreseeing. Please, I very much need your help and will very much appreciate your sending me a copy of my records and certificates now regardless of the name that you may have. I am still awaiting and trying to obtain information on my family for I have been trying since 1961. What you may have can be a plus and a very good start for me. Please share this information with your ombudsman and superior

Sent: Thu, Mar 11, 2021 at 7:33 pm
To: theprinter@theprinter.org



Images not displayed.   SHOW IMAGES  |  ALWAYS SHOW IMAGES FROM THIS SENDER

-------- Original message --------
From: festusokwudililohan <festusokwudililohan@gmail.com>
Date: 3/10/21 2:25 PM (GMT-09:00)
To: MBX Euro-Ombudsman <EO@ombudsman.europa.eu>, gpoaccess@gpo.gov, louis.dejoy@usps.gov,
irs.gov.website.helpdesk@speedmail.com, 211cny@contactsyracuse.org, info@admin.ch, english@swissinfo.ch,
simonetta.simmonerunga@gs-uvek.admin.ch), hsat@smk.dep.no, eeb@smk.dep.no, editor@thenorthernlight.com,
ombudsman@probation.lacounty.gov
Subject: RE: Complaint  202100376 - Acknowledgement of receipt [CMSEOJ:001:0501]

Thanks for your help and reply! I completed all procedures for world's court in Santo Domingo, Dominican republic in 1996
and was told to pick up my award for judgement on a given day. Upon arrival, I saw a Mrs. Marisa Mohammed Shueb
Ullah, the wife of a Pakistani Medical doctor that graduated from CETEC in 1982 and now allowed to practice internal
medicine in the USA. His name is Mohammed shueb ullah. I saw her behind the counter and I suspect that she stole my
documents and checks from the World Court. Her husband and his friend called Khalid, another CETEC graduate that
brought his medical diploma like Mohammed shueb ullah in fall 1981, stole my diplomate from the American Board of
family medicine in 1981 and ran from the apartment to Los Jadines in Santo Domingo, Dominican republic. They along
with the Nigerians where collecting my checks and cashing in different locations throughout the World. They were hunting
for my family to kill and acquire their possessions just like what the Nigerians had been trying to do since 1961. I had
taken them to the World Court location in Santo Domingo and won very clearly and undisputed. I also won their
representative in the Dominican republic called CONES in Dominican republic Court and their Court of Appeals and some
collections were made but as always, they offset the money and cashed corresponding checks. They are extremely very
suicidal when they decide to offset and cash checks and have been so since 1961. They cashed my checks, offset my mails
and burglarized my home to take documents, records, and even put poison in my food. Case in point are the Igbos of
Nigeria and a Chinezie Christopher Duruhesie, a Remigius Onwuzurike Ohanu that I was forced to train to 2 master's
degrees in computer Software engineering and credentialing in California, USA, and a Rose Ngozi Emegwa Ohanu who is
now housed in a psychiatric hospital for decades after I had trained her to complete a full Licensure board qualifications in
USA Nursing Licensure. She left me with her 3 children who I was forced to train from childhood and they do not have
parents thus orphans because Rose Emegwa is permanently housed in a psychiatric hospital. I noticed repercussions in
those involved in harming me. Mohammed shueb ullah information is 8405 169th st. Jamaica, NY 11432. Please
investigate him and others that I reported earlier. I have complained to Queen Elizabeth II who knew me as a child in
Nigeria in 1961 and 1965 following a counter coup and the USA chief justice Roberts of the Supreme court of the United
states, 1 first street, NE, Washington d.c. 20543 and phone number 2024793000 and have totally ignored as always for
they are in possession of my family belongings and do cash checks in my name. They implanted a device to my Broka-
Wanike-Kosakov part of my brain in August of 1983 and with an electronic equipment can hear my thoughts. I had
developed the equipment in late 70s for the deaf and dumb communications and police dogs. Like everything else since, I
have not seen a cent. I have given you some names and information but again the following...Matilda Ohanu
+2348039687909, Helen Duruhesie +13107042647, Hillary Iheanacho +4242052438 and +13108000262, Theodore Ohanu
+33981829635, George Chikwem  Ohanu +447563399920, Martha Duru +2348100584000, Godwin Emeka
+2348066620540, Christopher Chimezie Duru hesie +13235351064 of 1208 E. Denwall drive, Carson CA 90746, USA, and
Vitus Duruojinnaka +13234490606. The aforementioned group can very much help you in your investigations and have
always been involved. And their offspring are becoming more aggressive than they are.

Sent from my Samsung Galaxy smartphone.



FW: RE: FW: Please check my Licensure and feed me back.　　　　https://apps.rackspace.com/versions/webmail/18.1.22-RC/popup.

-------- Original message --------
From: "Questions, Licensing@MBC" <Licensing.Questions@mbc.ca.gov>
Date: 1/14/21 7:23 AM (GMT-09:00)
To: festusokwudiliiohan@gmail.com
Subject: FW: Please check my Licensure and feed me back.

Good Afternoon —

The Board does not have record of Physician's and Surgeon's license being issued with the name you provided.

Sincerely,

Rhonda Baldo, Associate Governmental Program Analyst
Medical Board of California - Licensing Program
2005 Evergreen Street, Suite 1200
Sacramento, CA 95815
(916) 263-2605 (desk)

MBC Seal

Twitter Facebook License Verification Forms Subscriber Lists DCA Search Icon

From: festusokwudiliohan [mailto:festusokwudiliohan@gmail.com]
Sent: Wednesday, January 13, 2021 3:50 PM
To: Alameda, April@MBC <April.Alameda@mbc.ca.gov>
Subject: FW: Please check my Licensure and feed me back.

**CAUTION:** This email originated from outside the Medical Board of California.
**DO NOT** click links or open attachments unless you recognize the sender and know the content is safe.
Contact the Help Desk if you have any questions or concerns.

Addendum Ms. April Alameda, I also passed all pathways to practicing medicine and surgery in all specialties and subspecialties for Royals including Royals Board certification exams using the Family medicine specialties and subspecialties. I also completed both MPA in health care management and MPH in health care promotion and MPH in health care education with an ASN degree in nursing. Thanks again Ms. Alameda. Keep fit. Festus Okwudili Ohan aka Ohan.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan@gmail.com <festusokwudiliohan@gmail.com>
Date: 1/13/21 2:27 PM (GMT-09:00)
To: April.Alameda@mbc.ca.gov
Subject: Please check my Licensure and feed me back.

Dear Ms. Alameda, please check for my Licensure in your database for Commonwealth of California was my local government office databases. For I am an Institution since 1978, a 3 times a doctor with an MD with permanent, full and unrestricted Licensure in medicine and surgery in all specialties and subspecialties since 1981, and my DPO# is 1981-0-353-365

Case 3:23-cv-00047-SLG　Document 4-1　Filed 06/01/23　Page 51 of 154

OHAN, FESTUS
Birth: 1955-09-20
LOC: WK3/BOTT/PUP/01    Use by: 03/08/2019

1471 W. 26TH AVENUE
ANCHORAGE, AK 99503, 9093908021

GENOA HEALTHCARE-00146
4020 COURT N STREET, SUITE 5
ANCHORAGE, AK 99508 6421
P (907) 891 7075  F (907) 331 3147

Caution: Federal or State law prohibits the transfer of this drug to any person other than the patient for whom prescribed

| Rx# | Drug Name | Mfr | Drug Description | Qty | Ref | Instructions | Prescriber | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 58426 | Risperidone 3mg tab | ME | film-coated, yellow, round · /r 77 · | 56 | 2 | 2 tabs by mouth every night at bed | ROLLINS, MARIA | 0 | 0 | 1 |
| C58427 | Lorazepam 1mg tab | LP | white, scored, round · ap 908 · | 28 | 2 | 1 tab by mouth every night at bed | ROLLINS, MARIA | 0 | 0 | 1 |
| 59663 | Metformin 1000mg tab | HP | film-coated, white, scored, oval · h 104 | 56 | 5 | 1 tab by mouth 2x/day | HILL BRYANT, ELIZABETH | 1 | 0 | 0 |
| 59664 | Gabapentin 300mg cap | AL | yellow, oblong · 215 · | 84 | 2 | 1 cap by mouth in the am 1 cap at noon & 1 cap at night for foot pain | CAMARENA-NOELLE | 1 | 1 | 0 |

Januvia, Glipizide, Albuterol, Provent

| OHAN, FESTUS — genOa healthcare — **Morning** | OHAN, FESTUS — genOa healthcare — **Noon** | OHAN, FESTUS — genOa healthcare — **Evening** | OHAN, FESTUS — genOa healthcare — **Bedtim** |
|---|---|---|---|
| 1-Metformin 1000mg tab<br>1-Gabapentin 300mg cap | 1-Gabapentin 300mg cap | 1-Metformin 1000mg tab | 2-Risperidone 3mg tab<br>1-Lorazepam 1mg tab<br>1-Gabapentin 300mg cap |
| 1-Metformin 1000mg tab<br>1-Gabapentin 300mg cap | 1-Gabapentin 300mg cap | 1-Metformin 1000mg tab | 2-Risperidone 3mg tab<br>1-Lorazepam 1mg tab<br>1-Gabapentin 300mg cap |
| 1-Metformin 1000mg tab<br>1-Gabapentin 300mg cap | 1-Gabapentin 300mg cap | 1-Metformin 1000mg tab | 2-Risperidone 3mg tab<br>1-Lorazepam 1mg tab<br>1-Gabapentin 300mg cap |
| 1-Metformin 1000mg tab<br>1-Gabapentin 300mg cap | 1-Gabapentin 300mg cap | 1-Metformin 1000mg tab | 2-Risperidone 3mg tab<br>1-Lorazepam 1mg tab<br>1-Gabapentin 300mg cap |
| 1-Metformin 1000mg tab<br>1-Gabapentin 300mg cap | 1-Gabapentin 300mg cap | 1-Metformin 1000mg tab | 2-Risperidone 3mg tab<br>1-Lorazepam 1mg tab<br>1-Gabapentin 300mg cap |
| 1-Metformin 1000mg tab<br>1-Gabapentin 300mg cap | 1-Gabapentin 300mg cap | 1-Metformin 1000mg tab | 2-Risperidone 3mg tab<br>1-Lorazepam 1mg tab<br>1-Gabapentin 300mg cap |
| 1-Metformin 1000mg tab<br>1-Gabapentin 300mg cap | 1-Gabapentin 300mg cap | 1-Metformin 1000mg tab | 2-Risperidone 3mg tab<br>1-Lorazepam 1mg tab<br>1-Gabapentin 300mg cap |

Master Festus Ohan MD,MPH
1471 W. 26th Ave, #5
Anchorage, AK 99503
Oct. 17, 2018
SS# 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
DOB: Sept 20, 1955

Dear MBC,
 I have been awaiting for a response to my letters including for a medical licensure which you demanded $450.
 I requested that you reciprocate my credentials from FSMB and NBOMI in 1981. But yet I sat and passed California medical in June of 1981 — Both written (conference call) and Oral. The Board called and congratulated me and asked me for suggestions. I told them that I scored 380 above mean them the "ECFMG". That aroused them and sooner the secretary dismissed me telling me that I will receive a license in approximately 2 weeks and will be mailing back the test results and all original doc's that I had sent them. Nothing was ever received even after I travelled there. (all copies taken) My appointment was burglarized, and mails not getting to me. I am an examiner. Please send me info on the above + data base!

*[left margin, vertical:]* submit a police report to FBI + Interpol

*[left margin, vertical lower:]* Suspects are CBM and Nigeria mafias — like Christopher Chinese Dewaleske (LA) you used them (Again! CA, way)

Festus O. Ohan
1471 W. 26th Ave, #5
Anchorage, AK 99503
Feb 4th, 2019
# O- 338-338-7
DPO# 1981-0-353-365
NBME / ECFMG # 338-338
FSMB / NBME # 353-365

Thanks for recording!
Who pays the examiners?
AAMC denied MSKP.
There are 7 Associations
that include its Dept 2
education

Dear USMLE / FLEX,

(1) With at least 2 Federal FLEX offered
at least
in May 1981 and 1982, I sat for 28 3 day
exams called FLEX.

(2) I started taking the USMLE in 1979/80
In 1980 and 1981, my centers were at
La Romana / Santo Domingo Airport in the
Dominican Republic. In March of 1981, Practicum
was about 6 hours.

(3) You omitted many Sittings and you
used percentages as percentile. I have
never failed a test for I am an
examiner for exams that I had previously
passed. I completed all necessary paperwork/
applications for examiner position and
visited/interviewed with you in New Jersey
First Saturday of December, 1981. You gave
me the job but never paid me a cent. I
was interviewed by a board. California was
telephonically in September 1981. A lawyer in NJ
got all the paperwork together.

(4) Please correct the above and send me an
updated copy.

 Gmail

**festus ohan <festusokwudiliohan@gmail.com>**

## MCAT Concerns
3 messages

**MCAT Resource Center <mcat@aamc.org>**                    Fri, Jan 18, 2019 at 8:33 AM
To: "festusokwudiliohan@gmail.com" <festusokwudiliohan@gmail.com>

Dear Festus,

I have not been able to find your MCAT scores and I have searched the date range of 1975-1990. You appear in our system with an AAMC ID and a USMLE ID. These are both evidence that you were at one point registered with the AAMC for those exams. I am seeking assistance from data managers here to find your scores.

If there is other information you can share on your background as a student and if there were any earlier or later instances where you took the test, abbreviated names, alternative last names or the schools you applied to with these scores please let me know.

If we can be of additional assistance about the MCAT exam, please contact us at mcat@aamc.org or (202) 828-0600 M-F 9a-7p ET.

Thank you,
Jasmin

AAMC Services, Association of American Medical Colleges
655 K Street, NW, Suite 100
Washington, DC 20001-2399 U.S.A.
General Inquiries: (202) 828-0600
www.aamc.org/MCAT
ref:_00DU0IXuy._5000BpXj1P:ref

**festus ohan <festusokwudiliohan@gmail.com>**              Wed, Jan 23, 2019 at 2:22 PM
To: MCAT Resource Center <mcat@aamc.org>

MCAT was taken in Los Angeles in 1979. I scored high. MSKP(1980) was taken in La Romana, Dominican Republic----this one asked me to give 3 Medical Colleges I would like to transfer. A complementary part 2 was taken there as well but, near the Airport(spring, 1981)---this one asked which Medical College I want to pick up my Diploma. I sent my transcript or results to California Medical Board as I have passed both written and Oral FLEX. They told me that they wanted to make certified copy of the original and send them back to me via traceable mail. I never received them nor the license they claimed that they mailed to me rather, my apartment was burglarized and all documents taken. They had me take all other exams where percentages were crowned percentile. I had never failed a test. I had filled up some forms in late Summer to Fall of 1981 that they sent me voluntarily to be an examiner and remain so. I have never seen the money just like I owned BOFI Federal Bank and not a cent has gotten to me. Thanks for asking me to share these with you. Festus Ohan. They tried to delete all my records. So, you've got search deeper. Bye for now. I am glad that I am in your system. Bye for now!
[Quoted text hidden]

**festus ohan <festusokwudiliohan@gmail.com>**              Wed, Jan 30, 2019 at 1:41 PM
To: MCAT Resource Center <mcat@aamc.org>

**Notices**

3:23-cv-00047-SLG Ohan v. American Medical Association et al

## U.S. District Court

## United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 3/14/2023 at 1:56 PM ADT and filed on 3/14/2023

**Case Name:** Ohan v. American Medical Association et al
**Case Number:** 3:23-cv-00047-SLG
**Filer:** Festus O. Ohan
**Document Number:** 3

**Docket Text:**
**NOTICE of Filing by Festus O. Ohan (LMH, COURT STAFF)**

**3:23-cv-00047-SLG Notice has been electronically mailed to:**

**3:23-cv-00047-SLG Notice has been delivered by other means to:**

Festus O. Ohan
1280 E. 17th Avenue
Unit 121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=3/14/2023] [FileNumber=2426328-0
] [2f1142653172a49012a43cc5513eedfccdbf542aadd51415a9c844d47e2572f8cf1
67cbbdcafc31d8d4f12c0abf25af104e286a2d877b5da6c50747c9fd6d61b]]

Xtra

ADDENDUM

**EXPERTE**

**NO:_____**

## IN THE SUPREME COURT OF THE UNITED STATES OF AMERICA

**FESTUS O. OHAN**

**PETITIONER**

**V.**

**UNITED STATES OF AMERICA**

**NORTH ATLANTIC TREATY ORGANIZATION**

**UNITED NATIONS**

**UNITED KINGDOM**

**EUROPEAN UNION**

**RESPONDENTS**

**On petition for Writ of Certiorari to the U.S. District courts of many judges hearing the case simultaneously. District Court of Alaska, District Court of New Jersey, and the Superior Court of California.**

## PETITION FOR WRIT OF CERTIOTORI

**Festus O. Ohan**

**Counsel of Record**

**1280 E. 17th Avenue, Unit 121**

**Anchorage, AK 99501, U.S.A.**

**(360)390-8921**

**Alternatively (907) 310-1866**

**festusokwudiliohan@gmail.com**

**May 10, 2023.**

**Prose**

# CIVIL COVER SHEET

.ie JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Festus O. Ohan

## DEFENDANTS
United States ET AL

**(b)** County of Residence of First Listed Plaintiff   Anchorage, Alaska
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Washington D.C.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
(360) 390-8921
1280 E 17th Avenue, Unit 121
Anchorage, AK 99501, U.S.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff* 
*(For Diversity Cases Only)*   *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [X] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [X] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | Product Liability | | [X] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [X] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [X] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [X] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | [ ] 871 IRS—Third Party 26 USC 7609 | [X] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [X] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S. Code 1091, 28ch 171, 19 Code 1592, 440, 950, 3729etc rights
Brief description of cause:
A very serious violation of my rights, especially civil

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ Unlimited

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   Same
JUDGE   U.S. District Court of Alaska Lots, 7 simultaneously
DOCKET NUMBER   Many court cases

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

I

## TABLE OF CONTENTS

OPINIONS BELOW ................................................................ 1

JURISDICTION ................................................................ 5

CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED .......................... 6

STATEMENT OF THE CASE ................................................ 7

REASONS FOR GRANTING THE WRIT ............................... 13

CONCLUSION ................................................................ 33

## INDEX TO APPENDICES

APPENDIX A  Orders: Served Judges had case together in both U.S. District Court and State Superior Courts. A Judge selected for summary

APPENDIX B  Sent but unfiled motion for certiorari

APPENDIX C  Group of jusges heard case - Decisions summerized by one just like U.S. District Court of New Jersey and Superior Court of California and Alaska.

APPENDIX D  Exhibits of filing to U.S. District Court with statements of facts.

APPENDIX E  "Smoking Gun" to the petition. The "Salesforce Account" IRS and Exhibits

APPENDIX F  Administrative and local courts, European Ombudsman and "HM Courts and Tribunals"

2

IN THE

SUPREME COURT OF THE UNITED STATES

PETITION FOR WRIT OF CERTIORARI

Petitioner respectfully prays that a writ of certiorari issue to review the judgment below.

## OPINIONS BELOW

[ ] For cases from **federal courts:**

The opinion of the United States court of appeals appears at Appendix __A__ to the petition and is

[ ] reported at <u>Committee of judges</u>                        ; or,
[X] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

The opinion of the United States district court appears at Appendix __C__ to the petition and is

[X] reported at <u>U.S. District Court of Alaska</u>             ; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

[ ] For cases from **state courts:**

The opinion of the highest state court to review the merits appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

The opinion of the _____ court appears at Appendix _____ to the petition and is

[ ] reported at _____; or,
[ ] has been designated for publication but is not yet reported; or,
[ ] is unpublished.

## B. Parties

1. The Plaintiff is _____ Festus O. Ohan _____, who presently
(Print Name)

resides at 1280 E 17th Avenue, Unit 121, Anchorage, AK 99501, U.S.A. _____.
(Address)

2. Defendants:

Defendant No. 1, United States of America _____, is a
(Name)

citizen of __Washington D.C._____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

Defendant No. 2, North Atlantic Treaty Organization _____, is a
(Name)

citizen of __Norfolk, Virgina_____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

Defendant No. 3, __United Nations_____, is a
(Name)

citizen of __New York City, New York_____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

(City and State)

Defendant No. 4, United Kingdom _____, is a
(Name)

citizen of __Washington D.C._____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

Defendant No. 5, __European Union_____, is a
(Name)

citizen of __Washington D.C._____, who works as a
(City/State)

_____for_____.
(Job Title, if applicable)          (Employer/agency, if applicable)

## C. Causes of Action
(Briefly describe the **facts** you consider important to each claim.
State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority
or argument. Be certain to describe exactly what each defendant, **by name**, did to support
each claim for relief.)

COMPLAINT

4

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

_____ Festus O. Ohan _____ — PETITIONER
(Your Name)

vs.

_United States of America ET AL_ — RESPONDENT(S)

ON PETITION FOR A WRIT OF CERTIORARI TO

Simultaneously and many judges headed by "RRB"
attended the case at U.S. District Court of Alska

(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR WRIT OF CERTIORARI

_____ Festus O. Ohan _____
(Your Name)

_____ 1280 E 17th Avenue, Unit 121 _____
(Address)

_____ Anchorage, AK 99501, U.S. _____
(City, State, Zip Code)

_____ (360) 390-8921 _____
(Phone Number)

## 15

## JURISDICTION

[ ] For cases from **federal courts**:

The date on which the United States Court of Appeals decided my case was  14th day of March, 2023  .

[X] No petition for rehearing was timely filed in my case.

[ ] A timely petition for rehearing was denied by the United States Court of Appeals on the following date: _____, and a copy of the order denying rehearing appears at Appendix _____.

[ ] An extension of time to file the petition for a writ of certiorari was granted to and including _____ (date) on _____ (date) in Application No. ___A_____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1254(1).

[ ] For cases from **state courts**:

The date on which the highest state court decided my case was _____. A copy of that decision appears at Appendix _____.

[ ] A timely petition for rehearing was thereafter denied on the following date: _____, and a copy of the order denying rehearing appears at Appendix _____.

[ ] An extension of time to file the petition for a writ of certiorari was granted to and including _____ (date) on _____ (date) in Application No. ___A_____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1257(a).

U.S. District Court stated that they cannot resolve this case without violating the civil rights of defendants. Therefore only the U.S. Supreme Court can handle the case. The same is true for the Alaska Court System and those of California. And because the U.S. Government politicians collaborated with The United Nations, North Atlantic Treaty Organization, Israel, Saudi Arabia, United Kingdom, no other court has jurisdiction over the case. Even the lawyers that I contacted saw the abominable acts but could not take the case even by Pro Bono. The U.S. District Court judge New Jersey that was handling the case looked for a lawyer that could take the case on Pro Bono to no avail because defendants have Qusi Immunity. Thus, the judges even when group of judges review the case, their hands were tied and they state that they do not have any other choice but to dismiss the case (Case in point: U.S. District Court judges all America courts judges that met me in Santo Dominica Republic, selected 18 Natural global judges and 18 human global judges that met me at separate times in Woodside Hospital, Woodside England, United Kingdom in February 1994. A lot are afraid of repercussions.) I am a non human and I have been straight with all laws throughout my life even with the difficulties of being held hostage and the severity of my being maltreated/mishandled. So, remedies can only be rendered by the U.S. Supreme Court and above. I had put court papers through Federal Court in 1979 and 1981. I only had that I was 3 times a doctor and an institution on the radio as part of the 1981 ruling. My mail as always, my mails were offset and I never received the judgment in the fall of 1981. As always, records were deleted or unpublished.

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

"Blown up the whistle blowers can be frightening. As whistle blowers ourselves, we understand" by whistleblowerjustice.net

The Whistleblower Protection Act 5 U.S.C. 302 (b)(8) protect from adverse actions due to whistle blowing 15 U.S. code G2087 - Whistle blower protects whistle blowers' rights and protections - DOJ OIG most contain anti-relation provisions. Whistle blowers are protected especially when it is a child reporting.

All my rights were taken from my childhood despite the promise of the judges to protect me forever. In the U.S., I am exempted from all rights, including constitutional rights. I have not benefited from the same or similar rights that humans are enjoying. Dates and history were cooked. Among those that I saved were Julius Caesar which I saved from conspirators, but Mark Anthony killed him. I appeared to Julius Caesar a second time as a soothsay. Brutus' soldiers and Mark Anthony's soldiers merged to form NATO. I appeared to Julius Caesar a second time around Isle of March 1961 and this time I came from West Africa where the judges kept me. I have been silent since then.

The Bill of Rights bill was introduced to parliament in June 2022. It would repeal and replace the Human Rights Act of 1998, which incorporates and makes the rights contained in the European Convention on Human Rights (ECHR) domestically enforced. Bill of Rights is the amendments to the U.S. Constitution spells out American's rights on relation to their government and guarantees speech, press and religion. The right to equal protection under the U.S. Constitution and bans governments from making contrary laws.

You cannot be denied employment, harassed, demoted, terminated, paid less or treated less favorably because of race, sexual orientation, gender identity, natural origin, disabilities, or status as a protected veteran. Title VII of the Civil Rights Act of 1964. Quitam is abbreviation for the Latin phrase "Qui tam pro domino rege quam pro se ipso hac parte sequitar." meaning "who sues on behalf of the king as well as for himself."

The so-called U.S. "New Deal" was the taking of stolen property in exchange were no wars, slaughtering only and by trickery. The "New World" and the "New World Order" involved ownership of real properties that they now owned and the extraction of its natural resources.

I physically caught them creating humans in the island of Create (whites), Sicily (blacks) and Islands around South Pacific Ocean (Yellow man). I reported their plots to the authorities.

Physicians were involved in supervising ordinary human creation of humans. I recognized at least physicians. I saved Julis Caesar from being assassinated by the conspirators. He used a death roll inmate and dressed him with his known clothing wearing him my father's dagger proof vest. He too would have been saved but for his saying "et tu Brut" after being stabbed 32 times. Brutus made a 5th stab through his neck and yanked it, resulting to his death. Although we had not seen Julius Caesar and I watched it all from different sides of the hall. He returned home and Mark Anthony killed him. 33 stab wounds verse about five stab wounds found at the pulpit (the real Julis Caesar). Mark Anthony had a tete a tete or secret talk with Brutus at the pulpit.

Mark Anthony aroused the Plebians and mob and there was a pandemonium - the center could not hold. They flooded the Bank of Rome treasury billion dollars equivalent of the money. These trained in creation were given money to invest in creation and were sent to America. They used the same technique later to rob the Banking of Milan for the same purpose. Brutus and Mark Anthony soldiers joined forces to become North Atlantic Treaty Organization first soldiers. This is my awaited testimony.

### STATEMENT OF THE CASE

1) The state of California gave me a license to practice law in California in September 1976. That license was offset in mail without replacement.

2) In September 1977, California gave me a license as an institution. That license, like everything else including my financial instruments, was offset in the mail too.

3) In fall 1978, I was published in worlds physics as the topmost in Astrophysics proved that my credentials including the one on physics through UCLA summer reviews on physics 8A was offset in mail. UCLA has now deleted my record and Nigerians were hired there to mess with their computer programs.

4) In September 1979, The Regency of New York gave me credentials in medicine. It was offset by mail.

5) In 1981, I made 3 times a medical doctor through MSKP developed by NBME and administered by the Association of American Medical Colleges a second one was through National Board of Medical Examiners and my certification was 353 365 with a DPO of 1981-0-353-365-001. That one was also offset by mail. I had passed all pathways to practice medicine and surgery in the U.S. and California gave me permanent and unrestricted license to practice both medicines and surgery. A Christopher Chimezie Achikam Duru (hesie) telephone# (323)535-1064 wife Helen (310)704-2647. Address 1208 E. Denwall Drive, Carson, CA 90746 that I helped manically offset it from mail and my record was deleted. The NSBM assisted me in recovering my 200 credentials. It was delivered at work at Federal Building on 11,000 wilshire Blvd, LA, CA. It was the FBI Headquarters. A former lt. Tony Livaccari collected the package and gave it to a group that gave him the first black lady that he had sex with and while on duty. I approached him and he confessed. They made him a billionaire. He worked there as a security guard under Federal Protective Services for GSA buildings. He returned from the Navy as a

lieutenant in Nuclear Engineering. I was a security guard there and they bombarded me with radiation on Saturdays and Sundays when I worked there. They also used a Remigius Onwuzurike Gabriel Duru Anguishes aka Ohan just like his father. They were arranged by my security and cashing out my checks as always. An FBI Agent on the same building got called Anthony Quinn got some money and ran away. I caught him in Amsterdam, Netherlands in December 2008 with an expensive house in Carso, California. He knew the bad Nigerians.

6) The U.S. only allowed me minimum wages and denied me promotions.

7) I owned BOF, Federal Bank and internet Bank. Both merged to become AY OS Bank. Yet not a cent to me. NBME has a "Salesforce" account for me, but I have no access to it.

8) The IRS penalized me massively for landing property that I do not own nor collect rent.

9) ABN AMRO

10) I was beaten to death by 3 New York Police Officers, while hand cuffed. An ambulance attendant and in jail by 12 inmates.

11) I lived in jail, on the streets where I almost got shot twice, in my own taken psychiatric hospitals and in jail too long without positive reasons.

12) I am purposely not typing this one. My findings were the Jews are very Involved in 1-11. Upon arrival and return from Egypt, Jesus Christ killed King Harod, the Jesus and Christ and others. He returned with soldiers. He killed a Tax Collector called Saul and Paul and used His credentials in Rome after he had beheaded John the Baptise. On his way to Rome, he killed important people in Philipe and was travelling on Paul/Saul's Credentials. He killed some Senators and Judge among others including Mark Anthony and Julius Caeser. At this time, he was going with Mark Anthonys and Julius Caesers Credentials. He became the first Pope that used English name and not a Latin name - Pope John Paul. Used their identification. He took drugs again after "33 day" and became God after he had killed God. The last Pope John Paul was his son with his so called mother Virgin Mary - "mother take care of your son, son take care of your mother as He is your Religion and you all

worshiped him. ... the Dino. They are very sophisticated

9

CLAIM 1: At the age of 4.

STATEMENT OF FACTS:

Defendants cooked both dates and history and they made their crimes holy. I physically witnessed them creating humans in remote islands of the world especially Sicely for blacks, Create for whites and several islands in South Pacific for "Yellowman". I also witness their first arrivals in all the continents and in the U.S., first arrivals were human ladies like singer Cher of New York who picked up my gold necklace left under a coconut tree that was non vertical and immediately offshore around palm springs of California. I did all that because I witnessed their creators' meetings in hidden locations after midnights whereby the stated what they were going to do that included stealing and owning the world by killing all that stood in their way. They had pricked to assassinate important people on at least two occasions. Julius Caesar was one of the ones pricked on an occasion.

I reported my findings to court officials that then separated me from my parents and family members. First, I was moved from England to Bethlehem where I was made to work in a clothing factory where I saw Jesus change his torn clothes during a cross carrying ceremony - I spent a night there in 1981 on my way returning to the U.S. from West Africa. This case is the first time I ever discussed my findings after the report to courts that gave me my present name. I have not had any kind of communication with my family ever since. Somehow defendants found out that I made the report and set a very painful but slow death for me and planned to eradicate my family and take all wealth for themselves. I personally saved Julius Caesar from the eight conspirators and along with me, he saw the actual 33 stabbed wounds on his replacement that said "et tu Brute" and you too Brutus after being stabbed 32 times. Brutus turned around and inflicted his 5th stab through his neck and yanked his sword. The replacement was wearing my father's dagger. Proof vest that I loaned Julius Caesar. I was trying to save myself and my family.

Defendants planned and communicated their criminal acts over generations and passed it unto their heirs by word of mouth called oral traditional legendary. And they used very well thought methods to recruit others and "promising them heaven and earth." By law, criminal contracts are void at face value. Person, place, and time, I was the only one that witnessed all that and in early childhood. Humans are occupying the wrong land. A land and properties of families that had absolutely nothing to do with them but victims of unforeseen abominations. Only judged and adjudged case in the Holy Bible gave president to my case for it was not addressed.

About 18 natural judges met with me in Woodside Hospital, Woodside, Britain in February 1994. I recognized some of them as the judges that met me in Bethlehem that prepared me transfer to West Africa and the subsequent 18 human judges that visited me at the same hospital a few days after that took me through the journey. So, they are still alive, and I had absolutely no words with them. My 5th birthday was celebrated with humans on the boat as we approached South Africa. My 6th birthday was celebrated on a train that I conducted as a child from Kaduna to Lagus, West Africa with humans. That was the last birthday that I celebrated. Things have been roller coaster since my return to Africa and America. I was severely injured, damaged, and denatured by defendants. Defendants unleashed their youth and created on me. The later judges helped them to kidnap me. Queen Elizabeth the II told her audience in Lagos that she would make me an object of caricature and she did exactly that. She was a key part of the "Zionic Movement" - Forget dates and history that they claimed.

Although offset by mail as always, I was given a full permanent and unrestricted license to practice medicine and surgery in the State of California in September of 1981 and I reciprocated the license in New York immediately. The Medical Board of California called and congratulated me on it and told me that my license and mailed in credentials should be received by me within two weeks. They asked me about my major concern, and I told them about the ECFMG which I passed at 99 percentiles. Then I was three times a doctor in the United States and an Institution (1977) although nothing was received by mail even though they were sent to me. At this time, I was earning one million dollars per minute plus future and futuristic when I work under medical examinations schedule. Four heads of the medical board through ECFMG council that wrote all contracts, called me to set a person-to-person conference on the penthouse of a library building directly opposite the Educational Testing Services in Princeton, New Jersey. We met on the first Saturday of December 1981 after the New York Federal License Examination. I received a 14-year contract to do my work through all the pathways to medical licensure that I had already passed extremely high. I had worked for the 14 years up to 13 examination schedule per year to 1995 using Arc Venture Medical Review Program where I was the chief facilitator. I worked line stall jobs holding lowest positions to pay for my needs, household and the job that warranted my traveling to the Dominican Republic Santo Domingo very often and to the other states for FLEX schedules. I was promised that money can never be a problem. A major issue was to protect me from taxes since I am a non-human from royal family at least from time to time since they told me that no one else in the world can do it but me and that I was very much needed to improve medicine and surgery, I agreed. Aside from health, I directly improved all aspects of life and all disciplines at least since being assisted by the ETS in West Africa since the early sixties. Defendants were

offsetting my mails and cashed out my financial instruments and many a times using their created humans. Even traceable mail.

I invented a lot especially in medicine and surgery and in 2013 I single handedly updated medicine and surgery including vaccines from West Africa. My blade runner alone goes for 6 million dollars apiece. Technology for COVID is mine and I owned "Adimmune" or Immune Busters through Valtrex et al of Europe. My family and I own about 206,000,000,000 patents and much more for copyrights. Yet at age 67, my only source of income is the $670 retirement fund from Los Angeles County and $150 per day from Anchorage School District Alaska as a substitute teacher. I will be leaving the job once social security kicks in my $1,000 per month retirement funds. I have now made over 40 required credits. Defendants and their created kicked me out of my home to the streets after I let my household that they made my biological family and falsified documents using a Dr. Arani of Pacoima, California, and Loma Linda University Medical Center. I upgraded my Mercedes S500/600 and published it in auto trend Las Vegas for 2.4 million dollars. That car was taken by homeland security of San Diego stalls call office. Martinez along my $5,000 in cash that was only the starting bid auction, and the demand was remarkably high. HLSA office, Martinez swore to himself that he must drive the car. This technology has been used for modern autos (since 2007). It was full bullet proof as well. And can tax out at 250 miles in seconds with maximum ground stability.

CLAIM 2:

On or about December 1981, about 200 pages of credentials were mailed to me via traceable mail by the National Board of Medical Examiner. The mail deliverer gave the package to Tony Livicari of 11,000 Wilshire Blvd, Federal building where I worked. Tony was a retired U.S. Navy nuclear submarine engineer who then worked as a security guard for U.S. Federal Protective Services. I was not at work when the package was delivered and according to Tony, he took care of the package after he had sexual intercourse with his first black lady while on duty. Tony, like others, became a billionaire and so did FBI agents that worked with me on security. I met one called Anthony Quinn in Amsterdam, Netherlands in December of 2008 and he proved to have known Nigerians that robbed and injured me in 1961. He too, along with them are now billionaires. And so is Bill Gates of Loma Linda Academy (He was in high school when I was completing Master of Public Health at Loma Linda University. I was forced to do but to no avail.) and Warren Buffet of Los Angeles became a billionaire after my home in Loma Linda was robbed for my computer diskettes and a prodrug called Magariburantashi for Viagra and Cialis that I was to turn

over to pharmaceutical companies. As always, the discs were to be given to International Business Machine (IBM) Corporation. These were agents of defendants. A Christopher Chimezie Duruhesie confessed to me in 1981 after offsetting my important mails that it was the U.S.A. government, that they knew how to use people. His phone numbers are (323) 535-1064 and can be reached at this address: 1208 E. Denwall Drive, Carson, CA 90746. He knew crimes. Defendants granted him and others immunity from their crimes. Defendants bought everything.

CLAIM 3: From 1958 to present time

Defendants maintained several accounts in my name that I do not have access to. Such accounts must be submitted to court. Examples are (1) The "Salesforce Account" held by National Board of Medical Examiners et al (2) AXOS bank which is a combination of Business of Ohan Festus Investments/Institutions (BOFI) Federal Bank and Internet Bank. Among other investments that they are holding and along with my inheritance, defendants inherited me alive and enslaved me since early childhood. (3) Consultant Consortium Corporation was established in 1986 and held by both the California Franchise Board and the Internal Revenue Services since then. They are holding most of my investments stating, "for tax purposes." They were personally taxing me as a street homeless person that was unemployed and using statistics to estimate how much I was making as a Real Estate Broker in California and taxing me with that. They garnished everything coming to me and even 24 cents of unclaimed money from the state controller of California. They're still making second time for penalties that they had already collected through garnishments. They are doing the same thing to me globally as always.

### REASONS FOR GRANTING THE PETITION

I. Petition reached all phases of life and similar cases do not exist. Petitioner is a nonhuman in land infested by humans that took the land. This case has been judged and adjudged and although mixed, the case is published in the Holy Bible. Petitioner has been injured, damaged, and denatured from childhood for no just reasons. Certiorari should be granted to review an important question of Federal Law. The petitioner has exhausted all available human avenues but, in each case, grossly discriminated. There are no conflicts, but defendants are making all decisions for courts and administrators even though all are humans. The world and real properties were stolen by human creators that used their created to commit abominable acts. Direct filings on this case have been going on since 1979 yet to no avail.

II. (A) Certiorari is to be granted for the interest of real justice. Petitioner was separated by courts from biological parents by courts since early childhood and never seen nor communicated with them since then. At death, 100% of petitioner's estate goes to biological parents that include "Salesforce" account held by NBME et al, BOFI Federal Bank and Internet bank to name but few. With the given, petitioner managed to have no families of his own especially since his spouse must be approved by parents and if deceased, their designee. All remedies have been exhausted.

(B) Unlike what U.S. District Court of Alaska alleged, cases in California Superior Court and the U.S. District Court of New Jersey were dismissed because petitioner was incarcerated in psychiatric hospitals and jails while leaving on the streets as a homeless over decades. Petitioner was beaten to death on handcuffs by Newark Police and an ambulance attendant on the way to Essex County, NJ jail. Petitioner escaped several attempts on his life as a homeless and at his home since childhood. Petitioner is the only heir to his family's assets.

III. Many cases have been won on petitioner's behalf even ones in the Holy Bible. The courts now state that they are moot and denied him justice stating that petitioner's cases are dismissed with prejudice. In Genesis of the Holy Bible, it states that "In the beginning, the world was made fresh" and stated that "As it is now, so it is forevermore." Defendants cooked dates and history and forged events, laws, and governments. Although the best in everything he does, petitioner was made to earn his living only as a line staff and never promoted. Defendants have committed completely unimaginable crimes against him. (i) A bomb totaled my car on the 10 freeway as I drove to work as a Detention Services Officer for Los Angeles County, California. (ii) From childhood, they had me feed and train adult humans and their families as they cashed out his financial instruments and keeping him as abject poverty. (iii) Although he refused to sign documents, defendants married a trashy created human to him as she had three children with her fellow humans while living with him (me). They had Doctor Arani of Pacoima, California to forge genetic papers saying that a Rosaline Chiwagbo Akano Oloha aka Ohan was his mother and that she was the grandmother of all the children that they framed him (me) to have had (2005). Petitioner, just like the son of Rosaline that he was forced to train to two master's degrees at National University, California, trained the three children from birth to complete

their studies in University of California. The first child is now a physician anesthesiologist in U.S.A. This was while defendants worked to kill him as they continually cashed out his financial instruments. Petitioner mastered most fields of studies especially in computers and health disciplines, yet petitioner was not allowed to receive a cent. In 1981, I was the topmost physician and surgeon in the United States, in 1978, he (me) was published as the topmost physicist in the world in a physics journal, yet no cent came to petitioner as he continued inventing stuff that so called U.S. billionaires are now enjoying. Petitioner several times a doctor and institution (copies of 200 credentials with NBME and the ECFMG). Defendants acquired all his inheritance and inherited him alive. Petitioner worked as a substitute teacher, detention service worker and security guard to earn a living and trained everybody. He was completely ignored by the courts all the decades. He worked round the clock.

## QUESTION(S) PRESENTED

1) "Capital Case of Genocide" 2) "Mail Fraud" 3) "Stolen Financial Instruments" (4) "Gross Tort" (5) Unfair Employment" (6) "Fraudulent Impersonalizations" (7) "Gross Acquisition of Stolen Real Properties" (8) "identity Theft" (9) "Mootness of Adjudged and Prejudged Cases" (10) "Enslavement"

Federal Question

1) The New World Deal and the New Deal with whom, where, when and why?.

Suppose there was a deal, the deal was not made with the owners of the world. But rather, defendants hunted and killed them for the purpose of acquiring their wealth. Intentions were to extinct them and painfully so.

2) Why was petitioner punished from childhood for reporting plots on what happened in the world today? Although he made no comments, he met with about 18 global judges and a week after 18 global human judges in Woodside Hospital, Woodside England in February 1994?

3) Although petitioner has no family why petitioner was deprived from the product of his endeavor, the materialization of his inventive genius and still living in poverty. Inherited alive?

4) Massively created, procreated and lots of offspring before, during and after the very criminal invasion. It was adjudged and recorded in the Holy Bible that "as it was in the beginning, so it is now and forevermore" and "in the beginning the world was made fresh"- Genesis of the Holy Bible. Their crimes were very well planned and meditated from one generation to the others by words of mouth called "Oral Traditional Legendary"

5) Petitioner was several times a doctor and an institution among other disciplines. He is listed in the database of the National Board of Medicine Examiners and Federation of State Medical Board as a physician and surgeon and yet not allowed to practice even on animals. He has never been disciplined nor questioned in any profession. He invented and helped develop many patents, yet not a cent to him and made to live in abject poverty and when allowed to work,

only line staff jobs even though it is always said that he was the best there had ever been. He invented 500 different deep surgeries that are now being used in training. Yet not a cent to him and he never had access to his money. He owned the intent and Business of Ohan Festus Investments / Institutions (BOFI) Federal Bank.

6) Defendants have their citizens injured, damaged, and denatured him from summer 1961 to present and took for his parents for death whereas he was separated from them by judges after he testified what he learned and said during after midnight secret meetings by defendants around 1960. Defendants cooked history and dates. I am 67 and without a family.

7) On two separate occasions I met with 18 global judges of Naturals and on separate weeks with about 18 global judges of humans at Woodside Hospital, Woodside England in February 1994. I was stressed out on Haldol and made no comments. Why was I made to suffer more badly with no endings?

## LIST OF PARITES

[ x ] All parties appear in the caption of the case on the cover page.

[ x ] All parties **do not** appear in the caption of the case on the cover page. A list of all parties to the proceeding in the court whose judgment is the subject of this petition is as follows:

1) Ohan V. DOJ 3:22-CV-00221-RRG, U.S. District Court Alaska Judgment Entered

2) Ohan V. NATO ET AL, 3:22-CV-00226, U.S. District Court Alaska and California, Judgment Entered

3) Ohan V. ABN ABN AMRO et al,3:22-CV-00212 RRB, U.S. District Court Alaska, Judgment Entered

4) Ohan V. Fontoura ET AL, U.S. District Court of Alaska and New Jersey, Judgment Entered, 3:22-CV-00207-RRB

5) Ohan V. Retting ET AL, U.S. District Court Alaska Judgment Entered 3:22-CV-00046-LG

6) Ohan V. Greg Schmidt ET AL, U.S. District Court Alaska Judgment Entered, 3:22-CV-00182-JMK

7)Ohan V. Zion ET AL, U.S. District Court Alaska, Judgment Entered

8) Ohan V. American Medical Association et al, U.S. District of Alaska, Judgment Entered, 3:22-CV-00047-SLG

## RELATED CASES

No related cases! Although severely injured, damaged, and denatured from childhood, petitioner is a non-human!

## PARTIES TO PROCEEDING AND RELATED CASES

World worse genocides are (6) R Wandan Massacre, (5) American Genocide, (4) Khmer Rouge Killing Fields in Cambodia, (3) The Holocaust, (2) Stains Communist Regime, (1) Genosides in Ethiopia.

International crime court tried 31 cases of genocide icc-cpint. The 5 U.S.C.CH12 1201 et seg enacted by the 101st vs. congress amended whistleblower protection act and adjusted compensations. They are "protected from fear of reprisal for their disclosure."

False imprisonment: (1) Larry Mayes collected a $9 million verdict on wrongful conviction and imprisonment. (office.com). (2) New York was ordered to pay $26 million to men imprisoned for the death of malcolm X. (3) False Imprisonment: Elements and unlawful charges (valientemott.com). (4) Strong V. Milwaukee 1968 in Wisconsin Supreme Court (laws.justis.com). (5) Innocence project (inocenceproject.org). (6) Mail Crime is a federal crime and up to 20 years per event. (7) FTX founder Sam Bankman-Fried was charged and convicted for financial fraud by Feds (theguardian.com, December 13,2022). (8) According to DOJ, over $1.9 billion (about $6 per person in the US) of $2.2 billion in 2022 FCA settlements and judgments entered Greggs ofer and Eric Dama, February 20, 2023, compliance, false claims act. Quit am Litigation, judgment entered. 21-954 Biden V. Texas, Supreme Court of the U.S. (06/30/2022).

1) Williams V. U.S. Docket 21-1164, Judgment Entered

2) Bittner V. U.S. Docket 21-1195, Judgment Entered

3) Dred Scott V. Sanford (1857), U.S. Supreme Court on Slavery, Judgment Entered

4) U.S. V. Nixon (1974), President is not above the law, U.S. Supreme Court, Judgment Entered

5) Mirande V. Arizona (1966), Police must inform suspect of their rights before questioning, Judgment Entered

6)Cooper V. Aaron (1958) States cannot nullify decisions of the Federal Courts, Judgment Entered, U.S. Supreme Court. They were filling me over decades without questioning. All charges "dismissed for the interest of justice."

7) Genesis from the Holy Bible and Act of Apostles Chapter 13, Judgment Entered

8) Parrish V. Federal National Mortgage Association, 292 Va 44787, S.E. 2nd 116 (2016) Supreme Court of Virginia (28 U.S.C. Va at 53, 789 S.E. 20 at 122

9) Phaneuf V. Red of Indonesia, 106 F-3D, 306(9th Cir 1997)

10) Paragon America, LLC V. James Price and/or Other Occupants, No-3:14-CV-678-P-BW, U.S. District Court Northern District of Texas.

## Table of Authorities

**CASES:** All in appendix

1) County of Los Angeles, California, Counsil file No. 22-4393315*001

2) County of Los Angeles, California, Counsil file No. 19-1148977*001

3) Civil Service Commision, LA County, California Case No. 04-251

4) Blaine police Department, Incident No. 201702546, Wasington

5) Alaska Court System, Case No. IJU-18-0016

6) HM Courts and Tribunal Services, Ref No. MISC-489-2018, U.K.

7) HM Courts and Tribunal Services, Ref No. MISC-749-2018, U.K.

8) Alaska Dept. of Labor and Workforce dvmt Docket No. 201364

9) U.S. Tax Court Docket No. 5324-20

10) Essex County, New Jersey Docket No. MX371

11) Alaska Court System Case No. 3AN-21-00714SC

12) Alaska Court System Case No. 3AN-22-0017SC

13) Alaska Court System Case No. 3AN-21-007138SC

14) Alaska Court System Case No. 3AN-21-00712SC

15) Alaska Court System Case No. 3AN-21-00715SC

16) Alaska Court System Case No. 3AN-21-00952SC

17) U.S. District Court Case No. 2:09-CV-01977-FS-PS

18) U.S. District Court Case No. 3:23-CV-00047-SLG

19) U.S. District Court Case No. 3:22-CV-00266-RRB

20) U.S. District Court Case No. 3:22-CV-0022-RRB

21) U.S. District Court Case No. 3:22-CV-00226-SLG

22) U.S. District Court Case No. 3:22-CV-00212-RRB

23) Alaska Court System Case No. 3AN-21-00171SC

24) Alaska Court System Case No. 3AN-21-00713SC

25) Alaska Court System Case No. 3AN-21-00711SC

26) Alaska Court System Case No. 3AN-21-00951SC

27) Alaska Court System Case No. 3AN-21-0095SC

**STATUTES AND RULES**

1) Fed. R. CVL. P.15 and local rule 15.1

2) Fed. Rule of civil procedure 41(b)

3) U.S.V. Hays, 575 U.S. 737, 742, (1995)

4) Savage V. Dickinson, 2013 WL 78475 act*3 (E.D. Cal. Jan 4, 2013)

5) Fed R. Civ. P. 8 (a) (2) and Fed R. Civ. P. (8 (d)(1)

6) Kokkonen, 511 U.S. act 377

7) Corzo V. Banco Central de Reserva del Peru, 243 F. 3d 519, 522 (9th cir, 2001) on sovereign immunity.

8) Big Sky Network Ca.,Ltd V. Sichuan Principal Gov't 533 F 3d (10th Cir, 2008)

9) Lucas V. Dept of Corr., 66 F. 3d, 248 (9th cir, 1995)

10) Accord Cuoco V. Moritsugu, 222 F. 3d 99,112

11) 42 U.S.C.A. 1983 (12) Federal Court Improvement Act of 1996

12) Civil Rule Act (ID. at pp.541-542) (13) Taylor V. Mitzel (1978) 82 Cali. App. 3d 665, 670-671)

13) Cal. Rules of Court, rule 8.100 (a)(2)

14) Ex Parte Young

15) 42 U.S.C. 1988. Id., 743 N.W. 2d at 292-293

**OTHER:** Appendix F

1) U.S. District Court of Alaska Case No. 3:22-CV-00182JMK

2) U.S. District Court of Alaska Case No. 3:22-CV-00011-SLG

3) Other countries are sending their people to the U.S. in masses saying that they created them. And that U.S. and Europe are the Heavens in the Holy Bible.

25) Alaska Court System Case No. 3AN-21-00711SC

26) Alaska Court System Case No. 3AN-21-00951SC

27) Alaska Court System Case No. 3AN-21-0095SC

**STATUTES AND RULES**

1) Fed. R. CVL. P.15 and local rule 15.1

2) Fed. Rule of civil procedure 41(b)

3) U.S.V. Hays, 575 U.S. 737, 742, (1995)

4) Savage V. Dickinson, 2013 WL 78475 act*3 (E.D. Cal. Jan 4, 2013)

5) Fed R. Civ. P. 8 (a) (2) and Fed R. Civ. P. (8 (d)(1)

6) Kokkonen, 511 U.S. act 377

7) Corzo V. Banco Central de Reserva del Peru, 243 F. 3d 519, 522 (9th cir, 2001) on sovereign immunity.

8) Big Sky Network Ca.,Ltd V. Sichuan Principal Gov't 533 F 3d (10th Cir, 2008)

9) Lucas V. Dept of Corr., 66 F. 3d, 248 (9th cir, 1995)

10) Accord Cuoco V. Moritsugu, 222 F. 3d 99,112

11) 42 U.S.C.A. 1983 (12) Federal Court Improvement Act of 1996

12) Civil Rule Act (ID. at pp.541-542) (13) Taylor V. Mitzel (1978) 82 Cali. App. 3d 665, 670-671)

13) Cal. Rules of Court, rule 8.100 (a)(2)

14) Ex Parte Young

15) 42 U.S.C. 1988. Id., 743 N.W. 2d at 292 -293

**OTHER:** Appendix F

1) U.S. District Court of Alaska Case No. 3:22-CV-00182JMK

2) U.S. District Court of Alaska Case No. 3:22-CV-00011-SLG

3) Other countries are sending their people to the U.S. in masses saying that they created them. And that U.S. and Europe are the Heavens in the Holy Bible.

**Scientific Approach - Statements of Facts:**

Belgrade - Dublin - Spiritual Popes Islands - Egypt. Fortune teller V. Suit Sayer

Authenticity and integrity, ethics and moral turpitude measurements of character and citizenship with sections and subsections, variably confidence intervals. Surettes, consistence, reliable, valid clerical error then source of information, format used, measurement and averages, i.e., mean, median and mode and accurate validity of method used as mean may not be proper key measurements of low-income properties of Jimmy Carter period or the like, and secondary markets of U.S. Government like Fanie May and Feddie Mark.

Governments cannot under "the takings" assume properties under families of likes nor can it take possessions by means like Imminent Domain. Those properties cannot be used for their so-called development, nor can agricultural lands be used. Therefore, such so called Governments are very criminal and cannot exist nor be tolerated! Such acts or laws cannot be reciprocal nor reciprocated. The only core time to be used or wasted is to maximally prosecute all for abominable crimes! Absolutely no one is meant to swallow rough bitter pills by being forced to listen to such psychiatrically and narrowly tendered very genetic pathological infections transmittable diseases. Thus, if found guilty, punish all that are involved. For what use can your treasured items be for me? How can you pay and what are your methods of payment? The best measure of your atrium is criminal psychiatry! Exploration of the Universe equals exploration of their mothers' genitals!

The John F. Kennedy Supreme Allied forces maximum declaration of universal conquest day and claim all victories was on the 4th of July 2015. Petitioner walked the streets subject to

poverty. To witness the best of the U.S. Independence Day and to observe that it was the worst Independence Day they ever had and there were no fireworks nor jubilation of all U.S. citizens and their government officials bringing to the globe on "How the War Was Won" as planned and set for 50 years! The groups of were cannibalistic and do "massive reproductive fruckings), use everyone that potentiate being sympathetic to them maximally and the United States of America group that they invaded and swarmed with homeless from Global Capital of Rome and blessed then with money and how to create mankind along with free transportation to America. Some entering through islands along the coast of New York like Stanton Island.

Again, what wants are numerous, but means are scarce presently, they were very well trained and all very competent to take on all challenges from Heaven / Origin and exhibit their incipient whims and Caprices. Therefore, as stated by your Queen Shiba, "Nothing good comes out of Israel" meaning "I am sure the maximum use of fertilizable eggs with maximum reproductive acts and because the primary pose purpose is to destroy everyone and greedily acquire all their possessions with absolutely no intentions to give up or return stolen properties or goods. The petitioner is saying that absolutely nothing good can ever come out of the same. The process will and must not be repeated on they were obsessed with time, unmanageable sophistications with time, they will and must be concluded now reminiscent of time or duration and cannot be allowed to regenerate-thus, genes deleted as seen in those with uracil on their DNA's.

No matter the sympathy/altruism (that questions your gains and involvements) allow the decisions to implement and join them to be destroyed if otherwise as least for your minds rest and for the good/benefit of all innocents for the future! Repeatedly in such destructions/deletions/conclusions/excuses will and must all debts be collected, and all sentences prescribed/assigned/designated pain anguish be carried out or achieved. As always, citizenship is only a population character reference of a person. Petitioner booklet of a passbook that he can use to travel globally for now! So, for me, a USA passport that is issued by the "National Passport Service" incorporated happened to be an ID and a travelling document for petitioner who owns the machine and I have never received a cent (Just like any/all his products and those under me).

The so-called natives of out global levels have 1,001 Federated groups that call themselves nations and are dispersed. 1,000 nations under them and of them as headquarters, a Nation. They built a 1,001-office building called Federal Secretaries in Lagros West Africa and right opposite Durdan military barracks. They also built a 2,002 so called "Senate Residential Estate" near the offices. The reason behind the 2,003 is that aside from other wives they have relatives as wives and their federated groups that are split managerially to main husband-wife are 2000 plus 2 of queens and kings of 2. Therefore, totaling 2,002.

They are doing all the above for themselves and their families and absolutely without his nor his family at heart or in mind at any time and as always. They have taken our properties and are maximally damaging/denaturing/injuring him(me) and land/property as always with absolute intention to fully enjoy and keep all forevermore! He is hard and with maximum hatred being injured, damaged, and denatured as always! Again and again handle defendants very seriously and delete very hard with absolutely no possibility to regenerate and in so doing

and without their physical presence, have them pay only "milking fluids and parts" (i.e. as they have done to my family and properties whereas this galaxy is called "The Milky Way") completely pay all costs necessary to perfect all properties plus yields that are futuristic and that all associated pain fully inflicted.

The reason and split of the 1,000 and 2,002 is that there are 2 kingdoms - one of a queen and one of a king and both having 1,000 nations and an additional nation for managements. Therefore, 2,002 nations altogether whereas 1,000 nations are located on Earth/World and 1,000 nations located in the Heavens/Eternal World with 2 nations hidden and as supreme headquarters/capitals, contain their king and queen for global management of everything that include all 2,000 nations! Therefore, all 2,002 nations and their heads will and must be quickly contained and deleted immediately with absolutely no possibilities of future existence of the crimes. In 2015, he managed to reduce them to 250:250 whereas 750:750 plus 2 headquarters went into hiding but now defendants all regenerated with full force and effect! With petitioner's scripts and writings and separately in all disciplines, he has successfully laid psycho-psychiatrically profiles on all federated group/nations stated above in 2,002! And it has been constantly profiled since at least 1961.

By chance alone and under no circumstances can they affect food, air, immediate space office and home neighbors of an uninvolved normally involved naturals/original beings. Defendants cannot be detained/jailed/imprisoned/housed in the same facilities. Unless debts/punitive are completed/cleared diversity measures will and must be used/administered to contain debts that relates to them and no uninvolved nor innocents will and must be said to contribute nor forced to contribute even with taxes, fines, fees, duties, etc. to benefit them as offenders directly or indirectly and thus their dependents indeed. This is the only time such as tax, fees and duties are necessary to be used to contain very conclusively the global and completely concerned situation brought upon you by your kinds and kind Noids / your types and type Noids with your families abstaining or somehow overwhelmed by the situation. So, you will and must be involved in containing the events/situations but with particularly good probability of being repaired from extra after offenders have been productively milked for debts and all costs/interests plus pain etc. Neither them nor their commercial manlike products nor animals can be housed adjacent (sideways, upwards, nor downwards) with uninvolved royals nor natural beings at all. Aside from infections and infestations, they very intentionally administer poisons etc. by air, water, food, etc. to others. They are very unafraid of authorities and are very reasonably tolerant/immune to pain and anguish for they have gone through such training and are very well prepared. They affect your ventilation equipment and affect your breathing with different compounds/substances, and they poison your usable water and assorted products. Used items must be fully inspected before reusing and so are returned goods/items especially from retail stores.

Regardless of all the above, species products that ever been in contact with them or unsure of source must be fumigated/disinfected before usage/entering, watch out and biologically examine/test all family members for paternity regardless of time known or acquired. They had switched at birth, exchanged, validated etc. Of your immediate and distant family members and have fully implanted those that will eradicate and inherit victims. Aside from DNA, we use Duffy, Lewis, and Kewell antigens and their fractions plus enzyme linked Iso immune and the like techniques. ELISA, Bloating techniques, and different techniques like messenger RNA to determine maternal origin. Stay away from paternal origin since sperms are easy to collect and I have seen them collecting condoms from a hotel in Beverly Hills. You can obtain 6 million sperms in one ejaculation. Thus, you can concentrate on Messenger Ribo Nucleic Acid (MRNA). That has been proven to be maternal Origin. Keep 100% afar regardless of how wealthy they are. All their riches were stolen from the World. They have never worked; they are not working, and they will never work in my direction or the direction of my family and clients. They will infest with communicable diseases and non-communicable like psychiatry. Per Queen Shiba of Egypt, "nothing good comes out of Israel." That is a true statement because that is what I saw.

Genetically nucleotides contain 64 codons and 3 are said to be nonsensically coded. 99.7% of them do have more than 3 nonsensically coded nucleotides. Some have 100% nonsense codes. As written by Shakespeare in his book called Julius Caeser, Mark Anthony said that "the good is oft entered in their bones, so let it be with Caeser." Codons are very deeply placed in the loci and alleles of their genes including those found in the bones. These cannot be cured. No escapes. Microorganisms are formulated in them. Sanitation wise, incineration of all remains with nothing escaping in the air even while alive. When alive, appropriate drugs and sanitation methods must be applied. Humans were cultured and colonized, and the nutrient agar used in most cases was waste products. For mass production in human creations on growth, pungent and petrified public waste was used. Aside from infestation, they maximally parasitize me.

During COVID, U.S. lacked the 6.2 trillion dollars (about $19,000 per person in the US) that it budgeted. President Joe Biden told the public that the United Kingdom would pay 5 trillion dollars (about $15,000 per person in the US). This means that they are all the same. I can never be used against myself, my family or property acquisitions and destruction. Your administration ignored me and put me amid those who wanted our property and wanted us dead. So, we are also your victims, and you are ruling the globe. Cease and desist from these wrongs and reverse the course right now. You were to complete your job in a maximum of 64 years with 3 years ruled as nonsense (before October first of 2021 and they had 50 years to conquer the Universe, that is 4th of July 2015). Thus the 64 genetic cordons in which 3 were nonsense since the gap between first and second world war was 3 years. For your so-called Nigerians and its allies called "Niger Insurance" claimed that their declared independence was insured before October 1, 1961, that they flooded West Africa and declared independence. That they have separated from their origin in the Eternal World or Heaven.

Those that came to West Africa were very well marinated with pungent, petrified and sublimated public latrine that includes human waste that has gone through the intestine of maggots several times. They are promising the sales of their body parts for payments just like they did with using slaves for payments. Slaves killed and took over their host families. Gabriel was promised to be made God. Thus, Gabriel Duru Ohanu (GDO) when the O is flipped, you have GOD, and he was signing documents with GDO that he would later flip for GOD. There should be a complete evacuation leaving no dangers behind including humans and animals they hybridized using their/ human or aggressive carnivores' genetic

material before the 20th of September 2023 (this year). Tolerance to return to the World is zero reminiscent of generations to come. Remember that I do not go to courts when they come to me upon my acknowledgement and acceptance of their visit.

I do not partner with anyone thus; Festus Ohan and company means myself and my existing investments. Consultant Consortium Corporation is an "S" Company, and it is between me and my machines. It was published with Daily Commerce in 1986 and 2003. In 1986, I opened an account under it with Pacific Security Bank that later merged with Bank of America that I reopened another account with in 2003. Respondents inherited me and my family alive and acquiring recent inventions through Intellectual Steal. Although an abomination for Naturals to pay taxes to humans and their creators, my family is exempted from all taxes and not required to make contributions. I have been separated from my family for over 62 years and I want to rejoin them.

# SOME OF MY CREDENTIAL:

I am several times a doctor. A physician and surgeon with full, permanent, and unrestricted licensure to practice medicine and surgery in the world. My National Board of Medical Examiners number is 353365. I am an Institution with full knowledge of all fields and discipline. I am DPO number 1981-0-353-365, Medical Examiners number 0-338-338-7, DOJ number 569640, BAR number 114445, Legal Examiners number XXX-XX-2190, Judicial Examiners number M09-G04586, Full and all discipline Real Estate Brokerage number 01407572 and 01407573 for my corporation called Consultant Consortium Corporation, MDCNRx56,322/66 whereas 56 means all 56 Global Zone as of DOJ and 66 means 1966 when I was 10 years old (Family Medicine and Surgery}, MD022 file number 3 with Presidential Archive number 3736. In Canada, I am MD00006 (all 6 Clinical areas) with many patent numbers etc. Although severely injured, damaged, and denatured from childhood by defendants, I am open for Genetic Testing and did give defendants 6 months to vacate and vanquish from the World without leaving dangers behind. They must do so before the 20th of September 2023. They will pay for all repairs, return all stolen goods, and pay punitive damages and anything else the Courts may find including all judged and adjudged. For at the beginning of their abominable acts, The World was made fresh as it was at the time of judgement, so it is and forevermore (that is, they cannot be directly involved in repairs. This can be found in the Genesis of The Holy Bible a swell).

# ADDENDUM:

ONLY TO NAME BUT FEW, these are some of how I MADE MY PATENTS. Created and their owners took all my inventions plus of my family and fabricated history, dates, and records.

In designing automobiles, I used aerodynamics of fishes and birds and for trains, I used centipedes and millipedes. Because I was only a little child, I used pully techniques to design most of my technologies. I consult body functions especially the Nervous and Cardiovascular Systems for most activities. Electric fish and Earl were studied in development of Artificial Intelligent and Electric Mobiles like drones and Electric Vehicles. And I upgraded them in 2003. Ladies on hot air balloon were first arrival in America, New York singer Cher was one of them. Oxford dictionaries tell you who found/discovered the items

that I left when I saw first arrivals and I made sure that they saw me leaving those items. Items like microscope, telescope, compass pocket watch and electric objects were left behind and I escaped on a plane I saw all first arrival in the World when they arrived and at these times, I could conduct all vehicles. Chers and group saw me fly away on Sprouse se Guise. Like all first arrival groups, Chers was the first to pick up what I left behind and for them it was my golden necklace that I left underneath a covered coconut tree in Palm Spring, California near a beach.

I completed Ethernet, Internet, Intranet and Extranet before 1979. I used closed loop cardboards and mirrors to develop Fiber Optic, pinhole cameras- doing the negative and positive to develop copy machines. Among all fields, I have done a lot in Health field since that was of most concern. I developed vaccines and immune boosters and upgraded with a European company called VALTREX and a California firm called Biocel. I did many vaccines and in 2012, I completed my work on Papilloma virus Enterovirus vaccines and updated Medicine and Surgery as I was dying of being poisoned by a Remigius O Duruagwushi also known as Remigius O Ohanu and his family. With the help of Motorola, I developed "The Blade Runner" (Motorola, Pacific Bell and Atlantic Bell helped me to develop many electronic goods that include mobile phones. I completed a lot in Organic Chemistry and Genetic in the late 60's. In early 60's, I trained non-black nonwhite groups in medicine and engineering, center was Infirmary and Reformatory located at the back of Igbobi Barracks in Lagos, Nigeria. I used Owl family especially Eagles eyes to develop Night Vision equipment's. President Jimmy Carter used a major one to successfully rescue hostages from Iranian prison but their plane disappointed them. I used linear algebra for electronics and geometry, especially analytical geometry, to design planes like the Shielth Bomber. An extremely fast-moving nonpoisonous snake called "arura" was used to design faster trains. I was moved from England to Bethlehem then to West Africa. Among other locations in Britain, I worked in Cadigan ward of Woodside Hospital in England and Royal Orthopedic Hospital in Lagos, West Africa in 1960 and 1961. Remember that Israelites' especially Jews spread everywhere to conquer the universe by massive creation of humans that is a profoundly serious crime. cinereal are in the Holy Bible. In defense, the human God stated he only created them to conquer the world but, there were no resistance because I was the only one. You should have been gone. Now, you must leave before September 20th to settle your issues with your God, your Lord. All damage must be contained. He taught humans how to replicate themselves, especially in masses.

For mobile phones, I combined Computer, Television, Telephone, Typewriter, Walkie Talky etc. technology. For colored Television, I used parts that I ordered from Europe, and I converted analog to digital. I designed conference calls; call waiting etc. and developed them through the Pacific bell system in the 70's as well as Deaf and Dumb relay systems {they used my technology to implant an electronic electrode in my brain just above my left ear. Thus, they could monitor my thoughts. It is implanted into the aphasic-conducting-transmitive area or the so-called Broca-Korsakov-Wanika area). I am the only one to have access to my brain. They gave the component to those that hate ne the most, Gabriel group. They have been frying my brain with it and on one occasion, kept me sleepless for 6 months. Remigius implanted it in me while I was asleep in an afternoon in Pomona a few days before August 1983 family medicine examination. They can tape my answers to the exam and give them to others taking the exam. They are still doing their best to kill me with it. You can have conversations with it. You carry a cable box like equipment and follow the person around. They followed me everywhere I went and hired assassins sometimes. I had suggested potassium-technetium-chlorate that has a half-life of 64 days (about 2 months) but, they used implant with an exceptionally long half-life on me. Still good but

my primary purpose was to communicate with machine recording my brain for information that I will use in inventing and delivering exceedingly high technological products. Thus, artificial intelligence. Although I designed it for hearing, it can be used to make confessions. In 2003, they had set it too high to blow up my brain. I almost committed suicide to get out of the horrifying pain and sleeplessness in Las Vegas. This time it was Mike Ofoegbu and others were there to watch and listen, another time was with Dr Fredrich Ngozi Dike Ofoegbu Ohanu. Chimezie Christopher Achicam Duruhesie, a heart hated convict stays with the equipment the most. In 1979, I took complete care of Chimezie for 7 months when he returned from Texas Prison that he called a PhD program in criminal justice. He forged academic credentials and answered Dr. That he is not. This is true of many Igbo men. He had nowhere to go and was refused by everyone and they all begged me to help him along with Remigius. Now, they have insiders to wait for my names and cash my financial instruments. With tricks, Chimezie stole my car and helped to force me to Dominican Republic after I helped him get a county job without knowing that he was a convict. Los Angeles found out after one year on the job and they fired him, but he kept on lying to me. He still had the key to my apartment and mailbox after the was changed. I trained Remigius to 2 master's degrees, yet he remained bad on me. Forgive means that you gave ahead. "Father forgives us our trespasses as we have forgiven those who trespassed against us." ("Our Lord's prayer," The New Testament of the Holy Bible). All that made from exceptionally low pay odd jobs. Same is true with Scanners, Cables, and Satellites. I worked on Scanners and Cinematography by using plant pigments for Chromatography in the 60's.

 I used an African plant found in Northern Nigeria called Magariburantashi to develop Viagra and Cialis. Viagra and Cialis do not work for me. I invented Water Desalination Plants and like most others with London, Oxford and Bishop Shanahan Colleges GCE systems turned my work in through City and Guiles testing services. Most patents that went through the USA were submitted to Examination Testing Services in Princeton, New Jersey that is also called ETS. A lot were also submitted through West African Examination Council (WAEC) and West African School Certifications (WASC) in the 70's. In the Los Angeles County, California, I continued with my work in the Entertainment Industry and submitted a lot in their office on Wilshire Blvd and Western Avenue. I updated the industry and added Special Effects and luminations. I completed work on Remote Control and Beams like burglar alarms in 606 South Hill Street in downtown Los Angeles and 11,000 Wilshire Blvd Federal Building along with fingerprints and Morphology Identifications. I updated elevators and lumination engineering in those 2 locations as well.

I developed Nuclear labeled Neutronium by summer 1978 and observed my work at Griffith Park Observatory at midnight. Like sound, Neutronium is faster in solid objects than water and air. Water being faster than air. I worked in my family-owned clothing factory in Bethlehem, Israel and have automated the industry and much more since then. I revisited the location of the factory in 1981. Aside from using my circuits to develop electronics, I had Federal contracts to install video cameras in Federal buildings, post offices, banks, social security buildings and detention facilities like prisons. I handled farms and hospitals as well and updated all systems. I developed software and tested it in various airports, especially Northrop Airport and Disney Land where I developed current logistics. Under my bunched provisional patent number TX2666, I brought down technologies for the next 1,000 years. In it, a lot was covered under Morphology. I had used concave lenses, aluminum foil etc. to develop what you now have as solar power/energy technology. Despite all that, I am yet to receive a cent but rather, I use savings from minimum wage job to invest in.

## THIS WAS MY IGNORED LETTER TO THE NOBLE PRIZE COMMITTEE AND IT'S TEAM.

I have been severely injured, damaged, and denatured over decades especially post my 5th birthday. Initially a nurse and catholic nun Maria Socoro abducted me from my family palace when I was less than 6 months old. My family was able to rescue me in 12 months or more and they started training me in all fields of thought, especially in engineering and health. By age 6, I had rejected Nobel Prizes 3 times. I met Alfred Nobel in Athens, Greece and he offered me his as well but, I also refused him with his Nobel Prize. I was separated from my family I reported what I witnessed from defendants on their plots and on human creations. The West African article "on aburi we stand" shows that Nigerians were creating humans. In the article, groups were made to create soldiers and when they came to report progress, one group reported creating 10,000 as other groups were to report, they noticed a reporter amongst them and stopped. This was in 1967. Nigeria uses its military to distribute newly created. The program is called "military redistribution" and today, they still have centers. They were doing that for the USA and its allies. I was trying to locate family members that they kidnapped when I witnessed human creations and quietly witnessed their plots in isolated locations after midnight. It was reported to Judges that then sealed my files and sent me to Bethlehem from where I was taken to West Africa. Although new, I was in West Africa when I refused the Prizes. In 1978 after I was published as the winner in a competition in physics, a Harvard evaluation group told their alumni professor Bethune Johnson of School of Natural Science and Mathematics at California State University, Dominguez Hills, that I have the World's best photographic memory ever recorded. Currently, I work 4 jobs for 2 foreign students tuition fees and simultaneously taking up to 40 units per quarter. I had no time to sleep even though this is one of my best growth phases and the most important one since I was being starved to death during other phases. I have not seen nor communicated with my family since age 4 and I am now 67 and aging, I need to rejoin with my parents. They remain my only heir should I die searching for them.

Initially, created first becomes a family member and takes their names. Then they kill and eat victims and all their family member and finally acquire all their properties. Usually, their creators are not far behind, and they share those properties with them. This is especially true of the Igbo's and Jews that called themselves the children of Israelites. They will cut the brain open while prey is alive then spice it up and eat. This is especially true of the Guinee's, Bantus, Kurus of East Africa, and the Crusheves of Eastern Europe. I witnessed the hand of a herbalist called Akano Oloha in a boiling soup that was being cooked by Oyidie Akano the wife of Ejezie Akano. They took his name and acquired all properties. This happened everywhere and they are not done yet. They have broken the Earth's Crust and are still doing more. They came in empty handed and must leave the World empty handed.

The USA and allies are very deeply involved in all the mentioned atrocity and their medical team with American Medical Association helps them on the creation of humans. Covert operations were used by the USA to send troops everywhere and now they are doing that openly. An example of such was troops sent to Africa. They collected weapons and a million dollars per stop in Jamaica, New York, Manhattan in New York, and Bahamas. In return, they sent back 23 billion dollars harvested from trees in Africa. This money was sent during the presidency of Abraham Lincoln who used a reasonable amount of it for Education specially to build colleges that included Negro colleges. Like all areas, in West Africa, they installed Idris Aloma, Mansa Kanka Musa and Sundiata Kaita as leaders for the purpose of stealing and relocating treasuries to Mecca, Medina and Italy. More than 10,000 soldiers for each destination

through the Sahara Desert. In South Africa, they dug 2 miles deep for some miles, milking minerals, especially gold. They milked dry everywhere including Africa and America. Example, in California alone, they were milking more than one million barrels of oil a day. And destroyed the World. This money must not be used in Heaven but to be used to repair damages.

There is not much in human creations even when produced in mass. Adult humans can be created in less than 12 months and so are geriatrics. Under guided conditions, all female mammals can carry human to term. This includes big snakes like Boar for reptiles, Dolphins, and Whales for fishes, Pinguins and big Bats for birds. For massive human creations, testis and ovaries are cut open and squeezed for gametes and ejaculates can be taken as well. Then, they shake the mixture and allow for approximately 72 hours (about 3 days) or after which they spread it into ponds or closed lakes containing nutrients that can include human waste. They protrude fimbria from the umbilicus that they developed into the environment to allow them to feed. They are harvested at maturity and injected with aspirin or indomethacin. This will allow them to live on land after their cardiovascular systems reverse. On the other hand, they are injected with steroids to stay longer. Sometimes they are cultured and colonized first in nutrient agar that can be human or animal waste and allowed to grow there to be transported to other mammalian species that will carry them to term. Human creation is considered an abominable crime. To reduce punishment, they combine natural genome with those of animals to create humans. Thus, you are now educated on the Secret and Mistry behind human creations. In the fishing industry, the mixture, just like in humans, is allowed to fertilize before they are spread in water. For their crimes, they told humans to increase and multiply. And humans see them doing "multiple reproductive fuckings." They learned from their creators. Human Creative Gods/gods are very notorious criminals.

## MY BRIEF HISTORY:

I do not remember my name at birth because everyone called me Master. As a little child, and after I was recovered by my parents from abduction, I was trained in Health and Locomotives among other areas of thought. I was on the European side of the Mediterranean side of Europe and from there, I went to Bethlehem for a brief time where I worked in our family-owned textile mill as a 4-year-old. From Bethel hem, I went to West Africa where my family also owned a lot. This time in 1960, there were no blacks nor whites in Africa. My fifth birthday was celebrated on the large boat taking me to West Africa around Cape Town. I first stayed in Victoria Island of the present Nigeria that infested the region and declared independent upon arrival on October first, 1961. I was not receiving my mail anymore and they were cashing out everything. My family owned all airports and seaports just like in Europe and Asia. A few days after their declaration of independence from their owners and family, I was forced to inhale anesthesia that was laced in a towel from my back as I was working in Apapa Wharf or seaport. We have a floor mill there that I oversaw as well. They raided me at home and offices after a newly crowned Queen Elizabeth told a multitude of them there that she would make me an object of caricature. I was only 5. They took everything and my account with Barclays bank was frozen. With some little money at hand, I built a 12-room guest house along a lagoon in Apapa, Lagos that they later closed with waste and another house in Oyotoro street, Lagos and lived there while I operated trains. Gabriel Duruagwushi and his family changed their given last names to Ohanu, that was part of the names given to me by judges that sealed my file and sent me away after I made reports. Those two buildings were stolen by Gabriel, a created and family and they sold them. Gabriel was to cut me with a matchet when he was forcing me to call him my father in front of his fellow humans.

At this time, I was supervising movement of goods out of West Africa through the ports and by land through the Sahara Desert. In the North, they have taken everything, and I am made to share buildings that they have run down. Their Independece was after I returned from a trip to the Northern Region. For some reason, Rosaline, the wife of Gabriel joined me on that trip just to see that they had shared my family's properties in the North as well. The same is true everywhere on the globe. I went to the North in June of 1961 and returned on my 6th birthday of September 20th. It was a new model of trains that I was asked to conduct and send feedback. I had a nice room with bathroom and shower in the train. We enjoyed my birthday on the train, and I enjoyed it most since aside from my work, I earned a living during this time in the North by selling cut coconuts and orange on the streets. That was the last birthday that I celebrated. Things were exceedingly difficult upon my return from the North. I barely have food to eat nor clothing to wear even though I work round the clock and am forced to train others at absolutely zero fees. In Africa, they reincarnate and answer the name of their victims while in India, they incarnate. Rosaline has part of Indian in her and with an enlarged heart that shows that she may have been created from a cow. A month later, I was recalled to the North but this Northeast for a short duration. Upon my return, Gabriel and the group double locked my rooms, taken the buildings and cooked some documents to that effect. At this time, Nigerian groups had taken over the area and every group globally are declaring independence from their owners and families.

Gabriel and Rosaline then forged birth certificates that they were my biological parents and very seriously maltreated me. At this time, I went on and registered for preschool and used the time to get away from harsh treatments. I leave my bag on my desk and walk to the infirmary and reformatory where I teach medicine and engineering without books or notes. I was walking over one mile in each direction and was returning before the end of classes. My work was being brought to school and I was doing all my patents and copyrights during class exams. That continued throughout my academic career. The school aspect was 1pm to 5 pm and lots to do upon my returning home. I work on the farm on weekday mornings and Saturday and carry heavy loads back. I work a lot at home as well. I was going to bed after 11pm and waking up at 4 or 5 am to go to a distant farm. I never benefited from the money that I made. They take everything, giving me only cassava from the firm to feed on, never give me transport money and never buy clothing for me. I was sleeping on the floor with fire ants and mosquitos that they spread around. And I was sleeping on the urine of a newly created adult female. Gabriel used his money to marry many women. They always have money to eat elsewhere. Their assaults continued until I came to the United States with 1,000 dollars that I finally made from young ladies from Portugal. That did not last because they mailed their son Remigius to on tourist visa and 1,000 dollars to complete all his education and he had just turned 17. I took care of him and paid his foreign student tuition fees from the money that made him work odd jobs on minimum wages. His mother, who claimed to be my mother as well threatened that she would commit suicide if United States returned him. And just like her husband, she told others to hold me responsible if she dies. They were enjoying themselves all the time and playing "high live." I worked extremely hard and saved some money that I exchanged to Nigerian currency and remitted it to the United States because the U.S. immigration wanted evidence that he was

receiving money from his parents in Nigeria. His immigration case cost me a lot because I had to hire 3 different lawyers at separate times. He was helping others to offset my mails including credentials and licensures. This made me to travel to the Dominican Republic to get an MD degree after I had passed all the examinations in medicine and surgery and was published. I received nothing because they were offsetting my mails. As soon as I arrived in February of 1976, I took, passed the National Boards, and received a job with Crenshaw Center Medical Center where I was the only physician and surgeon on board during my shifts. I was being paid as a dish washer and just like in Nigeria, never received money for my services. 16,000 dollars was remitted from the money that I sent to Nigeria and Remigius cashed the check to purchase the latest new Camaro coup. He hides the car from me when I return penniless. That was the money that I was to travel with. I survived in the Dominican Republic for 13 months on 800 dollars that I received on IRS income tax refund. I was in the Dominican Republic when the money arrived in Los Angeles, and they cashed it. However, the check was replaced and this time they sent it to my address in there. Remigius played high life when I was gone since I used the little money that I had to spend 2 semesters, Fall and Spring for him. He stopped attending school the next fall. I began day to day job the next day that I returned to Los Angeles after starving for 3 days that I boarded Greyhound from Miami, Florida to Los Angeles. In no time I was able to pay for his summer classes and fall semester. I told him to return the car and give me whatever they offered but he refused and parked the car elsewhere. They continued to offset my mail and cash out my financial instruments. Remigius returned to Nigeria and stole my residential home my heavy equipment business in Nigeria. America and its allies created them, and they are watching over them.

I was delayed for 10 days (about 1 and a half weeks) because The Nigerian Military leader was assassinated the day that I was to travel. Their creators had the time to come to the United States and wait for my arrival. Obasi, Mbom, Olisa and of the Yorubas came to Los Angeles as students and I took some classes with them in the Lo s Angeles Southwest College. They later transferred to La Sierra College in Riverside after I left because I only stayed in that school for 2 semesters and Pacific one trimester upon arrival. Gabriel was adding anesthesia to mosquito shell tox. Aside from getting his house maids pregnant, he was injecting putrefied public latrine feces in my left leg, and I do have scars. They developed into boils, and I operated on the first 2 but the 3rd one was deeply injected close to my testes. So, it had to be operated under anesthesia in the hospital. Upon questioning by a schoolteacher, I reported the situation, and she passed it unto detectives of criminal investigative department of Nigeria. Although they came to the building to collect all tenants for questioning, nothing was done. I saved Gabriel life and of his friend called Ejiaga Nwachukwu. They jumped into a train that I was conducting, and my guides wanted to shoot them down. I told them to spare their lives and allow them to get down when I slowed down at a junction called Lokoja. The train was traveling from Lagos to Medugri with treasurable goods that were being transported on rail and road to Europe. They jumped down in Markodi were a group that I saw in the Eastern Nigeria during their civil war were waiting for them. Upon returning, the next thing around was to have his wife and their

newborn, Remigius to travel with me on my next trip. All I received from saving their lives were abominable acts and I do not know who told them about me and where to find me. Legally, when two opposing forces collide, the resultant force goes to the direction of that with greater force..

33

**CONCLUSION**

The petition for a writ of certiorari should be granted.

Respectfully submitted,

FESTUS O. OHAN

Date: May 10, 2023

34

No. _____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

FESTUS O. OHAN _____ – PETITIONER
(Your Name)

VS.
et al
UNITED STATES OF AMERICA et al _____ RESPONDENT(S)

**PROOF OF SERVICE**

I, FESTUS O. OHAN _____, do swear or declare that on this date,
APRIL 10th _____, 20 23, as required by Supreme Court Rule 29 I have
served the enclosed MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
and PETITION FOR A WRIT OF CERTIORARI on each party to the above proceeding
or that party's counsel, and on every other person required to be served, by depositing
an envelope containing the above documents in the United States mail properly addressed
to each of them and with first-class postage prepaid, or by delivery to a third-party
commercial carrier for delivery within 3 calendar days. (1) U.S. Attorney General
Merrick Garland, 950
Pensylvania Avenue,
The names and addresses of those served are as follows: Washington, DC 20530-0001

2) NATO, 7857 Blandy Road, Ste 100, Norfolk, VA 23551, U.S.
3) U.N., 405 East 42nd Street, NY, NY 10017, U.S.
4) U.K., Karen Pierce, 3100 Massachusetts Ave, NW, Washington DC 20008,
5) Ambassador of The Europian Union, 2175 K Street NW, Washington
DC 20037
I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10th _____, 20 23

_____
(Signature)

Dr. Festus O. Ohan
to the Supreme
Court. Respondent:
USA et al.

# APPENDIX A

Orders: Served Judges had
case together in both U.S.
District Court and State
Superior Courts. A judge
selected for summary

## Other Orders/Judgments
3:22-cv-00266 Ohan v. Zion et al

### U.S. District Court

### United States District Court for the District of Alaska

### Notice of Electronic Filing

The following transaction was entered on 1/24/2023 at 8:14 AM AST and filed on 1/24/2023

**Case Name:** Ohan v. Zion et al
**Case Number:** 3:22-cv-00266-RRB
**Filer:**
**Document Number:** 8(No document attached)

**Docket Text:**
**JMK TEXT ORDER:** By agreement of the judges, this case is hereby reassigned to the Honorable Ralph R. Beistline for all further proceedings. Please use the following case number on all future filings: 3:22-cv-00266-RRB. (JLH, COURT STAFF)

**3:22-cv-00266-RRB Notice has been electronically mailed to:**

**3:22-cv-00266-RRB Notice has been delivered by other means to:**

Festus O. Ohan
1280 E. 17th Avenue
Unit 121
Anchorage, AK 99501

# Other Orders/Judgments

<u>3:22-cv-00226 Ohan v. North Atlantic Treaty Organization et al</u>

**U.S. District Court**

**United States District Court for the District of Alaska**

**Notice of Electronic Filing**

The following transaction was entered on 1/24/2023 at 8:27 AM AST and filed on 1/24/2023

**Case Name:**  Ohan v. North Atlantic Treaty Organization et al

**Case Number:**  <u>3:22-cv-00226-RRB</u>

**Filer:**

**Document Number:** 10(No document attached)

**Docket Text:**

**SLG TEXT ORDER: By agreement of the judges, this case is hereby reassigned to the Honorable Ralph R. Beistline for all further proceedings. Please use the following case number on all future filings: 3:22-cv-00226-RRB. (JLH, COURT STAFF)**

**3:22-cv-00226-RRB Notice has been electronically mailed to:**

**3:22-cv-00226-RRB Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

A.3

## Other Orders/Judgments

3:22-cv-00221 Ohan v. U.S. Department of Justice et al

### U.S. District Court

### United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 1/24/2023 at 8:33 AM AST and filed on 1/24/2023

**Case Name:**       Ohan v. U.S. Department of Justice et al
**Case Number:**     3:22-cv-00221-RRB
**Filer:**
**Document Number:** 13(No document attached)

**Docket Text:**
**SLG TEXT ORDER:** By agreement of the judges, this case is hereby reassigned to the
Honorable Ralph R. Beistline for all further proceedings. Please use the following case
number on all future filings: 3:22-cv-00221-RRB. (JLH, COURT STAFF)

**3:22-cv-00221-RRB Notice has been electronically mailed to:**

**3:22-cv-00221-RRB Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

A 4

# Complaints and Other Initiating Documents
3:23-cv-00046-SLG Ohan v. Rettig et al

## U.S. District Court

### United States District Court for the District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 3/2/2023 at 1:57 PM AST and filed on 3/2/2023

**Case Name:**          Ohan v. Rettig et al
**Case Number:**        3:23-cv-00046-SLG
**Filer:**              Festus O. Ohan
**Document Number:** 1

**Docket Text:**
**PRO SE COMPLAINT for/under Serious Violation of My Rights, Racketer Influenced and Corrupt Organization against California Franchise Tax Board, Michelle Johnson, Charles P. Rettig, The Internal Revenue Service, Brian Wooten (Filing fee $ 402 - Rc#100002161.), filed by Festus O. Ohan. (Attachments: # (1) Attachment A)(LMH, COURT STAFF)**

**3:23-cv-00046-SLG Notice has been electronically mailed to:**

**3:23-cv-00046-SLG Notice has been delivered by other means to:**

Festus O. Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=3/2/2023] [FileNumber=2422262-0]
[642358490698170e10b7ee9e6ef2f14aa0dba768262df474f7075b026d2d6eb50be7
fae8a982733f6ff76d659848075aab99c99ffc963d10afc74e55570613d1]]
**Document description:** Attachment A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=3/2/2023] [FileNumber=2422262-1]
[5e9e580c409c4dd9a72b672f3f9ad697f853990803f296c9cbdaf33ffa75394c60bf
fb2d76c3f5d8c84ba88c10f6248c26d6470639f4c6d3a3cdcc03987843ce]]



# Complaints and Other Initiating Documents
3:23-cv-00047-SLG Ohan v. American Medical Association et al

### U.S. District Court

### United States District Court for the District of Alaska

### Notice of Electronic Filing

The following transaction was entered on 3/2/2023 at 2:40 PM AST and filed on 3/2/2023
**Case Name:**        Ohan v. American Medical Association et al
**Case Number:**      3:23-cv-00047-SLG
**Filer:**            Festus O. Ohan
**Document Number:** 1

**Docket Text:**
**PRO SE COMPLAINT for/under Gross Violation of My Rights and "The Taken on Properties" and "Act of God" against American Hospital Association, American Medical Association, Association of American Medical Colleges, Federation of State Medical Board, National Board of Medical Examiners (Filing fee $ 402 - #100002161.), filed by Festus O. Ohan. (Attachments: # (1) Attachment A)(LMH, COURT STAFF)**

**3:23-cv-00047-SLG Notice has been electronically mailed to:**

**3:23-cv-00047-SLG Notice has been delivered by other means to:**

Festus O. Ohan
1280 E. 17th Avenue
Unit 121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=3/2/2023] [FileNumber=2422346-0]
[28af962332b0c2349ce3c0f4681f32f2e9cb2ba452d53c33703313254b5b23471038
25886503a5ed35f2ffdb4549f5167233652d13e8e475dae3deb7178e0d6f]]
**Document description:** Attachment A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=3/2/2023] [FileNumber=2422346-1]
[a34bb89f2699f0beab5e4175edd97011db1fe623ecb125bdde4b8f3553d08ecaf3c1
4f95f631a9077566bea1db3802b464a51481ae8f6b182ecba3a373dd5758]]

A 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

FESTUS O. OHAN,

        Plaintiff,

    v.

ZION, ISRAEL, SAUDI ARABIA, THE
EUROPEAN UNION, and THE
UNITED STATES OF AMERICA,

        Defendants.

Case No. 3:22-cv-00266-RRB

## ORDER OF DISMISSAL

On April 25, 2023, self-represented litigant Festus O. Ohan ("Plaintiff") filed

a First Amended Complaint.[1]  While non-prisoner complaints are not subject to 28

U.S.C. § 1915(e) or 1915A screening requirements when the filing fee is paid, the

Court retains the inherent authority to dismiss a claim for failure to comply with

Federal Rule of Civil Procedure 8 ("Rule 8")[2] or for lack of jurisdiction.[3]  The Court

dismissed Plaintiff's initial complaint explaining the Court "lacks jurisdiction over

Plaintiff's claims or the claims are unsupported by any cognizable legal theory and,

---

[1] Docket 15.

[2] Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss a complaint with
prejudice for failure to comply with Rule 8(a).

[3] See *United States v. Hays*, 515 U.S. 737, 742 (1995) ("federal courts are under an independent
obligation to examine their own jurisdiction.").

thus, warrant dismissal."[4]  However, in the interests of justice, the Court provided guidance and "granted one opportunity to amend in accordance with the guidance provided in this Order."[5]

Upon review, Plaintiff's Amended Complaint suffers from the same deficiencies.  As an initial matter, Plaintiff allegations are not "simple, concise, and direct."[6]  Further, the Court is unable to establish a basis for jurisdiction, and the events described appear to be facially time-barred by the Statute of Limitations. Plaintiff's Amended Complaint includes three pages of the Court's template complaint form[7] but substitutes the "Claims" and "Injuries" section with four pages of type-written pages consisting of confusing and irrelevant narrative.[8]  Although Plaintiff clarifies the identity of "Zion" as "Zion Bank Corporation,"[9] he fails to describe specific actions taken by Defendant Zion that violated his constitutional rights.[10]  Plaintiff also fails to link the remaining four "Financial Institution and Government" Defendants—Israel, Saudi Arabia, the United Nations, and the

---

[4] Docket 14 at 2 (internal quotation marks omitted).

[5] Docket 14 at 9.

[6] Fed. R. Civ. P. 8(d)(1).

[7] Plaintiff completed three pages of the Court's form, including Section A: Jurisdiction, Section B: Parties, and Section D: Request for Relief.  *See* Docket 15.

[8] Docket 15 at 3–6.

[9] Docket 15 at 1–2.

[10] Docket 15 at 3–6.

Case No. 3:22-cv-00266-RRB, *Ohan v. Zion et al.*
Order Dismissing Case with Prejudice
Page 2 of 4
Case 3:23-cv-00047-SLG   Document 4-1   Filed 06/01/23   Page 100 of 154
Case 3:22-cv-00266-RRB   Document 16   Filed 05/03/23   Page 2 of 4

United States[11]—to any specific violations and has not provided an exception to immunity for the Court to establish jurisdiction. Further, even if the Court could discern a plausible claim, Plaintiff describes events that are facially time-barred by the two-year statute of limitations.[12] Although Plaintiff alleges these events and his damages are ongoing, the Court cannot discern a reason the statute should be tolled.[13] If a claim is not filed within the applicable statute of limitations, dismissal is proper even if the plaintiff is self-represented.[14]

Given Plaintiff's repeated failures to keep his filings short and simple, follow the rules of civil procedure and orders of the Court, and include only proper defendants and claims, the Court will not grant leave to amend. Accordingly, this case must be dismissed with prejudice.

**IT IS THEREFORE ORDERED**:

---

[11] Docket 15 at 2.

[12] *See* Docket 15 at 3 (describing events occurring at "age 4"); Docket 15 at 5 (events occurring "December 1981"); and Docket 15 at 6 (from "1958 to present time").

[13] *See* Alaska Stat. § 09.10.070(a) ("Except as otherwise provided by law, a person may not bring an action ... unless the action is commenced within two years of the accrual of the cause of action.").

[14] *Robinson v. Alaska Hous. Fin. Corp.*, 442 P.3d 763, 766, 769 (Alaska 2019) (dismissing self-represented plaintiff's complaint for failure to bring tort claim within two years of cause of action's accrual); *see also Holmes v. Forman*, 2023 WL 319918, at *3 (C.D. Cal. Jan. 19, 2023) (finding claims time-barred since "none of these later events have shed any new light on the conduct of Defendants that Plaintiff alleges violated his rights. In other words, as of more than 20 years ago, Plaintiff knew or should have known everything he knows now about the alleged conduct that is the basis of his action.").

Case No. 3:22-cv-00266-RRB, *Ohan v. Zion et al.*
Order Dismissing Case with Prejudice
Page 3 of 4
Case 3:23-cv-00047-SLG   Document 4-1   Filed 06/01/23   Page 101 of 154
Case 3:22-cv-00266-RRB   Document 16   Filed 05/03/23   Page 3 of 4

1. Plaintiff's claims are DISMISSED WITH PREJUDICE as barred by the statute of limitations, lack of jurisdiction, and failure to comply with Federal Rule of Civil Procedure and the Court's previous orders;

2. Plaintiff's Application to Waive the Filing Fee at Docket 3 is DENIED AS MOOT[15];

3. The Clerk of Court shall enter a final judgment.

   DATED this 3rd day of May, 2023, at Anchorage, Alaska.

/s/ Ralph R. Beistline
RALPH R. BEISTLINE
Senior United States District Judge

---

[15] Although Plaintiff paid the filing fee, he also submitted an Application to Waive the Filing Fee.

Case No. 3:22-cv-00266-RRB, *Ohan v. Zion et al.*
Order Dismissing Case with Prejudice
Page 4 of 4
Case 3:23-cv-00047-SLG   Document 4-1   Filed 06/01/23   Page 102 of 154
Case 3:22-cv-00266-RRB   Document 16   Filed 05/03/23   Page 4 of 4

# UNITED STATES DISTRICT COURT
### for the
District of Alaska

| | |
|---|---|
| FESTUS O. OHAN | )|
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| ZION, ISREAL, SAUDI ARABIA, EUROPIAN | ) |
| UNION, and the UNITED STATES OF AMERICA | ) |
| *Defendant* | ) |

Civil Action No.   3:22-cv-00266-RRB

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED:

 THAT this case is dismissed with prejudice. It is barred by the statute of limitations, for lack of jurisdiction and for failure to comply with Federal Rule of Civil Procedure and the Court's previous orders.

APPROVED:

**s/Ralph R. Beistline**
Ralph R. Beistline
United States District Judge

Date: May 3, 2023

*Note: Award of prejudgment interest, costs and attorney's*
*fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Brian D. Karth**
Brian D. Karth
Clerk of Court



# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| FESTUS O. OHAN | | |
| *Plaintiff* | ) | Civil Action No. 3:22-cv-00221-RRB |
| v. | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| U.S. DEPARTMENT OF HEALTH, | ) | |
| U.S. DEPARTMENT OF TREASURY, | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| U.S. CONGRESS | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this action is dismissed with prejudice.

APPROVED:

**s/Ralph R. Beistline**
Ralph R. Beistline
United States District Judge

Date: March 15, 2023

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's*
*fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Orders on Motions**

3:22-cv-00226-RRB Ohan v. North Atlantic Treaty Organization et al

### U.S. District Court

### United States District Court for the District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 3/15/2023 at 12:35 PM ADT and filed on 3/14/2023
**Case Name:**        Ohan v. North Atlantic Treaty Organization et al
**Case Number:**      3:22-cv-00226-RRB
**Filer:**
**Document Number:** 16

**Docket Text:**
**ORDER OF DISMISSAL**: This action is DISMISSED WITH PREJUDICE. All pending motions
are DENIED AS MOOT. The Court will not entertain any further non-procedurally compliant
filings. Signed by Judge Ralph R. Beistline on 3/14/2023. (ANM, COURT STAFF)


**3:22-cv-00226-RRB Notice has been electronically mailed to:**


**3:22-cv-00226-RRB Notice has been delivered by other means to:**

Festus Okwudili Ohan
1280 E. 17th Avenue, #121
Anchorage, AK 99501

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=3/15/2023] [FileNumber=2426869-0
] [722e04152a16ba09310db371cdb1feecc58c5b8bce73409e99933e958bb48241117
1dfc2110c9cb754aaed84131314f90d7bfd14499c681674b53656ae51c7a6]]

# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| FESTUS O. OHAN | | |
| *Plaintiff* | | |
| v. | ) | Civil Action No.   3:22-cv-00226-RRB |
| | ) | |
| NORTH ATLANTIC TREATY ORGANIZATION, | ) | |
| STATES OF THE UNITED STATES, | ) | |
| UNITED NATIONS, | ) | |
| THE EUROPEAN UNION, | ) | |
| UNITED KINGDOM | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED:

   THAT this action is dismissed with prejudice.

APPROVED:

**s/Ralph R. Beistline**

Ralph R. Beistline
United States District Judge

Date: March 15, 2023

Brian D. Karth

Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D. Ak. LR 54.1, 54.2, and 58.1*

*[Handwritten top margin:]* PLEASE READ ADDENDUM *QUICKLY* MOVE THIS CASE TO THE U.S. SUPREME COURT AND BEYOND! *[signature] May 9th 2022*

*[Stamp:]* COMPLETED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

FESTUS O. OHAN,

*[Handwritten stamp/block:]* FESTUS O. OHAN MD, JDetc 1280 E. 17th AVENUE, UNIT 121 ANCHORAGE, AK 99501, US

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 3:22-cv-00011-SLG

*[Handwritten:]* → "NICE TRIAL"!

## <u>ORDER REGARDING MOTION TO DISMISS</u>

Before the Court at Docket 6 is Defendant United States of America's Motion to (1) Substitute the United States as Defendant, and (2) Dismiss the Complaint. The Court previously granted the motion to substitute defendant.[1] Plaintiff Festus O. Ohan responded in opposition to the motion to dismiss at Docket 8 and filed additional documents at Dockets 9, 11, and 12. Defendant replied at Docket 10.

Defendant asserts that the complaint should be dismissed for lack of subject-matter jurisdiction and for failing to "present sufficient factual allegations to state a plausible claim for relief."[2] *[Handwritten:]* EVIDENCE PROVIDED WAS OVERWHELMING *[In addition to in you already know!]* Specifically, Defendant contends that the complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) because Plaintiff has not met two jurisdictional requirements: paying the

*[Handwritten bottom:]* ✱ ALTHOUGH I WAS FORSED TO PERFECT ALL CODES ESPECIALL THE TAX CODE... COMPLETELY UNTAXABLE AND SO IS MY ... *[illegible]* ... FROM 1971, I AM

[1] Docket 7.

assessed tax in full and filing an administrative refund claim.[3]  Defendant also

contends that the complaint does not meet the pleading requirements set forth in

*Twombly/Iqbal* because "[a]nyone reviewing the documents and handwritten notes

[filed by Plaintiff] would find it impossible to discern Ohan's cause of action."[4]

Plaintiff responds by submitting a marked-up fax cover sheet, miscellaneous

documents that appear unrelated to this case, and a copy of pages from the Court's

previous order and Defendant's motion to dismiss that are covered in Plaintiff's

hand-written annotations.[5]  The annotations are often illegible or unintelligible or

unrelated to this case.

*[handwritten annotations: MAIL FRAUND~60YS→YOU STOLE MY CREDENTIALS! WHAT ARE YOUR CREDENTIALS? KINDLY INSULT YOURSELVES. YOUR CRIMES CAN NOT PAY YOU! You ARE NOT MAKING SENSE! DO NOT JUDGE ME SO THAT YOU MAY NOT BE JUDGE!!]*

## I.     The complaint does not state a viable claim.

*[handwritten annotation: SAME CLAIMS, FORSEEN AND UNFORSEEN PLUS ALL THAT THE COURT CAN ADD INCLUDING PAIN AND ANGUISH ET.]*

A complaint must contain "a short and plain statement of the claim showing

that the pleader is entitled to relief."[6]  Detailed factual allegations are not required,

but "[t]hreadbare recitals of the elements of a cause of action, supported by mere

conclusory statements, do not suffice."[7]  Plaintiff's complaint is not a short and

plain statement of his claims and fails to clearly identify each individual claim or

the facts giving rise to each claim. Instead, the Complaint consists of a one-

---

[3] Docket 6 at 4.

[4] Docket 6 at 6, n. 5.

[5] Docket 8; *see also* Dockets 9, 11, and 12 (Plaintiff's additional filings).

[6] Fed. R. Civ. P. 8(a)(2).

[7] *Ashcroft v. Iqbal*, 556 U.S 662, 678 (2009) (citing *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007))

sentence conclusory statement, approximately ten pages of e-mails from Plaintiff to various entities, copies of orders of the United States Tax Court, and a letter from the IRS to Plaintiff.[8]

Defendant has moved to dismiss pursuant to Rule 12(b)(6) because the complaint does not "state a claim upon which relief can be granted."[9] To survive the motion to dismiss, the allegations in the complaint "must be enough to raise a right to relief above the speculative level."[10] A complaint may be dismissed as a matter of law either for lack of a cognizable legal theory or for insufficient facts under a cognizable theory.[11] In evaluating the motion, the Court must assume the truth of all factual allegations and must "construe them in light most favorable to the nonmoving party."[12]

The Court is not required to sift through Plaintiff's e-mails and other documents in search of viable claims.[13] Plaintiff is responsible for clearly stating

*[handwritten margin notes]* → YOU ARE ALWAYS INFORMED ABOUT THE ABOMINABLE ACTS — LEAVE/MOVE/VANQUISH THE HERO NOW! ON ITS AS ALWAYS, I AM NEVER AVAILABLE [TOO LATE] USAGE! FOR

---

[8] Docket 1-4.

[9] Docket 6 at 3 (citing Fed. R. Civ. P. 12(b)(6)).

[10] *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

[11] *Robertson v. Dean Witter Reynolds, Inc.*, 749 F.2d 530, 534 (9th Cir. 1984).

[12] *Gompper v. VISX, Inc.*, 298 F.3d 893, 895 (9th Cir. 2002).

[13] *Independent Towers of Wash. v. Wash.*, 350 F.3d 925, 929 (9th Cir. 2003); *Greenwood v. Fed. Aviation Admin.*, 28 F.3d 971, 977 (9th Cir. 1994). Defendant interprets the complaint "to request a refund of three federal tax payments: (1) the $1,479.38 overpayment from 2016 that was credited [toward a principle penalty] for 2017, and (3) a $1,606 garnishment of Ohan's 2018 Permanent Fund dividend" that was also credited toward taxes owing from 2008. Docket 6 at

*[handwritten margin notes]* # I AM NOT A TAX PAYER — OWNER ( ALL CODES EFFORT ON "//PAPER-

[handwritten: → THE PERPETRATORS ARE VERY WELL ORGANIZED TOWARDS THEIR ABOMINAL ACTS — LOTS OF SECRETS + WORDS OF MOUTH FORWARDINGS]

his claims in his complaint. As discussed below, the Court's jurisdiction depends on knowing with specificity what Plaintiff is claiming because the Court will need to assess whether Plaintiff's prior communications with the IRS qualify as an administrative claim for a refund as to specific claims.[14] For the foregoing reasons, the Court grants Defendant's motion to dismiss without prejudice to Plaintiff to amend, except as discussed below.

## II. The Court lacks subject matter jurisdiction regarding the $5,000 penalty.

[handwritten: Balance Due = $0.00 — Exhibit A attached]

Federal Rule of Civil Procedure 12(b)(1) authorizes a district court to dismiss claims over which it lacks subject-matter jurisdiction. "Ordinarily, there is no jurisdiction in the district courts over suits for the refund of penalty amounts paid until the taxpayer has paid the full amount of the contested penalty assessment . . . and has filed a claim for refund which the IRS has either rejected or not acted upon in six months."[15]

[handwritten: filed Oct 2017, The IRS added another $5,000 to 2008 $5,000 penalty. yet to hear from IRS for 2017]

Here, to overcome Defendant's jurisdictional challenge related to the $5,000 penalty claim, Plaintiff must demonstrate that (1) he has paid the penalty and (2) he timely filed a claim for a refund of the penalty payment with the Secretary of the Treasury or the Secretary's delegate. The Court finds that Plaintiff has not shown

[handwritten: ✓ IRRELEVANT IN THIS CASE!]

[14] See, e.g., Docket 11 at 15–18; Docket 12 at 4–8. Cf. Johnson v. United States, Case No. 2:19-cv-01561-TLN-JDP, 2021 WL 4480937, at *3 (E.D. Cal. Sept. 30, 2021) and cases cited therein (explaining the sufficiency of an informal claim).

[15] Thomas v. United States, 755 F.2d 728 (9th Cir. 1985)

that he has paid the $5,000 penalty.[16] Thus, the jurisdictional prerequisites were not met, divesting this Court of subject-matter jurisdiction over the $5,000 penalty claim. Plaintiff's claim relating to the $5,000 penalty for 2017 is dismissed with prejudice.

## CONCLUSION

In light of the foregoing, IT IS ORDERED the Motion to Dismiss at Docket 6 is GRANTED with regard to the 2017 $5,000 penalty claim, which is DISMISSED with prejudice. The remainder of the Motion to Dismiss is DISMISSED without prejudice and leave to amend is granted. IT IS THEREFORE ORDERED:

*(handwritten: EXHIBIT A ATTACHED)*

1. Plaintiff has until **May 31, 2022**, to file one of the following:

   a. Amended Complaint, in which Plaintiff shall restate some or all of his claims after correcting each of the deficiencies in accordance

---

[16] The Court previously informed Plaintiff that it was his burden to show that the Court has subject-matter jurisdiction over his suit and instructed Plaintiff that he "needs to demonstrate that this Court has subject matter jurisdiction." Docket 7 at 2. Plaintiff has not done so.

with this order.  An amended complaint would replace the current

complaint in its entirety; OR

b. Notice of Voluntary Dismissal, which would inform the Court that

Plaintiff no longer wishes to pursue his lawsuit and will result in the

dismissal of the entire action.

2. Any Amended Complaint should be on this Court's form, which is being

provided to Plaintiff with this Order.  As discussed above, an amended

complaint will replace the prior complaint in its entirety.  An amended

complaint must include all of the claims Plaintiff seeks to bring.  Any

claims not included in the amended complaint will be considered waived.

3. If Plaintiff does not file either an Amended Complaint or a Notice of

Voluntary Dismissal on the Court form by **May 31, 2022**, this case will be

DISMISSED WITH PREJUDICE.

4. Each litigant is responsible for keeping a copy of each document filed

with the Court.  When a litigant mails a document to the Court, the litigant

will receive a Notice of Electronic Filing ("NEF") from the Court that will

indicate when that document was filed on the docket and the docket

number of the document.  Copies of documents that have been filed with

the Court may be obtained from the Clerk's Office for $0.50 per page.  In

the event of special circumstances or serious financial need, a party may

file a motion asking for the cost of copies to be waived or reduced

5. At all times, Plaintiff must keep the Court informed of any change of address. Such notice shall be titled "NOTICE OF CHANGE OF ADDRESS." This notice must not include any requests for any other relief, and it must be served on any Defendant's attorney who makes an appearance in this case. Failure to file a notice of change of address may result in the dismissal of this case under Rule 41(b) of the Federal Rules of Civil Procedure.

6. The Clerk of Court is directed to send Plaintiff the following forms with this Order: (1) form PS09, Notice of Voluntary Dismissal; (3) form PS23, Notice of Change of Address; and (4) the District Court's handbook, "REPRESENTING YOURSELF IN ALASKA'S FEDERAL COURT."

DATED this 2nd day of May, 2022, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

*Again, you may withdraw yourself from this case. The IRS aspect is only an example! The United States is Frivolous, Fraudulent etc as it "Wills and Deals" Simultaneously on/in an aggressively stolen land — "The new World," "The new World Order," "The new Deal" etc! They are aggressively milking the World. Crude Oil + Sunlight are what Plants use to make our fuel and grow on them! At the beginning the World was made fresh and as it was then, so is now and forevermore to what it would have been but for the "taking" And so is my body and my body! They should immediately return to their respective owners with whom all debts, sanctions and all [illegible]*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FESTUS O. OHAN,

               Plaintiff,

vs.

GREG SCHMIDT,

               Defendant.

Case No. 3:22-cv-00182-JMK

**ORDER GRANTING
DEFENDANT'S MOTION TO
DISMISS**

      Pending before the Court at Docket 6 is Defendant Greg Schmidt's Motion to Dismiss Plaintiff Festus O. Ohan's Complaint at Docket 5-1. Plaintiff filed a response in opposition at Docket 8. Defendant filed a reply at Docket 9. For the following reasons, Defendant's motion is GRANTED.

## I.  BACKGROUND

      This case arises from a complaint Plaintiff, a self-represented litigant, filed in the District Court for the State of Alaska on July 9, 2021.[1] Plaintiff's one-page complaint is difficult to comprehend, but appears to allege that the Internal Revenue Service (the "IRS") of the U.S. Department of the Treasury wrongfully garnished over $7,000 from a

---

[1] Docket 5-1.

1993 check, and $1,200 from a 2004 stimulus check.[2]  In addition to the IRS, Plaintiff

references "FSA," which the Court understands is intended to refer to the Office of Federal

Student Aid within the U.S. Department of Education, and the American Board of Internal

Medicine Ombudsman.[3]  It is not clear if Plaintiff alleges any wrongdoing from the

Department of Education or the American Board of Internal Medicine Ombudsman, or if

the latter is even a real entity.  The only named defendant is Defendant Greg Schmidt,

Chief of Staff for the General Counsel of the U.S. Department of Education.[4]  Plaintiff

seeks $10,000 in damages and requests that the Court "move/vacate/vanquish everyone

now w/in 72 hours!"[5]  Plaintiff's complaint also appears to allege that he has suffered pain

and "intellectual steal."[6]

      Defendant removed the action to federal court on August 8, 2022, pursuant

to 28 U.S.C. § 1442 because Plaintiff appears to have sued Defendant in relation to

Defendant's actions taken in his role as an official employed at the Department of

Education.[7]  Plaintiff did not challenge the removal of the action to this Court.   On

August 15, 2022, Defendant filed the instant motion to dismiss, seeking dismissal of

Plaintiff's claims for lack of subject matter jurisdiction pursuant to Federal Rule of Civil

Procedure 12(b)(1), and for failure to state a claim upon which relief can be granted

---

[2] *Id.*
[3] *Id.*
[4] *Id.*  Plaintiff's complaint misspelled Defendant's last name, but this error was acknowledged and corrected via the Court's order at Docket 7.
[5] Docket 5-1.
[6] *Id.*
[7] Docket 1 at 3, ¶ 5.

pursuant to Federal Rule of Civil Procedure 12(b)(6).[8] Defendant argues that, to the extent Plaintiff seeks to challenge the Treasury Department's offset of money owed to him, the Court lacks subject matter jurisdiction because Plaintiff does not allege that he exhausted available administrative remedies.[9] Even if Plaintiff intended to pursue his claims against the Secretary of Education rather than Defendant himself, Defendant argues that the Court lacks subject matter jurisdiction because the Higher Education Act's waiver of sovereign immunity does not allow litigants to obtain monetary relief from the Treasury Department and does not waive the Education Department's sovereign immunity over claims for injunctive relief.[10] Defendant's argument for dismissal under Rule 12(b)(6) is premised on Plaintiff's allegedly suing the incorrect defendant; Defendant asserts that Plaintiff should have sued the United States, rather than an employee of a federal agency, if he is attempting to challenge the offset of money owed to him.[11] Alternatively, Defendant argues for dismissal under Rule 12(b)(6) on the basis that Plaintiff's claims are time barred because he has not brought his claims within six years after the offsets allegedly occurred in 1993 and 2004.[12]

Plaintiff's opposition does not engage substantively with Defendant's arguments, with the exception of claiming that "[a]ll administrative efforts have been exhausted" because the Office of Federal Student Aid and the American Board of Internal

---

[8] Docket 6.
[9] *Id.* at 7.
[10] *Id.* at 8–9.
[11] *Id.* at 6–7.
[12] *Id.* at 8.

Case 3:23-cv-00047-SLG   Document 4-1   Filed 06/01/23   Page 116 of 154

Medicine Ombudsman "ruled in [his] favor in 2016."[13]  Plaintiff does not offer any evidence of such a ruling.  Plaintiff's opposition, like his other filings, largely is incomprehensible and does not raise legitimate legal arguments.[14]  For example, Plaintiff appears to allege that the Education Department has "an electronic electrode implanted just above [his] left ear for intellectual steal and thought broadcasting."[15]

## II.  LEGAL STANDARD

### A.  Rule 12(b)(1)

When a party moves to dismiss a claim for lack of subject matter jurisdiction under Rule 12(b)(1), "[a] federal court is presumed to lack jurisdiction in a particular case unless the contrary affirmatively appears."[16]  As such, the party asserting subject matter jurisdiction has the burden of proving its existence.[17]

A jurisdictional attack under Rule 12(b)(1) may be facial or factual.[18]  A facial attack accepts the plaintiff's allegations as true but asserts that they are legally insufficient to invoke jurisdiction.[19]  A factual attack contests the truth of the plaintiff's allegations, and, in doing so, the defendant may introduce evidence outside the pleadings.[20]  When the defendant raises a factual attack, the court no longer presumes the plaintiff's

---

[13] Docket 8 at 1.
[14] *See generally* Docket 8; Docket 11; Docket 12; Docket 13; Docket 14; Docket 15; Docket 16; Docket 17; Docket 18.
[15] Docket 8 at 1.
[16] *A–Z Int'l v. Phillips*, 323 F.3d 1141, 1145 (9th Cir. 2003) (citation omitted).
[17] *Corral v. Select Portfolio Servicing, Inc.*, 878 F.3d 770, 773–74 (9th Cir. 2017); *Laborers' Int'l Union of N. Am., Local 341 v. Main Building Maint., Inc.*, 435 F. Supp. 3d 995, 999 (D. Alaska 2020) [hereinafter *Local 341*].
[18] *Local 341*, 435 F. Supp. 3d at 999 (citations omitted).
[19] *Leite v. Crane Co.*, 749 F.3d 1117, 1121 (9th Cir. 2014) (citation omitted).
[20] *Id.* (citation omitted).

allegations to be true.[21]  In that case, "the plaintiff must support her jurisdictional allegations with 'competent proof' under the same evidentiary standard that governs in the summary judgment context.  The plaintiff bears the burden of proving by a preponderance of the evidence that each of the requirements for subject-matter jurisdiction has been met.[22]

"When faced with a challenge to its subject matter jurisdiction under Rule 12(b)(1), the court must resolve that issue before determining whether the complaint states a claim under Rule 12(b)(6)."[23]

## B.    Rule 12(b)(6)

Under Rule 12(b)(6), a party may move to dismiss a complaint because it fails to state a claim upon which relief can be granted.  This means that the facts alleged by the complaint do not amount to a claim under any cognizable legal theory.[24]  To survive a motion to dismiss, the complaint must contain enough facts that, if taken as true, would state a legal claim to relief that is "plausible on its face."[25]  The Court assumes that the facts alleged in the complaint are true and construes them in the light most favorable to the nonmoving party.[26]  However, conclusory statements, unwarranted inferences, and naked

---

[21] *Id.* (citation omitted).

[22] *Id.* (citations omitted).

[23] *Local 341*, 435 F. Supp. 3d at 999 (citation omitted).

[24] *See Mollett v. Netflix, Inc.*, 795 F.3d 1062, 1065 (9th Cir. 2015) ("We will uphold a district court's decision to dismiss 'where there is either a lack of a cognizable legal theory or the absence of sufficient facts alleged under a cognizable legal claim.'" (quoting *Hinds Invs., L.P. v. Angioli*, 654 F.3d 846, 850 (9th Cir. 2011))).

[25] *Id.* (quoting *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009)).

[26] *Id.* (quoting *Skilstaf, Inc. v. CVS Caremark Corp.*, 669 F.3d 1005, 1014 (9th Cir. 2012)).

assertions of law will not suffice; "they must be supported by factual allegations" to survive a motion to dismiss.[27]

Dismissal for failure to state a claim is proper "if it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief."[28]

## III. DISCUSSION

As far as the Court can tell from Plaintiff's complaint and subsequent filings, the actions for which Plaintiff seeks redress is the Treasury Department's offsetting his funds to satisfy debt owed to the Department of Education.[29] The Court begins by determining whether it has jurisdiction over Plaintiff's claims.

Under the Debt Collection Improvement Act of 1982, 31 U.S.C. §§ 3701–3733, the Treasury Department may offset non-tax-related debts owed to the United States by withholding funds that it otherwise would pay out pursuant to the Treasury Offset Program.[30] An agency with a claim against a debtor may collect the debt by administrative offset after notifying the debtor that the debt is subject to administrative offset and providing an opportunity to dispute the debt or make arrangements to pay it.[31] A party

---

[27] *Ashcroft*, 556 U.S. at 679.

[28] *Local 341*, 435 F. Supp. 3d at 1000 (quoting *Arpin v. Santa Clara Valley Transp. Agency*, 261 F.3d 912, 923 (9th Cir. 2001)).

[29] *See* Docket 5-1 ("FSA + American Board of Internal Medicine Ombudsman Number 2502445 of 2016 garnished my cheque IRS of 1993 for over $7,000 + stimulus cheque of $1200 in ~2004 +++ pain intellectual steal."). It is unclear what relationship, if any, the American Board of Internal Medicine Ombudsman has to Plaintiff's claims.

[30] *See generally* 31 U.S.C. § 3716; 31 C.F.R. § 285.5(c); *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (summarizing offset authority).

[31] 31 U.S.C. § 3716(a); *see also* 31 U.S.C. § 3716(c)(6)(A) ("Any Federal agency that is owed by a person a past due, legally enforceable nontax debt that is over 120 days delinquent . . .

seeking redress in federal court for allegedly improper offset payments by the Treasury Department must first exhaust all administrative remedies.[32] If a plaintiff has not exhausted available administrative remedies prior to filing suit in federal court, a district court lacks jurisdiction over the plaintiff's claims.[33]

Assuming Plaintiff did have funds offset by the IRS, there is no evidence in any of Plaintiff's filings suggesting that he has exhausted available administrative remedies.[34] Although Plaintiff claims he has exhausted "[a]ll administrative efforts" and received a favorable ruling from the Education Department and American Board of Internal Medicine Ombudsman in 2016, the record contains no such evidence.[35] The Court so finds after reviewing in the light most favorable to Plaintiff every document contained in his nine

---

shall notify the Secretary of the Treasury of all such nontax debts for purposes of administrative offset under this subsection.").

[32] *See, e.g., Simmons v. Mischel*, Case No. 18-cv-02193-VKD, 2021 WL 764133, at *3 (N.D. Cal. Feb. 26, 2021) (finding that plaintiff seeking to challenge offset of Federal Tort Claims Act settlement payment to satisfy criminal restitution debt first must exhaust administrative remedies with the U.S. Attorney's Office for the Northern District of Texas); *McBride Cotton & Cattle Corp. v. Glickman*, No. 99-0824-PHX-ROS, 2000 WL 34227966, at *19 (D. Ariz. Sept. 25, 2000) (finding that court lacked jurisdiction to hear plaintiffs' claims challenging Secretary of Agriculture's seizure or impending seizure of funds available under agricultural programs because plaintiffs did not first exhaust administrative remedies); *Hadsell v. United States*, Case No. 20-cv-03512-VKD, 2021 WL 5415270, at *2 (N.D. Cal. Nov. 19, 2021) (noting that, prior to bringing a civil action to recover damages caused by the IRS's offset of credit election funds, a plaintiff must exhaust administrative remedies), *motion for relief from judgment denied*, No. 20-cv-03512-VKD, 2021 WL 5889174 (N.D. Cal. Dec. 13, 2021); *Bright v. U.S. Dep't of Treasury*, No. 6:18-03090-CV-RK, 2018 WL 4926307, at *2 (W.D. Mo. Oct. 10, 2018) (dismissing for lack of subject matter jurisdiction claim for return of social security benefits offset by Treasury Department because plaintiff failed to exhaust his administrative remedies), *aff'd* No. 18-3417, 2019 WL 2152671 (8th Cir. May 13, 2019).

[33] *Simmons*, 2021 WL 764133, at *3; *McBride*, 2000 WL 34227966, at *19; *Bright*, 2018 WL 4926307, at *2.

[34] *See generally* Docket 8; Docket 11; Docket 12; Docket 13; Docket 14; Docket 15; Docket 16; Docket 17; Docket 18.

[35] Docket 8 at 1.

filings following Defendant's motion to dismiss.[36]   The closest possible evidence of

administrative exhaustion the Court could locate in Plaintiff's filings is a December 13,

2022, order purportedly from the U.S. Tax Court that dismissed a petition from Plaintiff.[37]

The order offered Plaintiff an opportunity to file an objection to its dismissal of his petition

by January 4, 2023.[38]   There is no further information provided as to the subject of

Plaintiff's petition before the U.S. Tax Court or whether he filed an objection.[39]   Plaintiff's

filing with this Court contains several handwritten pages that, construed in the light most

favorable to Plaintiff, might be an objection to the U.S. Tax Court order.[40]   In those

handwritten pages, Plaintiff contends that "venue and jurisdictions [sic] are proper for I do

not go to Court, [sic] Courts come to me upon my inviting them."[41]   There is no evidence

that those handwritten pages were filed with the U.S. Tax Court or that the U.S. Tax Court

responded to them.   In other words, the record lacks evidence that Plaintiff has exhausted

his administrative remedies with the Treasury Department or the Education Department

regarding his claim.

      Finally, even if Plaintiff had exhausted available administrative remedies, the

Court nevertheless lacks jurisdiction because the Higher Education Act's waiver of

sovereign immunity "does not extend to claims for monetary relief payable by the United

---

[36] Docket 8; Docket 11; Docket 12; Docket 13; Docket 14; Docket 15; Docket 16;
Docket 17; Docket 18.
[37] Docket 12 at 2.
[38] *Id.*
[39] *See generally id.*
[40] *Id.* at 3–6.  The Court cannot discern whether these written pages were submitted to the
U.S. Tax Court or were filed for the first time in this Court.  *See generally id.*
[41] *Id.* at 3.

States Treasury."[42]  Similarly, to the extent Plaintiff seeks injunctive relief in addition to monetary damages, the Court still lacks jurisdiction over his claim given the anti-injunction provision in the Higher Education Act.[43]  Accordingly, the Court lacks subject matter jurisdiction over Plaintiff's claim and cannot consider Defendant's remaining arguments for dismissal.[44]

## IV.  CONCLUSION

In light of the above, Defendant's Motion to Dismiss at Docket 6 is **GRANTED** and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED this 27th day of March, 2023, at Anchorage, Alaska.

_/s/ Joshua M. Kindred_
JOSHUA M. KINDRED
United States District Judge

---

[42] _Bright_, 2018 WL 4926307, at *3 (quoting _De La Mota v. U.S. Dep't of Educ._, No. 02 Civ. 4276(LAP)., 2003 WL 21919774, at *4 (S.D.N.Y. Aug. 12, 2003)).

[43] _See id._ at *2 ("[T]he Secretary [of the Department of Education] may – . . . sue and be sued in any court of record of a State . . . or in any district court of the United States[,] . . . but no attachment, injunction, garnishment, or other similar process . . . shall be issued against the Secretary . . . ." (quoting 20 U.S.C. § 1082(a)(2))).

[44] _See Mortenson v. United States_, Case Nos. 4:21-cv-00026-JMK, 3:21-cv-00248-JMK, 2022 WL 1186027, at *4 (D. Alaska Apr. 21, 2022) (concluding that the Court cannot consider arguments for dismissal under Rule 12(b)(6) once it has concluded it lacks subject matter jurisdiction over a plaintiff's claims).

_Ohan v. Schmidt_                Case 3:23-cv-00047-SLG   Document 4-1   Filed 06/01/23   Page 122 of 154 82-JMK
Order Granting Defendant's Motion to Dismiss
Page 9

# UNITED STATES DISTRICT COURT
### for the
District of Alaska

| | |
|---|---|
| FESTUS O. OHAN | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| GREG SCHMIDT | ) |
| *Defendant* | ) |

Civil Action No.   3:22-cv-00182-JMK

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

**s/Joshua M. Kindred**
Joshua M. Kindred
United States District Judge

Date: March 27, 2023

*Note: Award of prejudgment interest, costs and attorney's*
*fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Brian D. Karth**
Brian D. Karth
Clerk of Court

# APPENDIX B

Sent but Unfiled motion of
Certiorary plus other documents.

*FILING:*

# Office DEPOT OfficeMax®

## SERIOUS complimentary fax cover sheet

VIOLATION OF RIGHTS ESPECIALLY CIVIL RIGHTS:

number of pages including cover sheet: FESTUS O. OHAN VS U.S.A. et al

attention to: CLERK OF COURT

date: MARCH 20th, 2023

company: SUPREME COURT OF THE U.S.

from: FESTUS O. OHAN MD, ESQ, etc

phone #: (202) 479 - 3000

company: CONSULTANT CONSORTIUM CORPORATION

fax #:

sender's phone #: (360) 390 - 8921

sender's email: FESTUSOKWUDILIOHAN@GMAIL.COM

comments: THIS FILING IS FOR MY CASES TO BE
REVIEWED BY THE SUPREME COURT JUSTICES AND
GIVE ME AN OPINION. THESE CASES HAVE GONE THROUGH #
U.S. DISTRICT COURTS. BEFORE FALL 2022, CASES
WERE DISMISSED BECAUSE I WAS TOO SICK TO ATTEND COURT.

By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like. I AM A NONHUMAN!

Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.

self service
domestic per page



$1.55   2065527

full service
domestic per page



$1.89   833071

full service
international per page



$4.99   833191

self service
international per page



$3.99   2064240

**RECEIVED**

MAR 2 1 2023

OFFICE OF THE CLERK
SUPREME COURT, U.S.

depot|max store ####
1234 print lane
angel grove, ca 12345
p: 123.456.7890 f: 123.456.7890
ods####cpc@officedepot.com

B1

Case 3:23-cv-00047-SLG   Document 4-1   Filed 06/01/23   Page 125 of 154

# Office DEPOT OfficeMax®

No. _____

_____

IN THE

SUPREME COURT OF THE UNITED STATES

_____

FESTUS OKWUDILI OHAN — PETITIONER
(Your Name)

vs.

ALL GLOBAL/UNIVERSAL GOVERNMENTS ETAL
ESPECIALLY THE USA — RESPONDENT(S)

4DU-NKita/opia Chaska

ON PETITION FOR A WRIT OF CERTIORARI TO

U.S. SUPREME DISTRICT COURT, NEWARK, NEW JERSEY
(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PLEASE SEE SUBEXHIBIT A1 EXHIBIT T = APPENDIX A1 ATTACHED

PETITION FOR WRIT OF CERTIORARI

FESTUS OKWUDILI OHAN
(Your Name)

1280 E. 17th AVE, #121
(Address)

ANCHORAGE, AK 99501, US
(City, State, Zip Code)



**QUESTION(S) PRESENTED**

(1) I am the only hare and manager of my as well of all my family members Properties, that include but not limited to everything in the World and lots beyond. I ow

(2) I owned all Patents and Copyrights that originate in the World and greater number or Percentage if not all Patents and Copyrights from this Globe and lots beyond this Globe.

(3) Most Industries, Properties espially Real Properties on this Globe belong to me and my biological members and into to all of the World.

(4) The said family members are Practically my Mother, Father and my only beloved Uncle that was Present at My very young age, for he was my fathers only brother!

(5) I have worked extremely very hard and was earning at least One million dolla Per minute plus future and futuristic when I complete my work using Professe Point were the ECFMG, USMLE, msrb



**LIST OF PARTIES**

All parties appear in the caption of the case on the cover page.

All parties **do not** appear in the caption of the case on the cover page. A list of all parties to the proceeding in the court whose judgment is the subject of this petition is as follows:

(1) COMPLETE AND UNCONDITIONAL EVACUATION OF THE WORLD AS SALVAGELY INVADED FROM 1958 WITH FULE EVACUATIONS THEN REINVADED FALL 1960 AND REMAINED! Parties (a) ZION, Zion National Park, 1 Zion Park Blvd, State Route 9, Springdate, UT 84767 Phone#(435) 772-32?
(b) The Kingdom of Soudi Arabia, Al-Malaz AKing Abdul Azi Al-Malaz, City Riyadh, Postal Code 11177 P.O. Box 1156? Saudi Arabia Phone# 0096611 4050000-19990
(c) The Government of Isreal, Attn: Finance Ministe Katz, 1 Kaplan street, Kiryat Hamemshala, Jerusalem, ZIP Code 9103002, Isreal.

**RELATED CASES**

1) ROYAL COURTS OF JUSTICE GROUP, QUEENS BENCH DIVISION, ROOM E106. OF CASE PROGRESSION, STRAND, LONDON WC2A 2LL, UK Tel 020 79 772 or DX 44458 STRAND, Ref: Misc-489-2018 etc ATTN: KEITH HIN
2) For Consultant Consortium Corporation, My S' Corporation, Sole owne and Sole operated, Case# 7ZD709090, DUNS Number 361536006 fillin Number C2496533. Business Program Division, Filling office 1500 11th S Sacramento, CA 95814-573?
3) ABN AMRO, Case # 3433425?, ABA AMRO N.V/PRESS RELATIONS (+ 91/6), P.O. Box 283/1000 EA AMSTERDAM, NETHERLAN ON THE SUPERIOR COURT OF CALIFORNIA; FESTUS OHAN IS ABN AMRO MORTGAGE GROUP ETAL.
4. Tax Court Docket number 7480-20 on FESTUS O. OHAN US IRS et Chef Ju... DC 202
5) US Department of Justice, United States Attorney's ...

## TABLE OF CONTENTS

OPINIONS BELOW......................................................................... 1

JURISDICTION.............. *Local, I do not go to Courts* .......... 13
*for Courts Come to me!*

CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED .... *The one and* .... 14
*only Host*

STATEMENT OF THE CASE ............................................................ 15

REASONS FOR GRANTING THE WRIT ........................................... 16

CONCLUSION............................................................................... 17

## INDEX TO APPENDICES

APPENDIX A = EXHIBIT "A"

APPENDIX B = EXHIBIT "B"

APPENDIX C = EXHIBIT "C"

APPENDIX D = EXHIBIT "D"

APPENDIX E = EXHIBIT "E"

APPENDIX F = EXHIBIT "F"

## TABLE OF AUTHORITIES CITED

CASES: *Please see list of Parties and Related cases above*          PAGE NUMBER

I AM THE ONE AND ONLY HOST AND WITH VERY AGGRESSIVELY INVASIVE HOSTS THAT TRESPASSED FUGITIVELY TO THE WORLD OF MY FAMILY PROPERTIES AND TOOK COMPLETE POSSESSION, WITH MY DEAF AND DUMB COMMUNICATION SYSTEMS PLUS THOSE OF POLICE DOGS INVESTIGATIVE COMMUNICATIONS OF MINE *Cay* Case # 2:09-CV-0977-FSH OF FEDERAL DISTRICT COURT, NEWARK, NJ THEY IMPLATED SAME IN ME AND MILK MY BRAIN EVERY SECOND 365.25 DAYS/YEAR SINCE AUGUST 1983 FOR COMPLETE INTELLECTUAL STEAL AND VERY INJURIOUSLY HUNTING ME TO COMPLETE DEATH AND MET AS ALWAYS WITH THEIR VICTIMS. GLOBAL ACT OF 1961 etc!

### STATUTES AND RULES ✕ EXTREMELY TOO LATE!

1) NATURAL LAWS (2) ~~INTO UNNE~~ GALACTICALLY ACCEPTABLE INTER STATE/INTERNATIONAL LAWS (3) RIGHT OF INDIVIDUAL US RIGHT OF SOCIETY (4) THE REASONABLE RIGHT TO MASSIVELY REPRODUCE US ~~RIGHT~~ ASSUMED RIGHT TO PROCREATE AND CREATE MANLIKES/ HUMANOIDS AND HUMANOIDALS (5) RIGHT TO KNOWINGLY VIOLATE LAWS AND OTHERS (6) RIGHT TO MAXIMIZE TURNING ALL MATURED GAMATES TO #4 ABOVE (7) ALL PROBLEMS WERE PREPLANNED, PRE AND FULLY AFORETHOUGHT PRE EMBLEMED, PRE GRADUATED, LOANS WERE PREFORBIDDEN/ FORBIANCE, TARGETED LANDS WERE PRECLAIMED (EG NIGERIA HAD ITS INDEPENDENCE IN HEAVEN IN 1960 AND THEY DECLARED INDEPENDENCE IN THE WORLD UPON ARRIVAL ON OCTOBER 1ST 1961 ~~FORE IT~~ IN ~~THERE~~ THE NEW WEST AFRICA FOR I WAS THERE THEY STEAL WITH MAXIMUM INTENTIONS TO DEPRIVE VICTIMS

### OTHER



IN THE

SUPREME COURT OF THE UNITED STATES

PETITION FOR WRIT OF CERTIORARI

Petitioner respectfully prays that a writ of certiorari issue to review the judgment below.

**OPINIONS BELOW**

[✓] For cases from **federal courts**: *RE: Many Courts involved attached!* *and for about 61 years! See attached "A" = EXHIB. A*

The opinion of the United States court of appeals appears at Appendix *A* to the petition and is *CASE #2:09-CV-01977-FSH-PS*

[✗] reported at *PACER COURTS PUBLISHERS 08/17/2020 AT 5:10 PM* ; or,

[ ] has been designated for publication but is not yet reported; or,

[ ] is unpublished.

The opinion of the United States district court appears at Appendix _____ to the petition and is

[✗] reported at *(1)TAX COURT FESTUS OHAN VS TAX COMMISSIONER CASE# (2) MANY SUITS FILED AGAINST USA DEPARTMENTS 7480-2C* ; or,

[ ] has been designated for publication but is not yet reported; or,

[✗] is unpublished.

[✓] For cases from **state courts**: *RE: Many Courts involved and for about 60 years! See attach*

The opinion of the highest state court to review the merits appears at Appendix *A - A3* to the petition and is

[✗] reported at *Dit bericht is Verzonden door ABNAMRO NUMBER 343342* ; or, *See Related case Page 9 #3*

[ ] has been designated for publication but is not yet reported; or,

[ ] is unpublished.

*(1) ALAS OF COURT SYSTEMS — Case #IJU-18-0016*
*(2) Court of Justice — Royal UK + EU + European Communities*
The opinion of the *(3) I am Global Citizen # 8552-56 in all 5* court
appears at Appendix *A-7#* to the petition and is

[✗] reported at *First Judicial District Juneau* ; or,



# JURISDICTION

[✓] For cases from **federal courts**:

The date on which the United States Court of Appeals decided my case
was _02/17/2010 Case # 2:09-CV-01977-FSH-PS_
_OHAN V. ESSEX COUNTY SHERIFFS_
_OFFICE et al AND MANY MORE Case_

[ ] No petition for rehearing was timely filed in my case.

[✗] A timely petition for rehearing was denied by the United States Court of
Appeals on the following date: _02/17/2020_ , and a copy of the
order denying rehearing appears at Appendix _A → Aa_

[ ] An extension of time to file the petition for a writ of certiorari was granted
to and including _____ (date) on _____ (date)
in Application No. ___ A _____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1254(1).


[✓] For cases from **state courts**:

(i) NOV. 2008
(2) 1/9/2018 ALASKA

The date on which the highest state court decided my case was _____.
A copy of that decision appears at Appendix _A → A2/A3/etc_
_ALASKA CASE # 1JU-18-0016_

[✗] A timely petition for rehearing was thereafter denied on the following date:
_OCTOBER 7, 2020_ , and a copy of the order denying rehearing
appears at Appendix _A → A3_

[ ] An extension of time to file the petition for a writ of certiorari was granted
to and including _____ (date) on _____ (date) in
Application No. ___ A _____.

The jurisdiction of this Court is invoked under 28 U. S. C. § 1257(a).

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

PLEASE SEE PAGE 12 # 1—7 PLUS OTHER 4 CASES at top

MY ALL AMERICAN CITIZENSHIP NUMBER
IS 8228—56 —— Representing all 56
Global Jurisdictions. I Am MD0022 FILE #.
WITH PRESIDENTIAL ARCHIEVE #3736 and
IN CANADA MD00006 WITH ALL WORLDS PATENT
NUMBERS AND COPYRIGHTS, DOJ # 569460—001,
I Am DPO# 1981-0-353-365—001,
Conference of Judicial Examine Number
→ M09—G04586—001
all 9 Global main Courts check
with IOWA.
Conference of Legal Examiners #55541#2190—00.
Universally so, check with
New Hamshare
Conference of Bar Examiners #114425—001

National Conference of Medical Surgical Examiners
# 353 365—001

Global, at age 9, Comprehensively, Royal
Naturals topmost # MDCNR 56,322/66
Quickly DELETE FOR NON-EXISTENCE ALL STATUTORY X Regal
PROVISIONS AND ASSOCIATED Constitutional RIGHTS ↑Regal
Maximum in Physic & Engeneering + all        1966
disciplines of thought as evidenced by my
complete ownership of all Patents and Copyrights
arising from the World and most of the Eternal

## STATEMENT OF THE CASE

- ANOUGH IS ABSOLUTELY ANOUGH! ALL CONSIDERATIONS
INCLUDING MAXIMUMALLY WEIGHING ALL TYPES OF
ERRORS → ALPHA 1 and ALPHA 2 THEN BETA 1 AND
BETA 2. I SPENT MANY YEARS WORKING ON
BETA 2 WHICH IS THE PROBABILITY OF JAILING/
PUNISHING/DISMEMBERING/CONDAMING/ETC AN
INNOCENT PERSON. AFTER MAXIMUM CONSIDERATION
AND AFTER WEIGHING ALL VARIABLES OVER DECADE
NONE OF THE ACUSED IS INNOCENT. THEY WERE
ALL ON THE CRIME TOGETHER. FOR IT RE
DEFINITELY REMAINS THE SAME CONCLUSION
→ "THEY ARE/WERE ALL NOTHING BUT
THE SAME" THE SAME STATEMENT CAN BE
FOUND IN "JULIUS CAESER" AS WRITTEN BY
WILLIAM SHAKESPEAR.

* FOR SOME REASONS, I WAS PUT IN THE MIDDLE OF
ALL YOUR PROBLEMS FROM VERY EARLY CHILDHOOD. T.
DESPITE ALL WARNINGS AND SANCTIONS. IT IS VERY ABSOLUTE
USE A SUPERNATURAL BEING OF MY CLASS TO SETTLE you
MAXIMALLY CRIMINAL "VERY RAPID REPRODUCTIVE/PROCREA
TIONAL/CREATIONOLD FUCKINGS" ISSUES! I AND/MY
PARENTS WERE YOUR ULTIMATE TARGET AS ALWAYS
"RYSTAL CLEARED" BY YOUR SO CALLED NIGERIAN
PARTNERS!

* PAYMENTS INCLUDING DEFAULT/PATHOLOGIC RATES OF
RENTAGES ____ ____ ____ MUST BE COMPLETELY PAID FOR


## REASONS FOR GRANTING THE PETITION

I WAS INVADED IN THE WORLD BY HUMANOID CREATORS THAT DID VERY RAPID REPRODUCTIVE FUCKINGS" AND OVER REPRODUCED THEMSELVES PASSING ASSIGNED REAL PROPERTIES. FOR SOME WHERE HAVING OVER 60 CHILDREN (KIDS) PER WOMB (NOTE) DESPITE WARNING BY OTHERS TO CEASE AND DESIST FROM SUCH BECAUSE CONSEQUENCES ARE VERY HIGH. THAT STRICTLY PROHIBIT BIRTH WITHOUT FUTURISTIC SC EVERYONE HAD TO BE PREAPPROVED BEFORE MARRIAGE THAT LOOKS TOWARDS HALL PREGNANCY FOR SUCH IS THE CASE IN CALIFORNIA BEFORE 1982. THEREFORE, TO 100%, ALL WILL AND MUST VACATE/LEAVE/MOVE/VANQUISH IMMEDIATELY FROM THE WORLD AND RETURN TO THEIR OWNERS OR FAMILIES. AND AS ALWAYS, AND AS PREJUDGED YOU WILL AND MUST COMPLETELY VACATE/LEAVE/ MOVE/VANQUISH THE WORLD THAT YOU INVADED/ TRESPASSED/TRANSGRESSED/DESTROYED/VANDERLIZE HARVESTED ILLEGALLY FOR OVER 6 DECADES AGO RIGHT NOW AND IMMEDIATELY! UPON ARRIVAL TO YOUR FAMILIES AND OWNERS YOU WILL AND MUST COMPLETELY PAY FOR ALL COSTS ENCURED DURING YOUR 61 PLUS YEARS WITH MAXIMUN LEGAL INTEREST AND PAY TO PRICE FULLY REPAIR ALL DAMAGES INCLUDING MY BODY AND IF MY BODY IN (CASE) THIS D' LIKE AND MY BODY

THE ACTUAL OPPORTUNITY COST IS THE REAL COST OF ANYTHIN
IN THIS CASE, THE IMAGE PRESENTED BY DEFENDANTS/PERPETRATO
IS FACTUAL, REAL, OPPOSITE, DIRECT, AGGRESSIVELY MALODOROUS UNIONZ,
PATHOGENT EXTREMELY PATHOLOGYC, PUTRIENT— PUNGENT— EXTRE
OFFENSIVE AND MALODOROUS— VERY AFORTHOUGHT— WELL PLANNE
VERY WELL FUTURISTICALLY SET— VERY MALENTROCENTRIC— VER
PSYCHIATRICALLY PATHOLOGICAL AND SECRETIVE— VERY COMPETE
VERY COMPETENT AND SECRETIVE— PATHOLOGICAL LIER—OVERDRI
BY WELL PLANNED GOALS THAT ARE NARROWLY TENDERED—
PREVICTORIOUS WITH PREPLANNED OFFENCES WITH 100% SURE
ASSURANCE TO COMPLETE TRANSGRESSION AND VERY WELL
SET MEMORANDUM OF UNDERSTANDING AS A UNION—VERY
TRICKERY AIM AT WHOLE UNIVERSAL CONQUEST WITH FULL POSSE
AND OWNERSHIP EVEN IF THEY HAVE TO VERY PAINFULLY
MASSACRE AND EXTINCT OWNERS. IN CONCLUSION, IF
FOUND GUILTY CAN BE DELETED AND MOST AND FOREMOST
IMPORTANT PAY PRACTICALLY ALL DEBTS INCLUDING PAIN TO
LEGAL INTEREST ADDITIONS. ACT NOW WITH FULL FORCE AND EFFEC
THEY MILKED THIS GALAXY AND MYSELF + OF MY BODY" DOWN (IE

**CONCLUSION**

Therefore, I am a So Called Hemophiliac THE NAME OF THIS
n Hematology and I am taking the alter- GALAXY IS "MILKY WAY
nate pathway and the treatment is SO, THEY WILL AND MUST BE
Vitamin K and as a full fledged Physician PAINFULLY MILKED DOWN
and Surgeon. For FLEX licensure COMPLETELY
The petition for a writ of certiorari should be granted.

Pathway is a nightmare for
Unfortunate Doctors—I was at least 3 DENIED WITH ABSO
times a doctor at the time. FLEX. IE not LUTELY NO POSSIBILIT
the 5th pathway—Self incrimination for the FOR REENTRY FOREVER
Respectfully submitted, 5th Amendment
of the USA Constitution!

Date: _____ AUGUST 13, 2021

Subject: FW: Help to contact the actual ECFMG etc. That I have never received a cent.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 3/15/21 3:50 PM (GMT-09:00)
To: data@worldbank.org, Geneva@worldbank.org, Berlin@worldbank.org, dtheis@worldbank.org, hroperations@worldbank.org, eds01@worldbank.org, books@worldbank.org, webmaster@worldbank.org, kfosu@worldbank.org, gwoodeneh@worldbank.org, endri@worldbank.org, afmultimedia@worldbank.org, akonate@worldbank.org, julie@rcdsa.org, hsat@smk.dep.no, private.sector@dhs.gov, pfaa@princeton.edu, eeb@smk.dep.no, ceo@ceo.gov.hk, ceo@ombudsman.european.eu, louis.dejoy@usps.gov, private.airport.support@dhs.gov, phishing@irs.gov, gpoaccess@gpo.gov, info@ecfmg.org, english@swissinfo.ch, information@icc-cpi.int, otp.infortiondesk@icc-cpi.int, info@gpsoc.com, applications@icc-cpri.int
Subject: FW: Help to contact the actual ECFMG etc. That I have never received a cent.

Please shot down all accounts that have to do with Remigius Onwuzurike Ohanu and the Ohanu family plus Boniface Onyewuche, Reuben Onyewuche, all the Duru hesie Duru especially of Christopher Chimezie Duru Duruhesie, Hillary Iheanacho, All of the Igbos and Yoruba etc. Accounts plus of American and Nigerian Federal government mafias et al. I am Festus Okwudili Ohan aka Ohanu and not my name at birth because my body guards called me Master and I was abducted in the Mediterranean sea area of Europe at the age of 4 after I reported Gods creating humans in the Mediterranean sea islands and reported. I was first taken to Bethlehem then to West Africa Nigerian and was dumped there after I was told that I would be returned to my family after I testified in court. I am an Original being an not a human. My prints and blood samples are in your database. I am an MD with permanent, full and unrestricted Licensure in medicine and surgery in all specialties and subspecialties plus Royals and allied health since childhood and of 1981, I am an Institution perfect in all fields with over 20,000 patents and lots of copyrights and former owner of Consultant Consortium corporation USA, MBA in Finance, MPA in health care management and MPH in health care promotion and education and much more. The said group especially the Igbos and the Nigerian Federal government mafias et al offset my mails and burglarized my home since 1961 before my 5th birthday and right before their so called Nigerian Federal government independence on October 1st, 1961. They had arrived from their place of creation, well armed and killed off inhabitants of Africa and other and assumed their occupied land and all possessions. They declared independence after they felt that their mission was completed. They had worked on me and my family which I have not seen since my abduction at age 4. I met with Queen Elizabeth II on at least 2 occasions in Africa especially in present Day Nigeria right before their so called independence and immediately after. I had her tell others that she would make me an object of caricature and she surely did. I had been very close to death on several occasions and have had faces injected into my body on 3 occasions. In August of 1983, an electronic electrode device was installed and implemented into my Broka- Wanike-Kosakov part of my brain and they used a cable box like the deaf and dumb communication system to communicate and keep me sleepless 24 hours per day since 1983. They abducted me on several occasions and house me in psychiatry units injecting me with all kinds of poisons and did favors to prison inmates and others to kill me. They have been keeping me homeless and tried to kill me on the streets on several occasions. They always obstruct my family and personal financial instruments and cashing on them. I was made to understand that they cashed out some fat checks with your subsidiaries and your main branch in Europe. A Gabriel Duru Agwu Ohanu et al was among others that were used to deeply harm me since 1961 and nothing has changed since. I want all to the last cent collected of mine and of my family since my abduction be returned and those involved be punished for their crimes to their own true and actual worth reminisce of duration and age. For they have committed mortal crimes and sins and to their last generations be so handled. It's okay to harvest their body parts for debts collections. For its only attempts to collect debts from them. They are extremely very bad and so are their descendants and they tend to be worse. My address is 1280 E. 17th Avenue, apt 121, Anchorage, Alaska 99501, USA. Email address is festusokwudiliohan@gmail.com and texting number +13603908921. Please investigate and assign staff members to handle this issue by freezing all accounts that have to do with the said groups. There were checks coming from medical Boards such as the ECFMG, NBME'S, MSKP, USMLE, FLEX, financial Institutions, pharmaceutical companies, high tech companies, real Estate and investments from my family that were being cashed by the same group including from the USA and other countries since 1961 and continuous especially with my hard work from 1976. I have never received a cent at any point in time and have always been rendered homeless and miserable and being left half dead on several occasions. Please immediately arrest them all, have them to confess all involved, collect to the last cent with present value plus suffering and sentence to death with maximum pain and anguish. You may harvest their body parts for sales in other to collect debts. Remove them all from areas involved and have them returned to their point of origin regardless of place of so called birth. They can not remain on the land that they are forcefully acquiring after they killed off inhabitants. This writing is for immediate press release and publication worldwide for documentations. I need all accounts that were collected from the aforementioned group now. I very much appreciate your help and thank you in advance for your response and fully taking care of this situation well and issues relating to the aforementioned. Festus Okwudili Ohan aka Ohanu and not my name at birth because

SOCIAL SECURITY ADMINISTRATION
OFFICE OF DISABILITY ADJUDICATION AND REVIEW

Form Approved
OMB No. 0960-0269

# REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE

*(Take or mail the **completed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records)*

See Privacy
Act Notice

| 1. Claimant Name | 2. Claimant SSN | 3. Claim Number, if different |
|---|---|---|
| Festus Okwudili Ohan *aka* | 553412190 | Drivers license# DMV CALIFOR N653972 |

## 4. I REQUEST A HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE. I disagree with the determination because:

My mails as always, were being offset and homes burglarized, but never had an office mailings of essence They have, at least since fall of 1960, been cashing on my and family financial Instruments and Cheques/checks. Lacked relatives since 196

An Administrative Law Judge of the Social Security Administration's Office of Disability Adjudication and Review or the Department of Health and Human Services will be appointed to conduct the hearing or other proceedings in your case. You will receive notice of the time and place of a hearing at least 20 days before the date set for a hearing.

5. I have additional evidence to submit. ☑ Yes ☐ No *Packages mailed to your USA office at Hdqrt*

Name and source of additional evidence, if not included.

See all Contents submitted forthwith. (Included).

Submit your evidence to the hearing office within 10 days. Your servicing Social Security office will provide the hearing office's address. Attach an additional sheet if you need more space. *to me always! I do not go to Courts for they come*

6. Do not complete if the appeal is a Medicare issue. Otherwise, check one of the blocks

☐ I wish to appear at a hearing.

☑ I do not wish to appear at a hearing and I request that a decision be made based on the evidence in my case. (Complete Waiver Form HA-4608)

**Representation:** You have a right to be represented at the hearing. If you are not represented, your Social Security office will give you a list of legal referral and service organizations. If you are represented, complete and submit form SSA-1696 (Appointment of Representative) unless you are appealing a Medicare issue. *Aside from Genesis, I am the super ones*

| 7. CLAIMANT SIGNATURE (OPTIONAL) | DATE 2021 | 8. NAME OF REPRESENTATIVE (if any) | DATE |
|---|---|---|---|
| Sample only! | June (06), 21 | | |
| RESIDENCE ADDRESS 1280 E. 17th Ave, #121 | | ADDRESS | |
| CITY Anchorage | STATE AK | ZIP CODE 99501 | CITY | STATE | ZIP CODE |
| TELEPHONE NUMBER (360) (907) 310-1866 / (390-8921) | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |

## TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION- ACKNOWLEDGMENT OF REQUEST FOR HEARING

9. Request received on _____ by: _____
   (Date)                        (Print Name)              (Title)

   _____
   (Address)                    (Servicing FO Code)    (PC Code)

10. Was the request for hearing received within 65 days of the reconsidered determination? ☐ Yes ☐ No
    If no, attach claimant's explanation for delay and supporting documents if any.

11. If claimant is not represented, was a list of legal referral service organizations provided? ☐ Yes ☐ No

12. Interpreter needed ☐ Yes ☐ No
    Language (including sign language): _____

13. Check one: ☐ Initial Entitlement Case
    ☐ Disability Cessation Case or ☐ Other Postentitlement Case

14. HO COPY SENT TO: _____ HO on _____
    ☐ Claims Folder (CF) Attached: ☐ Title (T) II; ☐ T XVI;
    ☐ T VIII; ☐ T XVIII; ☐ T II CF held in FO ☐ Electronic Folder
    ☐ CF requested ☐ T II; ☐ T XVI; ☐ T VIII; ☐ T XVIII
    (Copy of email or phone report attached)

16. CF COPY SENT TO: _____ HO on _____
    ☐ CF Attached: ☐ Title (T) II; ☐ T XVI; ☐ T XVIII
    ☐ Other Attached:

15. Check all claim types that apply:
    ☐ Retirement and Survivors Insurance Only (RSI)
    ☐ Title II Disability - Worker or child only (DIWC)
    ☐ Title II Disability - Widow(er) only (DIWW)
    ☐ Title XVI (SSI) Aged only (SSIA)
    ☐ Title XVI Blind only (SSIB)
    ☐ Title XVI Disability only (SSID)
    ☐ Title XVI/Title II Concurrent Aged Claim (SSAC)
    ☐ Title XVI/Title II Concurrent Blind (SSBC)
    ☐ Title XVI/Title II Concurrent Disability (SSDC)
    ☐ Title XVIII Hospital/Supplementary Insurance (HI/SMI)
    ☐ Title VIII Only Special Veterans Benefits (SVB)
    ☐ Title VIII/Title XVI (SVB/SSI)
    ☐ Other - Specify:

Case 3:23-cv-00047-SLG   Document 4-1   Filed 06/01/23   Page 138 of 154

Form HA-501-U5 (01-2015) ef (01-2015)

hsat@smk.dep.no, simonetta.sommaruga@gs-uvek.admin.ch, dcusson@fsmb.org, CSOSrevocation@DEAecom.gov, revopps@latimes.com, gpoaccess@gpo.gov, rune-alastadsaeter@smk.dep.no, pdc@fsmb.org, amcas@aamc.org, latclassical@latimes.com, webmaster@mbc.ca.gov
Subject: FW: Help to contact the actual ECFMG etc. That I have never received a cent.

Thanks for your correspondence! I am very appreciative. You issued a check for 371.25 dollars to me on the 20th of November 2020 to me Festus Okwudili Ohan and the stale date is May 24th, 2021 with a warrant number of 20760072. This is the only notice I ever received and lots of money and checks have been cashed by the Nigerian Federal government mafias et al since 1961 especially the so called Nigerian Igbos that cling on me and pretend to be relatives and use the same last name. My New address is 1280 E. 17th Avenue, apt 121, Anchorage, Alaska 99501, USA. My email address is festusokwudiliohan@gmail.com. This message is in response to letter from Amit Mohinani with some appreciation. Division of finance department of administration for Alaska. Please investigate and assign staff to my family and my cases. And direct all deposits to me. Please destroy with mutiny when you catch the aforementioned groups in action and body parts can be taken to pay debts. I had sent a letter to you earlier this week.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 3/17/21 2:43 AM (GMT-09:00)
To: gpoaccess@gpo.gov, info@admin.ch, info@gpsoc.com, hr@snoqualmietribe.us, information@icc-cpi.int, simonetta.sommaruga@gs-uvek.admin.ch, eeb@smk.dep.no, tor@smk.dep.no, smkinfo@smk.dep.no, hsat@smk.dep.no, rune-alastadsaeter@smk.dep.no, jknickrehm@fsmb.org, fcvb@fsmb.org, pdc@fsmb.org, info@ecfmg.org, amcas@aamc.org, fab@aamc.org, revopps@latimes.com, General.qualifications@ocr.org.uk, CSOSrevocation@DEAecom.gov, vocational.qualification@ocr.org.uk, dca@dca.ca.gov, dcusson@fsmb.org, latclassical@latimes.com, webmaster@mbc.ca.gov, webmail@nbme.org
Subject: FW: Help to contact the actual ECFMG etc. That I have never received a cent.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 3/17/21 2:11 AM (GMT-09:00)
To: Registration.Help@usdoj.gov, flpb@atf.gov, eipb@atf.gov, eForms.admin@atf.gov, CSOSrevocation@DEAecom.gov, ehs-cs@usc.edu, biosafety@usc.edu, daradm@med.usc.edu, EPCS@usdol.gov, ODE@usdoj.gov, BCMReports@usdoj.gov, NFLIS@usdoj.gov, SCIMEX@usdoj.gov, ITDS@usdoj.gov, mail-ordersales@usdoj.gov, medical.mission@usdoj.gov, Natural.Disaster@usdoj.gov, Transshipment@usdoj.gov, Tablet-Encapsulemachine@usdoj.gov, DEAQuatas@usdoj.gov, brigitte.seegers@nl.abnamro.com, lars.seynaeve@citi.com, rlucas1@worldbank.org, myaccount@uscis.dhs.gov, press@bankofengland.co.uk, diploma.enquiries@london.ac.uk, dsdeditor@bankofengland.co.uk, mnavarromartin@worldbank.org, aamat@worldbank.org, pmorente@worldbank.org, dklingebiel@worldbank.org, bakker@abnamro.com, arian.bikker@nl.abnamro.com, procurementGroup@bankofengland.co.uk, PRAFirmEnquiries@bankofengland.co.uk, enquiries@bankofengland.co.uk, BEEDQueries@bankofengland.co.uk, amacs@worldbank.org, klachtenmanagement@abnamro.com, FMinformation@bankofenglandgsi.gov.uk, executitve.secretariat@gsa.gov, debtsecurities@abnamro.com
Subject: FW: Help to contact the actual ECFMG etc. That I have never received a cent.

Dear DEA, although not my name at birth because I had body guards that called me Master and I was 4 years old when abducted from the Mediterranean Europe area in 1960 and was given another name when placed on a witness protection program for I had witnessed Gods in action creating humans in the Mediterranean sea islands. They told me that I would be returned to my family after I had testified in court but they never bothered to return for me and on October 1st, 1961, Nigeria declared independence and developed the Nigerian Federal government mafias et al that included but not limited to the Igbos and Yorubas that had always made my life miserable. They offset my mails and burglarized my homes regardless of were I moved. They always cashed out on my financial instruments and patents with copyrights and redirect proceeds and correspondence to their addresses since 1961 and ongoing that included but not limited to the USA and Dominican republic. They did likewise to my family and I and <del>at least 25 at the record still live</del>. My body is very well to die and will not decay but Place those that live humans and others. I am still going on the name.....Festus Okwudili Ohan aka Ohanu, MD00006 for Canada with many patent numbers, MDCN Rx56.322/66 for 1966 in Family medicine and Locomotives that I learned from my family from age one. Real Estate

broker in all specialties with Licensure numbers 01407572 and another for my corporation called consultant Consortium corporation ending in 3, DOJ number 569460-001, DPO# is 1981-0-353-365-001, Judicial number M09-G04586-001, Bar number is LAB114445 for local government and Global 114445, Dominican republic 8228 with 8228/56 for citizenship number. ECFMG council member 338-338, NBME'S number 353-365, I had owned and completed over 20,000 core high tech patients and lots of copyrights in the USA although I am not human and not taxable as exempted in summer 1976 at all levels and so as always of my family. Lots of money and checks have been obstructed and used by the aforementioned groups. You mailed me several DEA prescription drug numbers at different times that never got to me because the aforementioned groups had been blocking them and illegally using them while cashing on my financial instruments and checks that they obstructed when they offset my mails and burglarized my homes. Just as they killed off inhabitants of Africa and other areas, they pretend to be relatives and eventually kill and eat them even the raw and claimed that they have reincanated/ reincanated as them meaning that they are now of Natural beings and inherit all their possessions. This is very well described in Medical books. Good examples are the Kuru of East Africa where they migrated to West Africa and the Crueshevs of Europe. A lot of books and journals on the virus called prions that affect the brain and many models have been created on prions since then. I got paid over one million dollars per minute as topmost examiner in the World since 1980 plus future and futuristic and several patents and copyrights developed. Checks were being issued to me but all being cashed by the aforementioned and they had been doing so since at least 1960 and before their so called Nigerian Federal government independence in October 1st, 1961. They have groups of associates in the USA and Canada and other countries in the world. They are very cannibalistic and very well organized and must be cleared and thought a good lesson for all crimes. You had sent me copies and documents including credentials that were obstructed by them. Case in point included DEA prescription drug numbers that were obstructed and used by them. I have absolutely nothing to do with such crimes. A Remigius Onwuzurike Ohanu...addresses are Remco Empire limited, Ilepo bus stop, Badagry Express road, Lagos state, Nigeria and Remco Empire limited, Oluti bus stop, Badagry Express road, Lagos, Nigeria. Telephone number +2348033029323 and for his wife Eugenia Ohanu and of the like number +2348023129970. Others and their very notorious friends are one Christopher Chimezie Duru hesie of 1208 E. DENWALL DRIVE, CARSON, CA 90746 and telephone number 3235351064, 3105976106 and wife Helen Duruhesie 3107042647 and brother in law called Hillary Iheanacho telephone number 4242052438, 3108000262. You had requested for my information during several times that I sat as an examiner for FLEX from 1981 to 1985 .You last requested information from me in Texas at FLEX and issued me DEA prescription drugs number that were being offset and stolen in mails by the aforementioned group. They are everywhere, please check with Fidelis Owunta and Rose Owunta, 7738 Haney Drive, New Orleans , LA 70128 and telephone number 5042400048. Michael Pugrad of the Los Angeles county probation department, home address 11079 Andrew's street, South El Monte, CA 91733. Titus Onuoha, 2102 Titan Ter, Havre De Grace, MD 21078. Dr. Chinedu Abara, One Atwell road, Cooperstown, Ny 13326-1394 and telephone number 6075473153. For mails offsetting in the Dominican republic including my Diplomate from American Board of family physicians, please contact Dr. Mohammed shueb ullah and a Khalid at 451 Clarkson ave, King County Hospital Center ( r-bldg psychiatry Er. ), Brooklyn, NY 11203 and telephone number 7182452310. They stole and used my diplomate in 1982 that was issued to me as a favor by the Board of directors of American Board of Family Physicians then. They were also involved with the aforementioned in checks cashing and declared independence for Pakistan in February of 1980 while I was in Fort Lauderdale international airport on my way to the Dominican republic called La Romana airport. Cuba also declared independence on the same day while I was still in the airport at Fort Lauderdale, Florida. Students from both areas were awaiting for me in the Isla Caribbean of Spain then and were declaring their so called independence here and there as they manhandled me with abject poverty etc. as always especially with the so called Nigerian Federal government mafias et al eg the Igbos and Yorubas since 1961. Please annul and void intoto photofinish to completeness all the said efforts and self determinations now. I probably owned and as a child practiced as a physician.......Royal Autopeadic Hospital Yaba, Lagos, Nigeria and all Federal Neuropsychiatric hospitals in West Africa including Tincan island walf. As an examiner, and as a token of application, while I was being paid at least one million dollars per minute plus future and futuristic, I had passed all pathways to practicing medicine and surgery in all specialties and subspecialties plus Royals and allied health. I had an MD, MBA in Finance, MPA in health care management and MPH in health care promotion and education and much more. My Institution Licensure to Doctorate in all fields including physics and engineering were obstructed and stolen in California in 1977 and I had more in West Africa that were offset and stolen earlier.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 3/15/21 8:46 PM (GMT-09:00)
To: enquiries@bankofengland.co.uk, press@bankofengland.co.uk, PRAFirmEnquiries@bankofengland.co.uk, BEEDQueries@bankofengland.co.uk, FMinformation@bankofenglandgsi.gov.uk, dsdeditor@bankofengland.co.uk, procurementGroup@bankofengland.co.uk, bakker@abnamro.com, executitve.secretariat@gsa.gov, arian.bikker@nl.abnamro.com, brigitte.seegers@nl.abnamro.com, chairman@worldbank.org, foundation@abnamro.com, office@abnamro.com, debtsecurities@abnamro.com, mnavarromartin@worldbank.org, aarnat@worldbank.org, rlucas1@worldbank.org, pmorente@worldbank.org, dklingebiel@worldbank.org, armacs@worldbank.org, lars.seymoeve@citi.com.

Subject: Nigerian Federal mafia et al

My name is festus Okwudili Ohan aka Ohanu. I am an MD with permanent, full and unrestricted Licensure in medicine and surgery in all specialties and subspecialties. MPA in health care management and MPH in health care promotion and education. CPA and uniformed CPA at Federal levels. DOJ number 569460-001, a lot on my social security number 555412190, DPO# 1981-0-353-365-001, MD00006 with many patent numbers in Canada, MDCNRx56,322/66, in the Dominican republic number 8228-56, ECFMG number 338-338, ECFMG/USMLE number 0-338-338-7, NBME'S number 353-365, Bar number 114445-001 with local of LAB114445, Iowa Judicial number M09-G04586-001. I have Licensure in Real estate that covers all specialties at Federal levels and includes minerals oil and gas resources. I am an Institution that covers all majors and a certified substitute teacher for k to 12 in all subjects. My credentials include Royals and global. I am fluent in Spanish, Igbo and Yoruba. I have invested over 20,000 highly technological products. I am not human and I am very open for your tests at any time. My address is 1471 W. 26th Avenue, apt 5, Anchorage, Alaska 99503 and email address is festusokwudiliohan@gmail.com. I was one of your legal examiners and have been since 1976 and do have a 17 years experience in criminal justice system and court system reporting at Federal levels. I have been having very serious problems with Nigerians especially the so called Igbos that killed all Naturals in West Africa and beyond since 1961 that I was abducted from my body guards in Mediterranean Europe at the age of 5. They always attached themselves on me and aside from taking my files, credentials and records, they offset my mails, followed me around, obstruct me to maximum including incomes and cash checks that were designed to me. In August of 1983, they inserted an electronic device to my Broka- Wannike-Kossakov region of my Temporal-Parietal region of my brain whereby with a corresponding device, I thought broadcasted to them. That was a device that I developed for police canine dogs after I developed hearing disabilities devices and deaf and dumb communication telephone devices in about 1977 with Bell systems especially the Pacific bell systems company that I worked with. I was the brain behind most technology in Computers, electronics, Astrophysics for which I was published on World physics after a global competition in about June 1978, all smart products including smartphones and smart vehicles, high tech approaches to health care management and other services. I completed most of my work before 1982. My date of birth is September 20th, 1955. I have missed my family since my abduction in early 1960/1961 and do not remember my name at birth because my body guards called me Master. I have tried to reach my family since but to no avail. I have absolutely no children of my own and actually have never been married for I have always tried to help humans and other created groups. If I happen to die before I can reach my family, all my earnings, owned patents, resources etc. will at 100% and without taxes, contributions, charity and the like go to my biological family. They will and must be located and protected before and after receiving my belongings. The West Africans especially the so called Igbos have followed me around since 1961 and have done very serious damages to me and continuing. In 1978, I had a protective services contract with GSA and operated through 11,000 Wilshire boulevard in Los Angeles, California and the building was the FBI headquarters. Please, I desperately need your help to stop the said Nigerian Federal mafia et al and if possible insight my lifetime pain and anguish to them before maximum disposal. They will and must cease and desist from their actions against me. The worst is that their generations are getting worse than their parents and should face the maximum disposal aforementioned. Please leave nothing unturned and act promptly. I will very much helpful if notified. Happy New year to you and your family and friends and remain blessed. I am Festus Okwudili Ohan.

**Mail body: FW: RE:**

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 4/24/21 1:20 AM (GMT-09:00)
To: 3603908921@mms.att.net
Subject: RE: *YOU*

Guzo, I will and must warn you to immediately cease and desist from using my name and hope that I do not have to warn you again. Your fucking mother Rose Ngozi Emegwa gave you my whole name without my permission when I had traveled to Santo Domingo and had sent her to New Orleans, Louisiana to stay with Rose and Fidelis Owunta and give birth to you. I had absolutely nothing to do with Rose Emegwa and her pregnancy. I was deceived by her group to help train her and that I would be reimbursed through an account with the Vatican city where one of her relatives was a catholic nun. I had wasted my money on her for absolutely nothing because I was never paid nor received a cent from anybody even as I write. Motherfucker, how dear you as shitty created nonsense talk to me like that even after I had strictly warned you. You are a damn doctor and should clearly know that it is totally and completely impossible that I can be your damn biological father. Look at your god damn mother's picture, she can never have you with me being your God damn father. Motherfucker, you are fucking black or negro and your acclaimed mother is reasonably lighter and I am totally and completely different. I have raised you, Rose Ngozi Emegwa, Ada and Judith with my retirement funds without a fucking cent from Catholic denominations of the Vatican city that owned you all and have been again deceived like did earlier with the most cannibalistic individuals of a Gabriel Duru Agwu shi that took my assigned last name Ohanu. Motherfucker, never you try this kind of absolute nonsense with me again until you pay to completeness all that I had spent on you plus my very precious and expensive time wherein I was set up to be making over 1 million dollars per minute when I clock at examinations schedule time and it is always with future and futuristic in 1981. Exactly what I want you to do from right now and immediately is for you to change your name and never use my name Festus Ohan again for you were absolutely used by the Nigerians to set me up and help them inherit all my financial instruments and checks since 1958 and those of my family and relatives. You all were trashy created from very putrient and pungent public feases waste by your so called Gods that were ultra hazardous waste handlers using what they know best for humanoids creations. Look at you motherfucker, how dear you publicize my name as a bad person and father on websites and the University of California websites. I cannot and never your father. Your family met you in Pomona in 2008. I took a ride with them from the Union Station in Downtown Los Angeles county, California to meet and bond with you. Motherfucker, I want you never to use my full name again and again change it right now for you have been introduced and have met your family while in foster home with me unbiased and helpful with your future. As always, I am never surprised with you as a black motherfucker because I had read how grateful your kind and kindinoids have always been and always change totally ungrateful when helped. Now that you have grown huge balls, talk to your motherfucking owners that it is now time to pay up and refund me to the last cent all my efforts and investments in you and that I am extremely very regretful that I had ever helped you and anything that may have to do with you. Never give my telephone or information to anyone especially with what goes on between you and a Remigius Onwuzurike Duru Agwu shi that is still using my assigned last name Ohanu and still never paid for his God damned education and training. You and your helpers will never see better for I have never missed and my very negative blessing always come through. You, along with Remigius and others now have my it and will plus must remain and present in all your generations should you all see tomorrow. I definitely do not want to see you on the internet posting my name for I will and must put a disclaimer that would be very offensive. So, change your name right now and forevermore. My money and expenses on you can be paid into my retirement account with the Los Angeles county employee retirement account or LACERA in Pasadena, California and it located in 300 Lake Avenue down floor and can be googled on the internet. You definitely do not have to communicate with Ada and Judith for although, I am not their biological father, I am yet to see a reason to permanently set them aside until I am ready to disappear from createds and other public types. Therefore, you will and must remain as a very ungrateful motherfucker. And so must you remain with your Remigius et al.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: 3603908921@mms.att.net
Date: 4/21/21 9:09 PM (GMT-09:00)
To: festusokwudiliohan@gmail.com
Subject:

# Office DEPOT. OfficeMax®
## complimentary fax cover sheet

FRAUD ALERT!

number of pages including cover sheet: _____

attention to: FRAUD UNIT          date: 04/22/2021

company: Health Insurance mkt place   from: Festus O. Okan MD, PhD, FH

call phone #: (907) 727-6249        company: Consultant (Consortium Co)

fax #: _____           (360) 390-8921
                                        sender's phone #:

                festusOkwudiliOkan@gmail.com
                        sender's email:

comments: Please you all bear me out at desperate time of
Covid C-9. My former landlord a Mr. Wesley Nakamoto
of Box 222041, Anchorage, AK 99522. Telephone #
[crossed out] (907) 727-6249 refused to repay me my
rent deposit. On my one bedroom apartment
rented from him on February 1st, 2018. I found another
apartment after 3 years and moved out on January
1st, 2021. Until today 04/22/2021 Wesley had bluntly

*By sending this fax at Office Depot, inc., the sender agrees not to use this fax to: (I) transmit material whose transmission is unlawful, harassing, libelous, abusive, threatening, harmful, vulgar, obscene, pornographic or otherwise objectionable; (II) create a false identity, or otherwise attempt to mislead others as to the identity of the sender or the origin of this fax; (III) post or transmit any material that may infringe the copyright, trade secret, or other rights of any third party; (IV) violate any federal, state or local law in the location, or (V) conduct activities related to gambling, sweepstakes, raffles, lotteries, contests, ponzi schemes or the like.*

refused to ~~p~~ reimburse my rent deposit despite

*Please note that Office Depot, inc., does not review the contents of any fax sent using its services. The sender of this fax hereby agrees to indemnify Office Depot inc., to the fullest extent of the law and for any and all claims, suits, or damages arising out or in connection with the request to send, or sending this fax.*

multiple texting — our usual method of communication

| self service domestic per page | full service domestic per page | full service international per page |
|---|---|---|
| ‖‖‖‖‖‖‖ | ‖‖‖‖‖‖‖ | ‖‖‖‖‖‖‖ |
| $1.50  2065527 | $1.79  833071 | $4.99  833191 |

self service international per page

during the 3 years and I did send
him a letter using his usual address

‖‖‖‖‖‖‖

above. According to his former
tenants, especially elders, Wesley

$3.99  2064240

Nakamoto is a~~d~~ very very bad landlord
and this is proven by one of his loyal tenants and his
lawyer. The legal document is attached herewith.
There were lots of complaints from other

Office Depot 646
201 E. Tudor Rd.
Anchorage, AK 99503
p: 907.562.3993 f: 907.562.3668
ods00646cpc@officedepot.com

tenants of Wesley Nakamoto during my 3
as his tenant. Please investigate most compl
to need your assistance in recovering

Case 3:23-cv-00047-SLG   Document 4.1   Filed 06/01/23   Page 143 of 154

# Office DEPOT OfficeMax®

## FW: Case number....Docket number: 5324-20

From: festusokwudiliohan <festusokwudiliohan@gmail.com>

Sent: Tue, Sep 15, 2020 at 1:13 pm

To: theprinter@theprinter.org

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 9/14/20 10:15 PM (GMT-09:00)
To: Scott.w.forbord@irscounsel.treas.gov, postmaster@admin.essexcounty.org, admissions@ustaxcourt.gov,
webmaster@ustaxcourt.gov, pacemail@psc.uscourts.gov
Subject: Case number....Docket number: 5324-20

Festus O. Ohan  vs. Commissioner for Internal Revenue.
Motion to continue case

The IRS failed to deny or acknowledge the frivolous tax audit completed by its staff Michelle Johnson who taxed me on a rental property that I knew nothing about nor owned. IRS and I have been going through this problem since 2004. The 2008 and 2017 forms 1040 were completed as reminders.  IRS reported the frivolous audit to the California FTB and locals thereby unleashed them on me resulting in my loss of my home and job. The losses cost me over 19.5 million dollars, pain and anguish. I thought about giving the case to media but did not. But, they kept on doing their bureaucratic stuff of quoting sections of their manuals... what a shame. IRS, FTB and locals wanted about 30,000 dollars from me and they had it on my credit profile and were doing everything to collect.

Now, instead of paying me off, and sending me a letter of apology, they are garnishing all money's to me. This is an abuse of authority and they need to cease and desist. I requested that they provide evidence that I owned the property to no avail. I want IRS to provide evidence that I owned the property in question. Also,  that IRS submit a copy of the frivolous tax audit to court. This is a motion to continue the case. Both jurisdiction and venue are proper in this case. Signed: Festus O. Ohan LAB114445.
Sent from my Samsung Galaxy smartphone.

## FW: Change of address plus the Nigerian Federal government mafiaset al.

From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Sent: Sat, Feb 13, 2021 at 11:04 am
To: webmaster@mbc.ca.gov, amcas@aamc.gov, thuq@aamc.gom, contact@nationalsurgeryreview.com, askcopsrc@usdoj.gov, blueAlert@usdoj.gov, TechnicalAssistance@usdoj.gov, IRPhelp@ftb.ca.gov, sfmedicine@PA.gov, info@uniremhos.edu.do, contact@uniremhos.edu.do, theprinter@theprinter.org

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 2/7/21 11:42 PM (GMT-09:00)
To: theprinter@theprinter.org
Subject: FW: Change of address plus the Nigerian Federal government mafias et al.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 2/3/21 8:28 PM (GMT-09:00)
To: fo@supremecourt.uk, shr_fdicnoreply@fdic.gov, euginiaohanu@gmail.com, info@cforums.com, crimestoper@essexsheriff.com, contact@uniremhos.edu.do, corruptionunit@cbn.gov.ng, contactcbn@cbn.gov.ng
Subject: FW: Change of address plus the Nigerian Federal government mafias et al.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festus ohan <festusokwudiliohan@gmail.com>
Date: 2/3/21 2:32 AM (GMT-09:00)
To: phishing@irs.gov, pacemail@psc.uscourts.gov, ancestry@email.ancestry.com, State Bar of California - Admissions <admissions@calbar.ca.gov>, Admissions@ustaxcourt.gov, webmaster@ustaxcourt.gov, "BPPE@DCA" <bppe@dca.ca.gov>, gperez@registrar.ucla.edu, reginfo@registrar.edu, registrar@csdh.edu, auicc@labor.state.ak.us, affairs@cambridgeassessment.org.uk, American Board of Internal Medicine <abim.care@epowercenterdirect.com>, Office of Countywide Communications <pio@ceo.lacounty.gov>, EscalationSupportSpecialists <ESS@latimes.com>, HomicideTips@njecpo.org, info@elpspda.com, info@hudsonreporter.com, information@icj-cij.org, info@abdc.org, jobs@chronicle.com, Kathy Ofray <KOfray@essexbar.com>, Kaplan Test Prep Customer Care <customer.care@kaplan.com>, Klachtenmanagement@abnamro.com, ♥ From Sara ♥ <K6HBtET5oQ@k6hbtet5oq.n.nu>, Ask a Librarian <ask@ask.consortiumlibrary.org>, laclassic@latimes.com, library@icj-cij.ogr, Lutherc@pnxlaw.com, "ST, MEDICINE" <ra-medicine@pa.gov>, MCAT Resource Center <mcat@aamc.org>, Pamela.mccauley@njecpo.org, "Account, Myalaska (DOA sponsored)" <myakas@alaska.gov>, News12support@news12.com, "new scotland. yard" <new.scotland.yard@met.police.uk>, Nobelforum@nobel.se, Nobelforum@nobelprizemedicine.com, newscotland@metpolice.uk
Subject: Change of address plus the Nigerian Federal government mafias et al.

My name is festus Okwudili Ohan and my social security number ends in 2190. My address has changed to 1280 E.
17th Avenue, apt 121, Anchorage, Alaska 99501. I have filed for fiscal year 2019 and awaiting for my refund being
deposited into my account. I will be filing for 2020 fiscal year when I receive my w2 forms. The 2019 year was refiled

because you had issues with it. You garnished my money for 600 dollars for fiscal year 2019 and my 2018 permanent fund dividend of Alaska for 1,604 dollars. The tax year was corrected and I must be refunded. So please refund these amounts plus my ceased return for the year 2019 income tax return. For some reason especially the frivolous audit by Michelle Johnson et al in fiscal year 2003/2004. You had garnished my earnings since then. Please at least now that it has all cleared return all garnished money with a reasonable interest. Please do so soonest. Also and as I mentioned in the past, I was being manhandled by the Nigerian Federal government mafias since 1961 prior to their so called independence in October 1st of 1961. I am not human and the aforementioned people especially the Igbos killed off Naturals that lived and inherited Africa and other regions. The mentioned group of createds pretended and claimed to be relatives. And upon gaining some trust, massacred them and eat them for meals. They took the land that they were managing and all their properties. They assisted the new USA Federal government in 1980/1981 to do the same in Americas. I happened to be severely victimized again as always by the Nigerian Federal government mafias. I am not a human being and I am not taxable and was exempted from all taxes in 1976 upon arrival from West Africa. I do have over 20,000 serious patients and have generated over 300 trillion dollars since my arrival to the USA. I am an MD with permanent, full and unrestricted Licensure in medicine and surgery in all specialties and subspecialties plus Royals and allied health care. Although, all were receipt for my parents, I did complete an MBA in Finance, MPA in health care management and MPH in health care promotion and education from separately accredited programs of universities in the 80s. I am an Institution and was published as the best in Astrophysics in 1978. I have a CPA and uniformed CPA at Federal levels. I have both law and Judicial numbers and had spent over 17 years in criminal justice system and court system reporting. I have substitute teacher credentials for k to 12 in all subjects. My DOJ number is 569460-001, Bar number at Federal levels is 114445 with LAB114445 as my local. The state of New Hampshire used my social security number for law and so did many states and agencies. My DPO# is 1981-0-353-365-001 and for UK MDCN Rx56,322/66. In Canada, I am MD00006 with many patent numbers while I am number 8228 with 8228/56 as my citizenship number in the Dominican republic. My Judicial number M09-G04586-001 was first recorded by the state of Iowa. I am now 65 years old and very sick and very seriously maltreated and damaged by createds especially the Nigerian Federal government mafias and the Igbos that operate around me. In August of 1983, They implanted an electronic device electrode into my Broka- Wanike-Kosakov area located on my left Temporo-Parietal lobes of my brain and with an instrument can hear my thoughts, talk to me and keep me awake all day long. They have kept me awake for over a decade now and have been doing so since that August of 1983. They offset my mails and always burglarized my home. They have been very physical on me and have damaged me to an repairable level. I am unmarried and have no children of my own. I was abducted in the Mediterranean sea islands in approximately 1960 and placed under the witness protection program. They told me that they would return me to my family after I testified in court. That never happened instead, they left in West Africa and dumped me there at the age of 5. As said, the very worst offenders are the Igbos and you may talk to one of them called Christopher Chimezie Duru hesie of 1208 E. Denwall drive, Carson, CA 90746 with a telephone number 3235351064 and his brother in law called Hillary Iheanacho telephone number 3108000262. Like others, this group with their other counterparts offset my mails and cash on financial instruments to me. They have been doing so since 1960/1961 and I have suffered greatly. I had designed the said instrument for K9 dogs and possible use by deaf and dumb in 1977. Please pass out this information and handle offenders with great mutiny. The group hear and in West Africa and around the world are very cannibalistic for they kept up with eating humans after they completed eating the original inhabitants of Africa. Their generations are very bad and a lot worse. This writing is for immediate press release and have them pay for all their crimes and debts. Thanking you in advance. Festus O Ohan and not my name at birth. I do not remember my name at birth because my body guards called me Master at age 5 before my abduction. I was first taken to Bethlehem then to West Africa. I was made to hide a piece of paper containing my name for 2 decades and was instructed not to look at it until it is time. A now Dr. Victor Oranusi and group stole the paper and kept it wanting me dead. Victor Oranusi is now at Martin Luther king jr. medical center in Los Angeles county, California. These guys have absolutely no conscience and very bad.

Customer Support <fcvs@fsmb.org>, fcvsinbox <fcvsinbox@fsmb.org>, crimstopper@essexsheriff.com, usmleinbox@fsmb.org, info@ecfmg.org, admissions@calbar.ca.gov, Nobelforum@nobel.se, postmaster@nobel.no, forum.nobelforum@nobelprice.org, News12support@news12.com, newscotland@metpolice.uk, "new scotland. yard" <new.scotland.yard@met.police.uk>, news@hcdemocrat.com, news@njtvnes.org, pacemail@pse.uscourts.gov
Subject: FW: Nigerian Federal mafia et al

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 1/12/21 2:45 PM (GMT-09:00)
To: spam@uce.gov
Subject: Nigerian Federal mafia et al

My name is festus Okwudili Ohan aka Ohanu. I am an MD with permanent, full and unrestricted Licensure in medicine and surgery in all specialties and subspecialties. MPA in health care management and MPH in health care promotion and education. CPA and uniformed CPA at Federal levels. DOJ number 569460-001, a lot on my social security number 555412190, DPO# 1981-0-353-365-001, MD00006 with many patent numbers in Canada, MDCNRx56,322/56, in the Dominican republic number 8228-56, ECFMG number 338-338, ECFMG/USMLE number 0-338-338-7, NBME's number 353-365, Bar number 114445-001 with local of LAB114445, Iowa Judicial number M09-G04586-001. I have Licensure in Real estate that covers all specialties at Federal levels and includes minerals oil and gas resources. I am an Institution that covers all majors and a certified substitute teacher for k to 12 in all subjects. My credentials include Royals and global. I am fluent in Spanish,  Igbo and Yoruba. I have invested over 20,000 highly technological products. I am not human and I am very open for your tests at any time. My address is 1471 W. 26th Avenue,  apt 5, Anchorage,  Alaska 99503 and email address is festusokwudiliohan@gmail.com. I was one of your legal examiners and have been since 1976 and do have a 17 years experience in criminal justice system and court system reporting at Federal levels. I have been having very serious problems with Nigerians especially the so called Igbos that killed all Naturals in West Africa and beyond since 1961 that I was abducted from my body guards in Mediterranean Europe at the age of 5. They always attached themselves on me and aside from taking my files, credentials and records, they offset my mails, followed me around, obstruct me to maximum including incomes and cash checks that were designed to me. In August of 1983, they inserted an electronic device to my Broka- Wannike-Kossakov region of my Temporal-Parietal region of my brain whereby with a corresponding device, I thought broadcasted to them. That was a device that I developed for police canine dogs after I developed hearing disabilities devices and deaf and dumb communication telephone devices in about 1977 with Bell systems especially the Pacific bell systems company that I worked with. I was the brain behind most technology in Computers, electronics, Astrophysics for which I was published on World physics after a global competition in about June 1978, all smart products including smartphones and smart vehicles, high tech approaches to health care management and other services. I completed most of my work before 1982. My date of birth is September 20th, 1955. I have missed my family since my abduction in early 1960/1961 and do not remember my name at birth because my body guards called me Master. I have tried to reach my family since but to no avail. I have absolutely no children of my own and actually have never been married for I have always tried to help humans and other created groups. If I happen to die before I can reach my family, all my earnings, owned patents, resources etc. will at 100% and without taxes, contributions, charity and the like go to my biological family. They will and must be located and protected before and after receiving my belongings. The West Africans especially the so called Igbos have followed me around since 1961 and have done very serious damages to me and continuing. In 1978, I had a protective services contract with GSA and operated through 11,000 Wilshire boulevard in Los Angeles, California and the building was the FBI headquarters. Please, I desperately need your help to stop the said Nigerian Federal mafia et al and if possible insight my lifetime pain and anguish to them before maximum disposal. They will and must cease and desist from their actions against me. The worst is that their generations are getting worse than their parents and should face the maximum disposal aforementioned. Please leave nothing unturned and act promptly. I will very much helpful if notified. Happy New year to you and your family and friends and remain blessed. I am Festus Okwudili Ohan.

## FW: Re: Ombudsman's number 2502445...my credentials.

From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Sent: Sat, Feb 13, 2021 at 10:56 am
To: webmaster@mbc.ca.gov, amcas@aamc.gov, thuq@aamc.gom, contact@nationalsurgeryreview.com,
general.qualification@ocr.gov.uk, askcopsrc@usdoj.gov, TechnicalAssistance@usdoj.gov,
IRPhelp@ftb.ca.gov, blueAlert@usdoj.gov, sfmedicine@PA.gov, info@uniremhos.edu.do,
contact@uniremhos.edu.do, theprinter@theprinter.org

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 2/7/21 11:47 PM (GMT-09:00)
To: theprinter@theprinter.org
Subject: FW: Re: Ombudsman's number 2502445...my credentials.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 1/26/21 1:20 PM (GMT-09:00)
To: Kathy Ofray <kofray@essexbar.com>
Subject: Re: Ombudsman's number 2502445...my credentials.

It is alright. It was not a mistake. I wanted you to read and be very aware of the matter reported. Please, kindly go over the report. Thanks. Festus O Ohan. My case number is 2:09-cv-01977-FSH-ps. Festus Ohan vs. Essex county sheriff's office et al. The case was in arbitration when I ran out of money after I was paralyzed from waist down in the Dominican republic. The case is now updated. I lost my home worth 1.2 million dollars that was sold for 500,000 dollars to a Provalue property management company owned by the Default company called Melmet Default company. My family was fostered, I lost my custom made Mercedes 500/600 to a towing service company and lost my job with the Los Angeles county probation department. Please investigate and assign a staff to the case. The case was investigated by your Grand jury after your criminal police officers filed a lawsuit against me that I injured them. The police officers badly injured and assaulted me and told an ambulance attendant to kill me if he could. The ambulance attendant sucked my right eye with his strength on 3 occasions saying that I do not fuck with Newark police. The police officers that accompanied the ambulance fudged my medical report that he submitted to the Essex county jail/prison. In the jail/prison, the police officers through a black lady staff of the prison, ordered about 20 wards to kill me and they did inflicted damage on my lungs and internal organs living me half dead. Please, it has been over a decade and I am not yet settled. So, if possible, go over the case and make a serious offer. Presently, I have fairly recovered and your help will be greatly appreciated. You can find out more about me when you read the note above that I sent you. Thanking you in advance. My address is 1280 E. 17th Avenue, apt 121, Anchorage, Alaska 99501. And my email address is festusokwudiliohan@gmail.com. I can also be texted at 3603908921. Thanks again. Festus Okwudili Ohan.

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: Kathy Ofray <kofray@essexbar.com>
Date: 1/26/21 5:30 AM (GMT-09:00)
To: festus ohan <festusokwudiliohan@gmail.com>
Subject: Re: Ombudsman's number 2502445...my credentials.

## FW: 1978/1979 Contact money not received all along.

From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Sent: Thu, Mar 11, 2021 at 8:04 pm
To: theprinter@theprinter.org

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festusokwudiliohan <festusokwudiliohan@gmail.com>
Date: 3/6/21 1:13 AM (GMT-09:00)
To: Executive.Secretariat@gsa.gov, eo@ombudsman.europa.eu
Subject: 1978/1979 Contact money not received all along.

Dear GSA office and management, I am Festus Okwudili Ohan social security number 555412190 and my address is
1280 E. 17th Avenue, apt 121, Anchorage, Alaska 99501. Email address is festusokwudiliohan@gmail.com and ph one
number for texting is 3603908921. My work location was 11,000 Wilshire boulevard in Los Angeles county, California. I
owned my own security company and was the only employee. My work uniform was all black that is now the uniform of
all Federal, State and local government agencies as peace officers. It is worned globally by many agencies that include
the Interpol. I am not human. Although I owned my own company, I was receiving 7 dollars per hour from a security
company called Intercon. I awaited for decades to receive my pay but to no avail. My company and Software were used
globally all along and I awaited to no avail to receive my pay. I am not taxable and I will appreciate your immediate
feedback. I am DPO# 1981-0-353-365-001, DOJ number 569460-001, Bar number 114445-001 with local LAB114445,
Judicial number M09-G04586-001 and medical and surgical Boards of 338-338 and 353-365. I had permanent, full and
unrestricted Licensure in medicine and surgery in all specialties and subspecialties plus Royals and allied health since
1981. I am an Institution that is complete and did develop most of your software and engineering with both CPA and
uniformed CPA at Federal levels and maximum in all fields including Real Estate with both minerals, oil and gas. I had
great issues with the Nigerian Federal government mafias et al especially the Igbos. They offset my mails and
burglarized my home since 1960 at age 4/5 and current. They cloud me up and act to others as my relatives. In East
Africa, they were Kuru and Crueshevs in Europe that historically eat the brain raw when they kill their prey original
inhabitants of Africa and Naturals and assume their belongings and land. I was abducted in the Mediterranean sea area
after I had witnessed Gods in action creating humans in the Mediterranean sea islands. I was placed on a witness
protection program and was first taken to Bethlehem then to West Africa and was told that I would be returned to my
family after I had testified in court. Instead, they abandoned me there and I was only 4/5 years old. My assumed date of
birth is September 20th, 1955. I do not remember my name at birth because my body guards called me Master and so
were others. Festus Okwudili Ohan aka Ohanu was a name given to me during the said time. I came to the USA in
February of 1976 although I visited the USA earlier when I traveled round the world before going to West Africa. Please
investigate and assign staff to my case. I am still unmarried and have no children of my own yet. I have been trying to
and unable to locate my family all this while. All GSA facilities around the world use my patented uniforms and software
plus my contacts especially for GSA surplus. Please check with your office of management and budget for they had my
records at a time. Although I am the topmost on earth, they had me on complete abject poverty since my abduction as a
child. They maximally damaged me and I may not have much to live. I had MD, MBA, MPA, MPH, CPA and uniformed
CPA at Federal levels, REB, and very well rounded in all fields of thought to maximum. Warrants and checks sent by
you were cashed and nothing has reached me even as I write. I very much need your help and will be very glad to hear
from you soonest.

Sent from my Samsung Galaxy smartphone.

FW: Share your opinion! I was taken off your database and recordsinstead of being paid. I passed all pathways to practicing medicine andsurgery first time I sat for the exams. All were passed prior to September1981. NBME'S parts 1 to 3 were passed in February and June, 1981, FederalFLEX was passed in May and Federation FLEX passed in June of 1981. I metwith the Presidents of all Boards on the first Saturday of December 1981where they grandfathered the past and gave me a job as a special examinerand t

From:   festusokwudiliohan <festusokwudiliohan@gmail.com>
Sent:   Fri, Jul 17, 2020 at 11:57 am
To:     help@theabfm.org, theprinter@theprinter.org, Jstein@elpspda.com

Sent from my Samsung Galaxy smartphone.

-------- Original message --------
From: festus ohan <festusokwudiliohan@gmail.com>
Date: 7/16/20 7:45 PM (GMT-09:00)
To: Webmail <webmail@nbme.org>, "Deborah Cusson (FSMB)" <dcusson@fsmb.org>, "Melanie O'Donnell (FSMB)" <MODonnell@fsmb.org>, festusokwudiliohan@hotmail.com, festusokwudili.ohan@gmail.com
Subject: Share your opinion! I was taken off your database and records instead of being paid. I passed all pathways to practicing medicine and surgery first time I sat for the exams. All were passed prior to September 1981. NBME'S parts 1 to 3 were passed in February and June, 1981, Federal FLEX was passed in May and Federation FLEX passed in June of 1981. I met with the Presidents of all Boards on the first Saturday of December 1981 where they grandfathered the past and gave me a job as a special examiner and to help improve the authenticity of the medical profession and the integrity of the exams administered. I helped with the questions and as told, each question was valued at one million dollars. I worked for 15 years and was never allowed to practice medicine nor surgery. I was made to present work at examinations. Results were received but only raw scores as translated scores. That was to keep my work secret so that candidates would not know what I was doing. My ECFMG with C being Council, is 338-338. The other number is 353-365 and my DPO number is  1981-0-353-365-001. Other numbers are 338-338-7 and with the New USMLE it became 0-338-338-7 this became my ECFMG and USMLE numbers. My DOJ number is 569460. BAR number is  LAB 114445. Judicial number is M09-G04586-001. I am sick and not growing younger and time is of essence. Festus Okwudili Ohan aka Ohanu are not my name at birth for I was abducted by age 5. I am yet to rejoin my family. You have shamed me enough. Please pay me. I can bring a lawyer to work with you but, first I must be acknowledged. I helped medical and surgical Boards raise over 175,000 bullet proof questions. I sat for American Board of family medicine exams in August 1979, 1981, 1982 at least. American Board of Surgery and subspecialties September 1981, 1982 at least. Internal medicine and subspecialties Board in November 1981, and more. In 1983 and 1985, the ECFMG was taken 3 times because the exams were compromised. I was sitting for full ECFMG and FLEX until December 1993. I passed all pathways at first sittings. I received a passing score for the ECFMG in January of 1981 and February for NBME'S part 1, practicum and June 1981 for part 3 of NBME'S. Via a telephone conference call, I was called by medical Board of California around end of August, 1981 that I passed both written and oral FLEX and that both my Licensure for full FLEX and submitted documents will be mailed. They were never received and I went to them at least 2 times to no avail. They were only surprised that I never received them. Later,  my home was burglarized 2 times and all copies and journals that published me were taken. And they made it difficult for me to receive copies of anything that they took. I did not have any alternatives than to retake the exams and as you know,  once passed, the exams cannot be taken to improve scores. So, raw scores are reported as scaled scores with failures. Those came to be my newly assigned job.  But,  I paid without receiving a cent. Thanks again and hope that you pay me soonest.

Take my survey: https://www.surveymonkey.com/r/66NXYNJ

Festus U. Uriah
1471 W. 26th Ave, #5
Anchorage, AK 99503
Feb 4th, 2019
# O-338-338-7
DPO #1981-0-353-365-001
NBME/ ECFMG # 338-338
FSMB/ NBME # 353-365

THANKS FOR RECORDING/
Who pays the examiners? d MCAT
AAMC denied MSKP. There are
7 Associations that include
U.S Dept. of education.

Dear ECFMG,

(1) You deted the box stating "this examinee is on both FSMB and NBME data base and has never been disciplined"!

(2) You did not include La Romana, Dominican Republic Center in January of 1981 (passed and with ECFMG certificate)

(3) The July 1981 at Los Angeles was 59% passing is 50-55%. You said Fail
∴ All your failing records are Percentages. For I was an examiner and completed all applications in 1981.

(4) You omitted many sittings. You totally omitted 1985 which was 3 times for the like 1983, July sittings was retaken because of fraud — the exam was compromised. You omitted 1987, 1988, July 1984, and Jan 1990 — Part 1 and except for June 1990, you omitted sittings all the NBME's sittings. ECFMG total sittings = 28 fully.

(5) The State of California and Federal lost all my originals and copies were taken from my home!

(6) Correct the above and send me an updated Copy.

**FROM:**
Alaska Court System
Nesbett Courthouse
825 W 4th Ave
Anchorage, AK 99501

| | |
|---|---|
| DATE: | January 24, 2022 |
| CASE NO: | Small Claims Case Number?? |
| CASE NAME: | Festus O Ohan vs Various Open Small Claims Cases |
| CLERK: | CPlucker |

**TO:**
Festus O Ohan
1280 E 17th Ave #121
Anchorage, AK 99501

☒ Your documents are being returned to you.

## ACTION NEEDED TO CORRECT FILING

You recently submitted documents relating to the above case. These documents are either incomplete or do not follow correct procedures. Please do the following:

☒ **Your documents are returned back to you. You must provide the small claims cases numbers your filings are to be included in. It is not the court clerks responsibilty to determine what small claims case they are to be added too. If a copy of all these filings are for each case you must provide the court a copy for each open small claims cases. You have eight open cases as of now. Case numbers: 3AN-21-00711SC, 3AN-21-00712SC, 3AN-21-00713SC, 3AN-21-00714SC, 3AN-21-00715SC, 3an-21-00950SC, 3AN-21-00951SC and 3AN-21-00952SC.**

All forms mentioned above are available online at: http://courts.alaska.gov/forms/index.htm
You may also request a paper copy of any of these forms from your local court clerk.

We are still holding your
Two boxes of filings that
you are to mail to the
defendants. Not the courts
responsibility. The certified
restricted filings that are to be
mailed out by you are still
here.



U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
HOWARD T. MARKEY NATIONAL COURTS BUILDING
717 MADISON PLACE, N.W.
WASHINGTON, DC 20439

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



| US POSTAGE & FEES PAID | 062S0009865999 |
| PRIORITY MAIL | FROM 20439 |
| ZONE 8 LARGE FLAT-RATE BOX | |
| ComBasPrice | |

stamps
endicia
06/16/2023

# USPS PRIORITY MAIL ®

US CAFC Clerks Office **0004**
Court of Appeals
717 MADISON PL
WASHINGTON DC 20439

SHIP TO:  CLERK OF HE COURT
U.S. District Court fot the District of Alaska
222 W. 7TH AVENUE ROOM 229
BOX /SUITE #4
ANCHORAGE AK 99513-0000

## USPS TRACKING #

9405 5169 0267 2966 4258 08