# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF ALASKA AND NEW JERSEY

<Name(s) of plaintiff(s)>,

Plaintiff(s) FESTUS O. OHAN

v.

<Name(s) of defendant(s)>, AMERICAN MEDICAL ASSOCIATION, NATIONAL BOARD OF MEDICAL EXAMINERS, FEDERATION OF STATES MEDICAL BOARD, AMERICAN HOSPITAL ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES.

Defendant(s)

Case No. 3:23-CV-00047-SLG

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: [signature]

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: May 23, 2023

My issues on appeal are: YOUR DISTRICT COURT OF ALASKA HAVE JUDGES WITH MIGHTY PERSONAL PROBLEMS. THIS CASE WAS IN NEW JERSEY AND CASE WAS IN ARBITRATION TO DESIDE AMOUNT TO BE PAID TO ME AFTER FEDERAL POOR SETTLEMENT DECISION. THEY ADMITTED FAULT BUT I WAS BEING GRAND JUROR AND BEING KILLED AT THIS TIME. I RENEWED THE CASE WHEN SEVERELY INJURED I WAS SOMETHING BETTER

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis    Form 6 (p. 2)
March 2023

| 1. Pay/Wages | Employer(s) *(including self-employment)* | Gross Annual Pay/Wage |
|---|---|---|
| You | ANCHORAGE SCHOOL DISTRICT 5530 E. NORTHERN LIGHTS, ANCHORAGE, ALASKA 99504 PHONE# (907) 742-4116 $5,140 | $5,400 for 2020 and 2022. $40 you |
| Spouse | UNMARRIED | $ |

2. Select whether you or your spouse have received income from the below sources over the past 12 months. If yes, on an attached sheet, identify each source of money and the gross amounts you or your spouse (1) have received over the past 12 months and (2) expect to receive in the future.

☐ Yes ☒ No    Income from real property
☐ Yes ☒ No    Interest or dividends
☐ Yes ☒ No    Alimony or child support
☒ Yes ☐ No    Retirement *(including social security, pension, or annuity)* $8,000 year
☐ Yes ☒ No    Disability or worker's compensation
☐ Yes ☒ No    Public Assistance or welfare *(including unemployment)*
☐ Yes ☒ No    Inheritance or life insurance
☐ Yes ☒ No    Gifts
☒ Yes ☒ No    Other sources ASD part-time day to day substitute teacher school closed for summer

3. Are you currently incarcerated?(X) BUT I HAVE BEEN HELD HOSTAGE SINCE AGE 4 AFTER I WAS COMPREHESIVELY TRAINED A PRINCE BY PARENTS SINCE AGE OF 4.
☐ Yes  ☒ No

If yes, you must (1) complete and submit Form 6A (Supplemental In Forma Pauperis Form for Prisoners Authorization) and (2) attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, attach one certified statement of each account.

4. Describe and identify the value of any property, holding, or other thing of value owned by you or your spouse that exceeds $1,000 in current worth.

> THE ENTIRE WORLD FOR MY PARENTS BUT, ARE HELD AT 100% BY INVADERS — LAND AND OTHER TREASURIES.

5. Identify the names (or initials, if under 18) of all persons who are dependent on you or your spouse for support, their relationship to you, and your contribution to their support.

> NONE EXCEPT FOR MY BUSINESS CALLED CONSULTANT CONSORTIUM CORPORATION WHICH DEFENDANTS ARE HOLDING SINCE MY AGE OF 4 AND ABSOLUTELY NOTHING COMING TO ME BUT TO SPEND MY LIFE-LINE EARNINGS ON IT.

6. Identify any debts, financial obligations, or monthly expenses for you and your spouse.

> I AM OWING APPROXIMATELY $3,000 ON MY CREDIT CARD FROM MY BANK — WELLS FARGO BANK INC.

7. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☒ Yes    ☐ No

*If yes, describe below.*

> ANCHORAGE SCHOOL DISTRICT IS NOW SHUT DOWN FOR BUSINESS UNTIL AUGUST 28, 2023 FOR THE SUMMER AND AS A SUBSTITUTE TEACHER, I RECEIVE NOTHING AND ABSOLUTELY NO RETIREMENT BENEFITS.

8. Total amount of money you and your spouse have in cash, checking accounts, or savings accounts: $ ~1,200.00

9. Have you ever filed a motion for leave to proceed in forma pauperis in any other case in this court?

☐ Yes
☒ No

*If yes, identify the docket number(s):* _____

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States that my answers on this form are true and correct. *See* 28 U.S.C § 1746.

Date: 5/23/2023    Signature: [signed]

Name: FESTUS O. OHAN  Local C
BAR EXAMINER # 110445
LEGAL " # 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
Local NH
JUDICIAL " # M09-904586
Local IOWA
DOJ # 569466
NBME # 353365

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF ALASKA

&lt;Name(s) of plaintiff(s)&gt;,

Plaintiff(s)
FESTUS O. OHAN
v.
AMERICAN MEDICAL ASSOCIATION,
&lt;Name(s) of defendant(s)&gt;, NATIONAL
BOARD OF MEDICAL EXAMINERS, FEDERATION
OF STATES MEDICAL BOARD, Defendant(s)
AMERICAN HOSPITAL ASSOCIATION
ASSOCIATION OF AMERICAN MEDICAL COLLEGES

Case No. 3:23-CV-00047-SLG

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: [signature]   Date: May 23, 2023

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

I REQUESTED THAT THIS CASE SHOULD NOT BE ASSIGNED TO JUDGE SLG AND THEY DID ANYWAY.

My issues on appeal are: YOUR DISTRICT COURT OF ALASKA HAVE JUDGES WITH MIGHTY PERSONAL PROBLEMS. THIS CASE WAS IN NEW JERSEY AND CASE WAS IN ARBITRATION TO FOR SETTLEMENT DESIDE AMOUNT TO BE PAID TO ME AFTER FEDERAL DECISION. THEY ADMITTED FAULT BUT I WAS BEING GRAND JUROR AND BEING KILLED AT THIS TIME. RENEWED THE CASE WHEN SEVERELY IN HUN I WAS SOMETHI BETTER

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

DAY TO DAY
PART TIME SUBSTITUTE TEACHER

| Income source ANCHORAGE SCHOOL DISTRICT 5530 E. NORTHERN LIGHTS BLVD, ANCHORAGE, ALASKA 99504 | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $1,200 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 670 | $ | $ 670 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): | $ 0 | $ | $ 0 | $ |
| Total monthly income: | $ 1,870 | $ | $ 670 | $ |

(Spouse column annotated: "UNMARRIED")

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| ASD | SAME | 2021 | $1,200 |
| ASD | SAME | 2022 | $5,100 |
| | | | $ |

3.  List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | MARRIED | | $ |
| UN | | | $ |
| | | | $ |

4.  How much cash do you and your spouse have? $ 1,200

    Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| WELLS FARGO BANK | CHECKINGS | $1,200.00 | $ |
| ,, ,, ,, | SAVINGS | $310.00 | $ |
| | | $ | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5.  List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ NONE | (Value) $ 0 | (Value) $ 300.00 |
| | | Make and year: 2001 CHRYSLER |
| | | Model: PT CRUISER |
| | | Registration #: LBD 881 |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: NONE | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE EXCEPT FOR ACADEMIC SPONSORSHIP AND THEY WANT ME DEAD | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| NONE | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>Are real estate taxes included? [ ] Yes [X] No<br>Is property insurance included? [ ] Yes [X] No | $ 335 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |

$75 a /month

| | | |
|---|---|---|
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 300 | $ |
| Clothing | $ 50 | $ |
| Laundry and dry-cleaning | $ 10.00 | $ |
| Medical and dental expenses | $ 50 | $ |
| Transportation (not including motor vehicle payments) | $ 100 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 120 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0 | $ |
|     Life: | $ 0 | $ |
|     Health: | $ 0 | $ |
|     Motor vehicle: | $ 0 | $ |
|     Other: AUTO INSURANCE | $ 120 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
|     Motor Vehicle: | $ 0 | $ |
|     Credit card (name): WELLSFARGO VISA | $ 180 | $ |
|     Department store (name): my | $ 0 | $ |
|     Other: CONSULTANT CONSORTIUM, Corp esp. court cases | $ 300 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) DISTRICT COURTS, 9th SUPREME COURT | $ | $ |
| Other (specify): MAILING, PRINTING ETC COURTS on others + Writ of CERTIORARY 9 STATE COURTS | $ 1435 | $ |
| Total monthly expenses: | $ 2000 | $ |

2,375 / Court expenses are temporary. I will reduce amount to credit card and others this summer

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    [X] Yes [ ] No    If yes, describe on an attached sheet.

ANCHORAGE SCHOOL DISTRICT IS CLOSING DURING SUMMER AND I WILL NOT HAVE INCOME

10. Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit? [ ] Yes [X] No

    If yes, how much? $ _____

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. THE SCHOOL DISTRICT (ASD) IS CLOSED THIS SUMMER AND I AM ONLY A DAY TO DAY PART TIME SUBSTITUTE TEACHER. THE U.S. ET AL ARE HOLDING ME HOSTAGE SINCE AGE 4 AND DOING INTELLECTUAL STEAL FOR I AM NOT A HUMAN.

12. State the city and state of your legal residence. ANCHORAGE, ALASKA

    Your daytime phone number: (907) 222-4929 HOME
    (360) 390-8921 CELL

    Your age: 67    Your years of schooling: I AM YOUR BEST (POST GRADUATE DOCTORATE)

    Last four digits of your social-security number: 2190